# EXHIBIT 1

## THESE PROFITS DON'T OCCUR IN NATURE, SO HOW'D THEY HAPPEN?

We're short the securities of Techtronic (669 HK, or "TTI"), a power tools company that's been inflating its profits dramatically for over a decade with manipulative accounting. A broad "toolbox" of accounting games has enabled TTI to engineer a profit margin trendline so perfect, it does not otherwise exist on Earth. Of every single public company over $1bn revenue in the entire world, *TTI is the only one whose gross margin has gone up every half-year, sequentially, for ten years straight:*[i]



**Of all businesses, how does a cyclical manufacturer achieve this statistical impossibility? The answer: By stuffing billions of dollars' worth of routine expenses into various asset accounts, year after year.**

As a result of this frontal assault on economic reality, TTI's balance sheet has become a vast, toxic graveyard where the accounting bodies get buried. We document each of these accounting tricks one-by-one in this report, and quantify how much of an artificial boost they've provided to TTI's results over time.

And lately, while TTI's profit margins have continued upward in their usual algorithmic fashion, those of its peers have crashed to multi-decade lows. The tide is going out, and although TTI hasn't provided a market update and consensus numbers reflect continued growth, we find that the company is both behind on its payments and conducting massive layoffs, neither of which it has done since the Financial Crisis. **For these and other reasons, we expect TTI's 2023 results, if not its upcoming 2023 guidance, to be a disaster.**

Here's the tricky thing about double-entry bookkeeping: you can bury costs, but this doesn't kill them. You must expense them, or face them later. They can be stuffed deep down into the balance sheet for the next CEO to deal with, but *they live.* These "zombie assets" tend to reawaken during tough times, as keeping the web of deceit tied together gets too difficult then. And when they do emerge, they move across the income statement a lot faster than George Romero's zombies did through cornfields.

Ultimately, we believe this stock has __60-80% downside.__ We've alerted TTI's auditors and the press about our discoveries. Investors and other journalists can reach us at info@jehoshaphatresearch.com with questions.

*This report consists of __our opinions only__ and is not investment advice. We are short the securities of this company. The Disclaimer at the end of this report is an integral part of this document. We are biased and self-interested, just like you and every other investor.*

Jehoshaphatresearch.com

# EXECUTIVE SUMMARY

## Operating Income Overstated by ~40-70% by Accounting Games



- We estimate the disparity above between "real" and "unreal" operating income with the following analysis:

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | LTM 1H22 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Reported EBIT** | $291 | $368 | $414 | $453 | $531 | $612 | $685 | $993 | $1,256 | $1,318 |
| Minus: Excessive Capitalization of R&D | ($84) | ($90) | ($101) | ($109) | ($123) | ($126) | ($148) | ($142) | ($289) | ($337) |
| (Add back: Associated Amortization) | $59 | $63 | $73 | $81 | $88 | $101 | $101 | $101 | $89 | $100 |
| Minus: Missing Depreciation | $0 | $0 | $0 | ($7) | ($7) | ($5) | ($20) | ($39) | ($63) | ($83) |
| Minus: Missing Bad Debt Reserves | $0 | $0 | $0 | $0 | $0 | ($76) | ($106) | ($89) | ($51) | ($78) |
| Minus: Allocation of Spending to Prepayments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($235) |
| Minus: Gross Profit Benefit from Overproducing | ($62) | ($47) | ($63) | ($7) | ($1) | ($71) | ($106) | ($127) | ($555) | ($206) |
| | | | | | | | | | | |
| **"True" EBIT** | $205 | $293 | $324 | $412 | $489 | $434 | $406 | $697 | $388 | $480 |
| *Shortfall* | *-30%* | *-20%* | *-22%* | *-9%* | *-8%* | *-29%* | *-41%* | *-30%* | *-69%* | *-64%* |

- Unlike with many companies opportunistically using an accounting shenanigan here or there, TTI's financials are littered with evidence of costs being deceptively managed downward. **Most of this report will be spent unpacking and explaining these accounting games.**
- These "disappeared" costs weren't eliminated, just pushed into future years (when Enron did this with power plant development costs, it was called "snowballing"). Accounting inflation in the past means accounting deflation in the future. Expect future results to be well <u>below</u> this "clean" performance.
- Useful as a sanity check is the comparison between TTI's gross margin progression over time and those of its closest peers, Stanley Black & Decker (US) and Makita (Japan):

Jehoshaphatresearch.com



- Some of TTI's complex accounting games result in relatively simple absurdities:
  - Every year, TTI disposes of large amounts of tangible assets at near-total losses on sale. For instance, in 2021, TTI disposed of $34.3m of net PP&E, but received only $1.6m in proceeds (a 95% loss on sale). These regular, massive losses on sale indicate inflated asset values **– the kind that arise when you capitalize routine business expenses into PP&E:**



  - If committing outright financial fraud is the "hard stuff," would defying one's accountants be a "gateway drug"? "**[Accounts receivable] balances that are <span style="color:red">presumed in default according with the Group's accounting policy</span> of US$145,059,000 <span style="color:red">are not considered as in default</span>** as they are due from a number of independent customers that have a good payment track record with

Jehoshaphatresearch.com

the Group[ii].” (A former board member said it best when we asked whether there was some conceivable, legitimate explanation for this: **"Oh no, that's bullshit."**)

o On the 1H13 earnings call, after many years of talking about how important it was to reduce and control inventory days, TTI's CEO abruptly changed his tune on this metric: Suddenly, TTI would be <u>increasing</u> inventory days to accommodate high demand in the upcoming season.[iii] **In the exact same semiannual period that the CEO made this change in "strategy," TTI's statistically absurd, relentless climb in gross margin began.** It has continued for the last ten years. So has TTI's expansion in inventory days, although the excuse for rising inventories has necessarily changed repeatedly (the 2013 selling season is over, after all). There's almost no way this is a coincidence. Overproduction is a classic tool for manufacturing companies to "improve" their <u>current</u> gross margin, but it comes at the expense of <u>future</u> gross margin. TTI has been "improving" its current gross margins for ten years with this game:



- TTI's statistically implausible gross margin progression reminds us of HCSG US' statistically implausible EPS progression from last decade, which preceded an SEC accounting fraud investigation. That investigation ended with HCSG settling directly with the SEC (and HCSG's CFO getting thrown under the bus).

## The EBITDA is Fluff, but the Debt is Real - Overleveraged Heading Into a Downturn

- Corporate sandcastles built on clever accounting machinations tend not to survive their first brushes with cyclical downturns. It isn't a coincidence that the Enron, Worldcom, and Tyco scams all ended during the 2001-02 recession, and Madoff Securities, Lehman Brothers and Satyam Computer scams ended during 2008-09.

- We expect TTI to be no different. For instance, as your customers have payment problems, under-reserving for bad debt gets harder to explain to your auditors; as your competitors cut inventory, it gets harder to justify continued overproduction (and the associated gross margin inflation); etc.

- Today, TTI is quietly implementing widespread layoffs, something it hasn't resorted to since the Great Recession. It is also literally struggling to pay its bills on time, as evidenced by an explosion in late/missing payments to suppliers – also something it hasn't seen in size since the Great Recession. This is all inconsistent with "record profits", to say the least.

Jehoshaphatresearch.com

- When we say TTI is struggling to pay the bills, this is <u>not</u> the same as stretching payable terms, which TTI did for a long time to generate cash; this is <u>failing to pay within existing terms</u>. While we were unable to find a period in which TTI has ever been this far behind on its cash payments, you can probably guess when the next-highest spike took place: The 2009 financial crisis.

- **We expect that TTI will miss consensus expectations for profit to continue its upward trajectory in 2023.** But along with this miss, we think two worse things will happen: the cash crunch resulting from real debt on top of illusory EBITDA and equity, and the historically typical unwinding of all these accounting games.

- While the company <u>appears</u> to have a debt/EBITDA ratio of 2.2x, this is both backward-looking and based on flattered numbers. We believe that the properly adjusted debt/EBITDA ratio is about 4.3x, but that's also backward-looking. Looking forward, TTI's peers have already provided their 2023 guidance. They are guiding to dramatically reduced EBITDA in 2023. TTI plays in the same markets and is not immune.

- A year from now, we expect TTI's LTM EBITDA to be dramatically lower for the reasons outlined above. **This threatens the sustainability of its dividend and its borrowing cost.** We think a dividend cut is in play as existing cash flow pressures, too much leverage, the end (or beginning of the end) of the accounting façade, and a spiraling marketplace combine. The following chart assumes <u>no</u> continued hemorrhaging of free cash flow and <u>no</u> EBITDA-destroying unwind of TTI's historical accounting games:



### "No Excuses" CEO Fits an Archetypal Red Flag for Accounting Aggression

- Our research, including calls with experts outside and (formerly) inside TTI, paints a remarkably consistent story over decades about TTI's CEO, Joe Galli. While he is a master salesman and more than willing to humiliate subordinates to get them to "make the numbers," Mr. Galli appears to have a rather tenuous relationship with the truth.

- Most obviously, the public record shows Mr. Galli making ridiculous claims, such as that TTI has no excess inventory and no bad debts (it has plenty of both).

- A former board member at TTI told us plainly: "I found that at times [Mr. Galli] stated things in a way that when you peel back the onion weren't quite true. And he didn't like me peeling back the onion…He'd be doing his spiel, and I'd look and say, that didn't make sense to me. **I'd ask three questions or so and he didn't like that.**"

- Despite TTI's having the best margin progression in the world, Mr. Galli is not the best CEO in the world. He appears to have eventually been fired (or "asked to leave?") from every company he's spent meaningful time at[iv] – Black and Decker (Division President), Amazon (President and COO), and Newell Rubbermaid (CEO).

Jehoshaphatresearch.com

He even spent time on Businessweek's "Worst Managers of 2003" list. When his departure from Newell was announced, the stock soared.

- Disparate sources also have profiled a temperance-for-thee-but-not-for-me style of leadership at different companies. The book *The Everything Store* recounts how the Porsche-driving executive was "unnaturally focused on issues of compensation and on perks like private planes," while being far more fastidious about cutting costs for lower-level employees – such as by removing an existing perk of having free Advil in the office.

- An old article from the Freeport, IL *Journal-Standard* complained: "Galli further angered employees [at Newell] when his miserly ways stopped short of his own expense account." (It added: "…the guy who rationalized all of this suffering by saying '**The only thing that matters is hitting the numbers**' never hit them.")

- Joe Galli's corporate biography reads much like that of two historic accounting fraudsters: One of them is "Chainsaw Al," the late CEO of Sunbeam, who turned that company into one of the best-known corporate accounting frauds in modern America. Like Mr. Galli, Chainsaw Al was ruthless and reckless in restructuring, regularly blasted his colleagues' and competitors' incompetence, terrified many of his subordinates, and, of course, was named after a weapon (Galli carried around a baseball bat during Amazon facility tours). Most importantly, Chainsaw Al demanded the numbers be made at all costs.

- The other, even more famous fraudster who fits a similar description: Dennis Kozlowski of Tyco. One business school case study described some of the character signals that indicated a higher likelihood of unethical behavior: "[his] aggressive approach to business, his lavish lifestyle, his clashes with the former, more conservative CEO, and his ousting of those who criticized Tyco's behavior." As we'll explain, this list of traits should sound **incredibly** familiar to those who have studied Mr. Galli's reputation.

- Mr. Galli's intimidating nature seems to extend to his approach to those responsible for keeping the numbers honest: A former Board member told us that Mr. Galli would "beat up the auditors" (Deloitte Touche Tohmatsu) in their meetings. Explain like we're 5: Why exactly would a CEO have to "beat up" auditors?

- Joe Galli has been quoted publicly as saying, "People said I didn't like them because of style. And I said no, it was because you missed your numbers."[v] As forensic analysts we spend our careers looking for CEOs who say things like this.

## Valuation: 60-80% Downside to Fair Value

- Wall Street analysts are broadly positive on TTI with continued aggressive revenue and margin growth assumptions for 2023, despite the softened macroeconomic outlook.

- To remove discretion on just how negatively the current industry weakness will impact TTI's results, we value TTI using LTM results as of 1H22, stripped of improper uplifts from accounting games.

- If TTI maintains its current earnings multiple, we see 60-80% downside to HK$31 per share.

- If the multiple reverts to its long-term average, we see further downside to HK$26 per share.

Jehoshaphatresearch.com

| | |
|---|---|
| Reported LTM EBIT | $1,318 |
| Less: Accounting Games | (838) |
| **"True" LTM EBIT** | **480** |
| Less: Net Finance Cost | (13) |
| Profit Before Income Tax | 467 |
| Less: Income Tax Expense @ 7% | (33) |
| "True" LTM Net Profit | 435 |
| | |
| Diluted Shares (000s) | 1,837 |
| **"True" LTM EPS** | **$0.24** |

| | Long-Term Multiple | Current Multiple |
|---|---|---|
| P/E Multiple | 14.3x | 16.9x |
| USD-HKD | 7.844 | 7.844 |
| **Implied Stock Price** | **HK$26.45** | **HK$31.40** |
| Current Price | HK$92.50 | HK$92.50 |
| **Downside from Current** | **-71%** | **-66%** |

7

Jehoshaphatresearch.com

# TABLE OF CONTENTS

I.      **Introduction Page**

II.     **Executive Summary**

III.    **TTI's EBIT Inflated by ~40-70% Through a Series of Accounting Manipulations**

    a. Snowballing costs in capitalized intangible assets which must be written off later

    b. Snowballing costs into PP&E that must be "sold" at near-total losses later

    c. Ignoring its own accounting policy on bad debt provisions to delay expenses, possibly stuffing the channel

    d. Overproducing inventory which raises gross margin and pushes costs until later

    e. (Suspected) allocating current costs into "prepayments" to defer expense recognition until later

    f. Case study: HCSG US also had statistically impossible earnings, and that predicted charges by the SEC

IV.     **Expect a Giant Miss for 2023**

    a. TTI is already saying it's going to destock inventory – look what destocking is doing to peers' margins

    b. TTI's closest peer guides 2023 EBITDA to be down another 32% in 2023, following recent sharp decline, while consensus models continued impressive EBITDA growth for TTI

    c. Late (or missed) payments to suppliers have exploded, signaling stress

    d. TTI employees recently started complaining of "mass layoffs" as "things are starting to tank"

    e. Accounting games tend to unwind during periods of industry-level stress

V.      **Debt Load Makes an EBITDA Decline Asymmetrically Dangerous**

    a. Using peer guidance as a guidepost and "deflating" accounting games, TTI's leverage is ~6x

    b. TTI burned ~$1bn of cash in the past 2.5 years, despite wringing ~$600m out by stretching payable days

    c. TTI's dividend costs ~$500m to maintain

VI.     **CEO Behavioral Parallels With Past Fraudster CEOs**

    a. "Aggressive approach to business" – check

    b. Terrified subordinates - check

    c. Clashes with executives/Board members – check

    d. "Lavish lifestyle" – check

    e. Enforcing loyalty and ousting dissenters – check

    f. Insults competitors and colleagues – check

    g. Bonus: Says ridiculous and untrue things that are easily fact-checked

VII.    **Valuation: We See 60-80% Ultimate Downside to the Equity**

*Disclaimer*

*Appendix: Endnotes*

Jehoshaphatresearch.com

# TTI'S EBIT INFLATED BY ~40-70% THROUGH A SERIES OF ACCOUNTING MANIPULATIONS

*It was a nice run, Kev. Had to close out someday. Nobody wins 'em all.* – Satan (in *The Devil's Advocate*)

Snowballing costs in capitalized intangible assets which must be written off later

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | LTM 1H22 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Reported EBIT** | $291 | $368 | $414 | $453 | $531 | $612 | $685 | $993 | $1,256 | $1,318 |
| Minus: Excessive Capitalization of R&D | ($84) | ($90) | ($101) | ($109) | ($123) | ($126) | ($148) | ($142) | ($289) | ($337) |
| (Add back: Associated Amortization) | $59 | $63 | $73 | $81 | $88 | $101 | $101 | $101 | $89 | $100 |
| Minus: Missing Depreciation | $0 | $0 | $0 | ($7) | ($7) | ($5) | ($20) | ($39) | ($63) | ($83) |
| Minus: Missing Bad Debt Reserves | $0 | $0 | $0 | $0 | $0 | ($76) | ($106) | ($89) | ($51) | ($78) |
| Minus: Allocation of Spending to Prepayments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($235) |
| Minus: Gross Profit Benefit from Overproducing | ($62) | ($47) | ($63) | ($7) | ($1) | ($71) | ($106) | ($127) | ($555) | ($206) |
| **"Trued Up" EBIT** | $205 | $293 | $324 | $412 | $489 | $434 | $406 | $697 | $388 | $480 |
| *Shortfall* | *-30%* | *-20%* | *-22%* | *-9%* | *-8%* | *-29%* | *-41%* | *-30%* | *-69%* | *-64%* |

TTI's continual creation of an intangible asset called "deferred development costs" is enormous, while its peers use this subjective accounting mechanism in a far more limited fashion. This continually aggressive accounting choice has allowed TTI to delay ~$1.5bn in expenses since its current CEO took the helm in 2008, and most of that in the last five years.

The location of the relevant expenditure appears in the cash flow statement as shown below:

| | Note | June 30 2022 US$'000 (Unaudited) | June 30 2021 US$'000 (Unaudited) |
|---|---|---|---|
| **Investing Activities** | | | |
| Acquisition of a subsidiary | 16 | (37,060) | — |
| Additions to intangible assets | | (179,916) | (129,646) |
| Interest received | | 12,796 | 16,416 |
| Proceeds from (payment for) termination of leases | | 1 | (6) |
| Proceeds from disposal of property, plant and equipment | | 873 | 50 |
| Purchase of club membership debenture | | — | (1,737) |
| Purchase of unlisted equity securities | | (4,800) | — |
| Purchase of property, plant and equipment | | (229,397) | (245,071) |
| **Net Cash used in Investing Activities** | | **(437,503)** | (359,994) |

Source: TTI interim report for 1H22.

The overwhelming majority of these additions to intangible assets consists of deferred development costs, as seen in the following footnote to the 2021 annual report:

9

Jehoshaphatresearch.com

## 19. Intangible Assets

| | Deferred development costs US$'000 | Patents US$'000 | Trademarks US$'000 | Manufacturing know-how US$'000 | Retailer and service relationships US$'000 | Non compete agreement US$'000 | Total US$'000 |
|---|---|---|---|---|---|---|---|
| **Cost** | | | | | | | |
| At January 1, 2020 | 1,062,457 | 106,656 | 242,412 | 1,753 | 16,400 | 1,300 | 1,430,978 |
| Currency realignment | 108 | — | — | — | — | — | 108 |
| Additions | 145,707 | 12,479 | — | — | — | — | 158,186 |
| Written off in the year | (444,763) | (23,482) | (3,200) | — | (6,500) | — | (477,945) |
| At December 31, 2020 | 763,509 | 95,653 | 239,212 | 1,753 | 9,900 | 1,300 | 1,111,327 |
| Currency realignment | (156) | — | — | — | — | — | (156) |
| Additions | 296,179 | 14,059 | — | — | — | — | 310,238 |
| Written off in the year | (34,939) | (200) | — | — | — | — | (35,139) |
| At December 31, 2021 | 1,024,593 | 109,512 | 239,212 | 1,753 | 9,900 | 1,300 | 1,386,270 |

Companies can have wide latitude to determine how much of their development spending can be capitalized into an asset, rather than expensed right away. The 2018 annual report even identified this as a "Key Audit Matter" because of the "significant management judgement" involved in coming up with the numbers:

> *Capitalization of Deferred Development Costs*
> *We identified the capitalization of deferred development costs as a key audit matter due to significant management judgement about the future performance and viability of the products. The Group conducts a significant level of development activities and has to apply judgement in identifying projects meeting the criteria for capitalization under the requirements of accounting standards and to capture accurate time and cost information for those projects.*

In plain English, this means that accounting decisions around what to capitalize into "deferred development costs" versus what to expense today as "research & development" are highly subjective. This presents an opportunity to push costs many years into the future for an aggressive management team. It seems TTI has seized this opportunity while its peers have not chosen this path:

| *In millions using most recent 12 month periods available:* | Last Yr | This Yr |
|---|---|---|
| **Stanley Black & Decker (2021 and 2022):** | | |
| R&D capitalization | Immaterial | Immaterial |
| R&D expense | $276 | $350 |
| *Capitalizing of Dev Costs/Expensing of R&D* | *~0%* | *~0%* |
| | | |
| **Makita (2021 and 2022):** | | |
| R&D "including…cost…capitalized to R&D" | ¥13,491 | ¥14,871 |
| "R&D costs" | ¥12,783 | ¥14,145 |
| Imputed capitalization of R&D costs | ¥708 | ¥726 |
| *Capitalizing of Dev Costs/Expensing of R&D* | *6%* | *5%* |
| | | |
| **Techtronic (2021 and LTM):** | | |
| Additions to intangible assets (SCF) | $310 | $360 |
| Research and development costs (IS) | $426 | $462 |
| *Capitalizing of Dev Costs/Expensing of R&D* | *73%* | *78%* |

Sources: Annual and interim reports for the three companies. See endnote for additional details.[vi]

Jehoshaphatresearch.com

And as seen in the graphic at the beginning of this subsection, TTI's "excessive" capitalization has enabled it to push an astonishing number of costs many years into the future, in effect **creating a snowball of costs that will catch up with it later. Makita and Stanley have already taken these charges; TTI hasn't (for the most part), so its past earnings look better but its future earnings will look worse.**

So how do we try to quantify how much of this capitalization is "excessive"? As a starting point, having the context of the size of deferred development costs on TTI's balance sheet as compared to its peers is pretty useful.

TTI's intangible asset balance is obscenely large compared to both of its main peers. We went so far as to compare deferred development costs (or their equivalents) on each company's balance sheet, just to make the point in more detail:



Source: Company annual and 10-Q reports. See endnote for details of analysis.[vii]

The result of capitalizing huge amounts of spending into assets? You end up with huge capitalized assets.

But we can go further in estimating how much this excessive capitalization has massaged and pulled forward earnings. We believe the intellectually honest and fair way to approach this quantification exercise is to ask a few simple questions:

- What is a fair level of capitalization to benchmark for TTI? Answer: Makita's capitalization/R&D ratio has historically been about 5%, while Stanley's likely 0-1%. We use the ratio of Makita, another IFRS-based company, to say what TTI's capitalization of intangibles "should be."
- What is the actual financial statement impact of capitalizing all these costs? Answer: They avoid expenses in a given period, but create the need for amortization or writedowns in later years. So while we "ding" TTI for a certain percentage of excessive capitalization, we partially offset that by reducing TTI's amortization expense by the same percentage. (So if we say that TTI's capitalization in a given year needs to be reduced by 80%, we assume its amortization also needs to be reduced by 80%.)

(Why do we go to all this trouble? It would be easier to just ding TTI for all its capitalization, or all its excess capitalization, but it wouldn't be fair. Accuracy is more important than just beating up on companies.)

Jehoshaphatresearch.com

| TTI (millions of USD): | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | LTM 1H22 |
|---|---|---|---|---|---|---|---|---|---|---|
| R&D expense | $107 | $118 | $128 | $147 | $163 | $203 | $230 | $317 | $426 | $462 |
| Actual additions to intangible assets | $89 | $96 | $107 | $116 | $131 | $136 | $159 | $158 | $310 | $360 |
| *Additions to Intangible Assets/R&D* | *83%* | *81%* | *84%* | *79%* | *80%* | *67%* | *69%* | *50%* | *73%* | *78%* |
| "Corrected" additions to intangibles if done at Makita avg rate | $5 | $6 | $6 | $7 | $8 | $10 | $12 | $16 | $21 | $23 |
| **Excess capitalization est (actual minus corrected)** | **$84** | **$90** | **$101** | **$109** | **$123** | **$126** | **$148** | **$142** | **$289** | **$337** |
| Actual amortization of intangibles | $63 | $67 | $78 | $87 | $94 | $109 | $109 | $112 | $96 | $107 |
| "Corrected" amortization if deflated by same amount as additions | $4 | $4 | $5 | $6 | $6 | $8 | $8 | $11 | $7 | $7 |
| **Excess amortization of intangibles at same percentage est** | **$59** | **$63** | **$73** | **$81** | **$88** | **$101** | **$101** | **$101** | **$89** | **$100** |
| **Estimated net boost to TTI's EBIT** | **$24** | **$27** | **$27** | **$27** | **$35** | **$25** | **$46** | **$41** | **$200** | **$237** |

Source: TTI and Makita annual and interim reports. See endnote for further details.[viii]

Aside from slowly taking the expenses associated with all this spending by amortizing the gigantic intangible asset sitting on its books, the other way that TTI can (or must) recognize these expenses is by writing off these assets. So it's worth looking at how much of these assets TTI has written off over the years.

Based on what we could find in the filings from early in the century, TTI did not historically have material writeoffs of development assets outside of 2008…until he became CEO, capitalization of development costs surged. A few years later, writeoffs started showing up in more than token amounts. And the pattern in which they've been taken is…questionable.

Mr. Galli's CEO tenure began in early 2008. In that same year, capitalization of development costs as a percentage of R&D expense entered a new era that has persisted until today. From 2003 to 2007, the ratio of intangible asset additions to R&D expense averaged 44%. From 2008 through LTM 1H22, the ratio has averaged 81%.

When it comes to analyzing TTI's use of this subjective accounting practice which borrows earnings from the future, there is before Mr. Galli, and there is after:



Source: TTI annual and interim reports' cash flow and income statements. The year Mr. Galli became CEO is marked in red.

And four years after the surge in capitalization, writeoffs of intangible assets started showing up in more than trace amounts:

Jehoshaphatresearch.com



Source: TTI annual and interim reports. See endnote for more details.[ix]

This chart says more than it appears to at first glance:

- We don't believe it's a coincidence that 2008 was the only year, from 2004-2011, that TTI had any intangible writeoffs of any significance. 2008 was a year in which the economy was beginning to enter a tailspin, and any "fluff" projects or overcapitalized costs were much more likely to get scrutinized by auditors and forced to be written off.
- The lack of any material writeoffs from 2004-2007 and from 2009-2011 makes perfect sense. Prior to 2008, as we have seen, TTI was capitalizing deferred development costs, but doing it less aggressively. When Mr. Galli became CEO, the capitalization of these costs surged and never (really) came back down. **If TTI began aggressively capitalizing intangible assets when Mr. Galli became CEO, you'd expect the result to show up a few years later in the form of writeoffs – and it did.** The useful lives of deferred development costs are considered by TTI to range from 3 to 5 years.[x] Not a coincidence!
- The sudden explosion in writedowns in 2020-21 is astonishing. This period of "stay-at-home remodeling" was an absolutely phenomenal one for TTI and its peers, as evidenced by tremendous growth in sales of tools, construction services, etc. So why would TTI need to take unprecedented writedowns of its deferred development costs in those two years, of all years? We think it's because those were good years to "let some of the air out of the balloon" without overwhelming reported results (remember, writedowns flow straight into TTI's earnings). Unfortunately for TTI these writedowns, while huge in comparison to prior writedown activity, **were more than overwhelmed by the capitalization of additional development costs in just those two years alone.**

| in millions | **2020** | **2021** | **LTM 1H22** |
|---|---|---|---|
| Writeoffs of intangible assets | ($49) | ($28) | ($8) |
| Amortization of intangible assets | ($112) | ($96) | ($107) |
| Additions to intangible assets | $158 | $310 | $360 |
| Ending balance of intangible assets | $664 | $850 | $974 |

It may seem counterintuitive to believe that TTI started taking its intangible asset writedown "medicine" several years after Mr. Galli took over, yet is also aggressively "snowballing" a massive pile of intangible assets that have yet to be written down. The way to reconcile these two apparently contradictory concepts is simple: You

Jehoshaphatresearch.com

have to compare the magnitude of these accounting entries. The snowballing is immediate and huge, the writedowns are lagging and (so far, mostly) small.

**The "huge" writedowns in 2020-21 amounted to $77m in total. By contrast, TTI has just shy of one BILLION dollars in (net) intangible assets, almost all of them deferred development costs, on its balance sheet as of 1H22.** Most of those intangible assets were added in the last several years – there's no chance they've been written down in any meaningful quantity. The 2020-21 writedowns were a signal, in our opinion, of earnings management, and an attempt to let the air out of the balloon – but they did not come anywhere close to getting the job done.

And of course, the problem for TTI is that the current and upcoming periods look more like 2008 (for the power tool industry, anyway) than 2020-21 (when contractors couldn't possibly meet all the remodeling and construction demand). We <u>know</u> that TTI will have to expense all of this snowballed development cost sitting on its balance sheet eventually, but we <u>think</u> that "eventually" is going to be a lot less "eventual" than it might sound.

And it's not that TTI will <u>choose</u> to let a little air out of the balloon like in 2020-21…it's that the balloon is primed to explode in their faces at the most inopportune time (as it tends to do).

A billion dollars of intangible assets that should probably be worth 90-99% less if benchmarked to peers…you can do the math on that one yourself. But don't wait another ten years to do it.

<u>Snowballing costs into PP&E that must be "sold" at near-total losses later</u>

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | LTM 1H22 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Reported EBIT** | $291 | $368 | $414 | $453 | $531 | $612 | $685 | $993 | $1,256 | $1,318 |
| Minus: Excessive Capitalization of R&D | ($84) | ($90) | ($101) | ($109) | ($123) | ($126) | ($148) | ($142) | ($289) | ($337) |
| (Add back: Associated Amortization) | $59 | $63 | $73 | $81 | $88 | $101 | $101 | $101 | $89 | $100 |
| Minus: Missing Depreciation | $0 | $0 | $0 | ($7) | ($7) | ($5) | ($20) | ($39) | ($63) | ($83) |
| Minus: Missing Bad Debt Reserves | $0 | $0 | $0 | $0 | $0 | ($76) | ($106) | ($89) | ($51) | ($78) |
| Minus: Allocation of Spending to Prepayments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($235) |
| Minus: Gross Profit Benefit from Overproducing | ($62) | ($47) | ($63) | ($7) | ($1) | ($71) | ($106) | ($127) | ($555) | ($206) |
| **"Trued Up" EBIT** | $205 | $293 | $324 | $412 | $489 | $434 | $406 | $697 | $388 | $480 |
| *Shortfall* | *-30%* | *-20%* | *-22%* | *-9%* | *-8%* | *-29%* | *-41%* | *-30%* | *-69%* | *-64%* |

It's harder to quantify the earnings management value of this accounting game, but it's easier to see its absurdity.

TTI has apparently stuffed so much nonsense (e.g., costs) into its "PP&E" that any time it does routine PP&E disposals, it fetches only pennies on the dollar compared to the depreciated (or net) value these assets are carried at. From the 2021 annual report:

14

Jehoshaphatresearch.com

# Consolidated Statement of Cash Flows

For the year ended December 31, 2021

|  | 2021 US$'000 | 2020 US$'000 |
|---|---|---|
| **Operating Activities** | | |
| Profit before taxation | 1,181,825 | 861,254 |
| Adjustments for: | | |
| Amortization/write-off of intangible assets | 123,992 | 161,217 |
| Depreciation of right of use assets | 112,815 | 77,038 |
| Depreciation on property, plant and equipment | 190,289 | 165,893 |
| Fair value (gain) loss on foreign currency forward contracts | (9,074) | 3,750 |
| Fair value loss on listed equity securities | 4,792 | 8,061 |
| Fair value loss on acquisition right of certain property, plant and equipment | 192 | 435 |
| Finance costs | 42,008 | 44,222 |
| Gain on early termination of leases | (734) | (31) |
| Goodwill written off | — | 3,861 |
| Impairment loss on trade receivables under expected credit loss model | 24,820 | 22,489 |
| Impairment loss on right of use assets | 876 | — |
| Interest income | (32,028) | (36,787) |
| Loss on disposal of property, plant and equipment | 32,707 | 62,436 |
| Share-based payments expense | 33,573 | 17,778 |
| Share of result of an associate | (5) | (432) |
| Write down of inventories | 101,991 | 32,139 |

**CONSOLIDATED STATEMENT OF CASH FLOWS**  For the year ended December 31, 2021

|  | 2021 US$'000 | 2020 US$'000 |
|---|---|---|
| **Investing Activities** | | |
| Additions to intangible assets | (310,238) | (158,186) |
| Interest received | 32,028 | 36,787 |
| Payment for early termination of leases | (71) | (38) |
| Proceeds from disposal of property, plant and equipment | 1,632 | 2,078 |
| Purchase of club membership debenture | (1,737) | (752) |
| Purchase of listed equity securities | — | (1,227) |
| Purchase of property, plant and equipment | (746,538) | (458,928) |
| **Net Cash used in Investing Activities** | (1,024,924) | (580,266) |

In 2021, TTI received $1.6m in proceeds from disposals of PP&E…but it took a loss on those disposals of $32.7m. Think about this: It means that this PP&E was carried at $34.3m (1.6m + 32.7m), but TTI received only $1.6m when actually selling it on the open market. **That's a 95% markdown from the (net, or depreciated) book value these assets were carried at.**

How could the value of these PP&E assets have been so inflated?

15

Jehoshaphatresearch.com

This struck us as odd, but maybe it was a one-off with a good explanation? It's not. This garbage has been happening every year in a row since 2012:



Source: TTI annual and interim cash flow statements, with methodology described above.

It's not entirely crazy to believe that in one random year, you might sell a property or facilities that you hadn't adequately depreciated, or that you had overvalued upon purchase or construction. But to do this every year for over a decade defies any legitimate explanation we can think of.

We also looked at the peers' histories of disposals and gains/losses, to make sure we weren't crazy. Spoiler alert: We're not crazy!

This is what a chart of losses on disposals is supposed to look like – pretty randomly distributed:



Source: Makita annual and interim reports, using same methodology as above. See endnote for details.[xi]

We tried to do this analysis for Stanley as well, but their losses (or gains) are so immaterial that they were not available(!).

These mark-to-market losses on sale of PP&E are persistent and sizeable for TTI. Over the past five years alone, these losses have amounted to $131m, and that flows right through the P&L when it happens.

You have to be careful with something though. The problem here isn't simply a matter of "assets." **We aren't saying that TTI is a short simply because it has overvalued tangible assets.** We know this company isn't a bank. We're saying it's a short because, among other issues, its PP&E appears to hold a bunch of worthless "value" that came from somewhere…which means TTI's past earnings have been, again, inflated by shifting expenses to later periods by overcapitalizing them. (This could be overcapitalizing expenses into assets in the first place, or taking inadequate depreciation over time to delay expenses, or both.) **The absurdity of continuously selling PP&E for 60-100% book value losses is merely a reflection of that.**

Just like with the capitalized development costs, the way TTI got here appears to be the result of "snowballing," or stuffing nonsense into an asset category that must later whack the income statement by being written down. Think of it this way: Companies are supposed to put investments into capex (which becomes assets, which everyone likes, and later get depreciated, slowly), and routine expenses into, well, expenses (which hit P&L immediately, and nobody likes them).

But this can be a gray area, and yet again offers management the opportunity to exercise "significant judgement." (One of the better characterizations of this ambiguity comes from a recent article in National Law Review, entitled *I Know It When I See It – What is a Capital Expenditure?*[xii])

It's that gray area that offers opportunities to aggressive management teams. As outsiders, we don't have the level of insight needed to determine exactly what type of shenanigans might have caused this (liberal capitalization, conservative depreciation, something else?). What is utterly black-and-white, though, is the size and broad scope of these ongoing, big writedowns.

**Similar to the case of TTI's statistically unrealistic gross margin progression, taking >50% writedowns in material financial size on disposals of PP&E every year for a decade straight is not something that is supposed to occur in nature.**

And hey, what do you know – remember how we said it seemed like 2020, one of the best years in history for the power tools industry, was an awfully odd year to take your biggest bath on writedowns of capitalized development costs? It's also an odd year to take your biggest bath on writedowns of capitalized tangible assets, which should (if anything) have increased in value in a phenomenal year. But here we are again in TTI's House of A Thousand Accounting Oddities:

Jehoshaphatresearch.com



**For the second time, it looks like TTI chose to dump some extra pounds of its snowballed expenses in a year that was otherwise so good that nobody would notice.**

The annual reports provide more disclosure into the different component of TTI's PP&E and how they move around. We looked at current and historical PP&E disclosures for TTI and found that the majority of its disposals are occurring in the "Moulds and tooling" subcategory of PP&E:

Jehoshaphatresearch.com

## 16. Property, Plant and Equipment

| | Freehold land and land and buildings (Note) US$'000 | Leasehold improvements US$'000 | Office equipment, furniture and fixtures US$'000 | Plant and machinery US$'000 | Motor vehicles US$'000 | Moulds and tooling US$'000 | Vessels US$'000 | Aircraft US$'000 | Construction in progress US$'000 | Total US$'000 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cost** | | | | | | | | | | |
| At January 1, 2020 | 400,221 | 92,547 | 247,773 | 395,589 | 8,047 | 390,181 | 7,106 | 27,695 | 254,666 | 1,823,825 |
| Currency realignment | 3,163 | 2,989 | 5,255 | 16,765 | 142 | 7,142 | — | — | 2,567 | 38,023 |
| Additions | 177 | 5,289 | 15,766 | 34,373 | 1,303 | 3,584 | — | — | 398,436 | 458,928 |
| Disposals | (11,478) | (17,160) | (19,858) | (8,641) | (1,485) | (139,383) | — | — | (17,259) | (215,264) |
| Reclassification | 67,597 | 6,766 | 36,791 | 43,623 | 657 | 99,119 | — | — | (254,553) | — |
| At December 31, 2020 | 459,680 | 90,431 | 285,727 | 481,709 | 8,664 | 360,643 | 7,106 | 27,695 | 383,857 | 2,105,512 |
| Currency realignment | (1,552) | (36) | (2,771) | (1,198) | (140) | 2,345 | — | — | (871) | (4,223) |
| Additions | 4,193 | 11,965 | 29,226 | 67,609 | 1,977 | 1,945 | — | 41,119 | 588,504 | 746,538 |
| Disposals | (2,614) | (2,218) | (19,285) | (14,714) | (170) | (137,483) | — | (1,321) | (9,590) | (187,395) |
| Reclassification | 94,826 | 14,640 | 30,148 | 81,343 | 140 | 143,129 | — | — | (364,226) | — |
| **At December 31, 2021** | **554,533** | **114,782** | **323,045** | **614,749** | **10,471** | **370,579** | **7,106** | **67,493** | **597,674** | **2,660,432** |
| **Depreciation and Impairment** | | | | | | | | | | |
| At January 1, 2020 | 44,027 | 49,756 | 157,760 | 212,511 | 4,617 | 262,239 | 4,221 | 2,135 | — | 737,266 |
| Currency realignment | 1,282 | 1,532 | 3,795 | 7,681 | 87 | 5,766 | — | — | — | 20,143 |
| Provided for the year | 11,295 | 10,269 | 30,543 | 41,610 | 1,410 | 67,662 | 1,198 | 1,906 | — | 165,893 |
| Eliminated on disposals | (4,110) | (12,316) | (13,530) | (8,364) | (1,084) | (111,346) | — | — | — | (150,750) |
| At December 31, 2020 | 52,494 | 49,241 | 178,568 | 253,438 | 5,030 | 224,321 | 5,419 | 4,041 | — | 772,552 |
| Currency realignment | (146) | (1) | (2,145) | (885) | (91) | 1,029 | — | — | — | (2,239) |
| Provided for the year | 13,334 | 13,110 | 33,939 | 55,750 | 1,560 | 69,681 | 1,191 | 1,724 | — | 190,289 |
| Eliminated on disposals | (21) | (1,886) | (15,096) | (12,399) | (151) | (122,713) | — | (790) | — | (153,056) |
| **At December 31, 2021** | **65,661** | **60,464** | **195,266** | **295,904** | **6,348** | **172,318** | **6,610** | **4,975** | **—** | **807,546** |
| **Carrying amounts** | | | | | | | | | | |
| **At December 31, 2021** | **488,872** | **54,318** | **127,779** | **318,845** | **4,123** | **198,261** | **496** | **62,518** | **597,674** | **1,852,886** |
| At December 31, 2020 | 407,186 | 41,190 | 107,159 | 228,271 | 3,634 | 136,322 | 1,687 | 23,654 | 383,857 | 1,332,960 |

One thing to realize when looking at the schedule above is that while large disposals of "gross" PP&E take place in a given year, some of that PP&E has already been depreciated. So, that accumulated depreciation is eliminated on disposal too (bottom half of the table). The reduction in net book value is the difference between gross PP&E disposed and accumulated depreciation disposed – for instance, in 2021, TTI disposed of $137.5m of gross (pre-depreciation) "Moulds and tooling" assets but in the process wrote off $122.7m of accumulated depreciation, so it **disposed of "Moulds and tooling" with a net book value of $14.8m. But in 2021, TTI received proceeds from such disposals of just $1.6m in total!**

We don't know what the loss on disposal was on a subcategory-by-subcategory basis, but one thing is for certain: TTI's "Moulds and tooling" category, at the least, is experiencing particularly gigantic disposal loss percentages. Every time TTI sells even a little of it in terms of market value, it has to let a whole lot more book value go (and that's when the long-delayed expense finally takes place).

<span style="color:red">**You can see where this is going…TTI still has $1.9bn of net PP&E book value, and who knows how much more of it is going to be disposed of at 80-90% losses on sale that destroy earnings when they happen.**</span>

19

Jehoshaphatresearch.com

We <u>know</u> that TTI is taking regular, massive losses on disposal of PP&E, indicating that these "assets" have been hugely overvalued on the balance sheet. The question we ask is: Did TTI get here by overcapitalizing (snowballing), underdepreciating (a different form of snowballing), or both, or some other way that's too clever for us to see? We can't be sure, but our guess is that most of this is driven by TTI overcapitalizing – treating too many costs as "capex." There are three reasons why we think that:

- TTI continually has enormous additions to "Construction in progress" (look again at the same schedule, below, with different line items emphasized). This is exactly where we'd hide expenses if we wanted to bury them in PP&E. The "Construction in progress" reclassifications end up in "Moulds and tooling" upon completion more than they do in any other category – and that category keeps seeing huge losses on disposals as well

- Even if TTI were systematically underdepreciating assets, it would have to be underdepreciating them by a gigantic degree to wind up with such massively overmarked PP&E assets. TTI's depreciation as a percentage of net PP&E has been declining as we'll show, but it isn't de minimis. Said differently, we don't think assets could be this inflated simply by depreciating them a little less. It looks more like they're being inflated – a lot - on the front end, and then the air is being let out through writedowns upon disposal. (These writedowns, like the writedowns of intangible assets, have been recurring, but small compared to total asset size to date – suggesting a lot more to come)

- The evidence introduced in the previous subsection strongly points to TTI doing this sort of overcapitalization/expense suppression with intangible assets already

20

Jehoshaphatresearch.com

## 16. Property, Plant and Equipment

| | Freehold land and land and buildings (Note) US$'000 | Leasehold improvements US$'000 | Office equipment, furniture and fixtures US$'000 | Plant and machinery US$'000 | Motor vehicles US$'000 | Moulds and tooling US$'000 | Vessels US$'000 | Aircraft US$'000 | Construction in progress US$'000 | Total US$'000 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cost** | | | | | | | | | | |
| At January 1, 2020 | 400,221 | 92,547 | 247,773 | 395,589 | 8,047 | 390,181 | 7,106 | 27,695 | 254,666 | 1,823,825 |
| Currency realignment | 3,163 | 2,989 | 5,255 | 16,765 | 142 | 7,142 | — | — | 2,567 | 38,023 |
| Additions | 177 | 5,289 | 15,766 | 34,373 | 1,303 | 3,584 | — | — | 398,436 | 458,928 |
| Disposals | (11,478) | (17,160) | (19,858) | (8,641) | (1,485) | (139,383) | — | — | (17,259) | (215,264) |
| Reclassification | 67,597 | 6,766 | 36,791 | 43,623 | 657 | 99,119 | — | — | (254,553) | — |
| At December 31, 2020 | 459,680 | 90,431 | 285,727 | 481,709 | 8,664 | 360,643 | 7,106 | 27,695 | 383,857 | 2,105,512 |
| Currency realignment | (1,552) | (36) | (2,771) | (1,198) | (140) | 2,345 | — | — | (871) | (4,223) |
| Additions | 4,193 | 11,965 | 29,226 | 67,609 | 1,977 | 1,945 | — | 41,119 | 588,504 | 746,538 |
| Disposals | (2,614) | (2,218) | (19,285) | (14,714) | (170) | (137,483) | — | (1,321) | (9,590) | (187,395) |
| Reclassification | 94,826 | 14,640 | 30,148 | 81,343 | 140 | 143,129 | — | — | (364,226) | — |
| **At December 31, 2021** | 554,533 | 114,782 | 323,045 | 614,749 | 10,471 | 370,579 | 7,106 | 67,493 | 597,674 | 2,660,432 |
| **Depreciation and Impairment** | | | | | | | | | | |
| At January 1, 2020 | 44,027 | 49,756 | 157,760 | 212,511 | 4,617 | 262,239 | 4,221 | 2,135 | — | 737,266 |
| Currency realignment | 1,282 | 1,532 | 3,795 | 7,681 | 87 | 5,765 | — | — | — | 20,143 |
| Provided for the year | 11,295 | 10,269 | 30,543 | 41,610 | 1,410 | 67,662 | 1,198 | 1,906 | — | 165,893 |
| Eliminated on disposals | (4,110) | (12,316) | (13,530) | (8,364) | (1,084) | (111,346) | — | — | — | (150,750) |
| At December 31, 2020 | 52,494 | 49,241 | 178,568 | 253,438 | 5,030 | 224,321 | 5,419 | 4,041 | — | 772,552 |
| Currency realignment | (146) | (1) | (2,145) | (885) | (91) | 1,029 | — | — | — | (2,239) |
| Provided for the year | 13,334 | 13,110 | 33,939 | 55,750 | 1,560 | 69,681 | 1,191 | 1,724 | — | 190,289 |
| Eliminated on disposals | (21) | (1,886) | (15,096) | (12,399) | (151) | (122,713) | — | (790) | — | (153,056) |
| **At December 31, 2021** | 65,661 | 60,464 | 195,266 | 295,904 | 6,348 | 172,318 | 6,610 | 4,975 | — | 807,546 |
| **Carrying amounts** | | | | | | | | | | |
| At December 31, 2021 | 488,872 | 54,318 | 127,779 | 318,845 | 4,123 | 198,261 | 496 | 62,518 | 597,674 | 1,852,886 |
| At December 31, 2020 | 407,186 | 41,190 | 107,159 | 228,271 | 3,634 | 136,322 | 1,687 | 23,654 | 383,857 | 1,332,960 |

Look at the green boxes in this schedule above. TTI is doing a ton of "Construction in progress" additions (which we don't normally begrudge a company for doing, of course). But then, upon "construction" completion, a great deal of those dollars get reclassified into "Moulds and tooling"…where they later get fed into the disposal woodchipper with eye-popping writedowns of their inflated values as discussed above.

Is TTI really overpaying by 900% for the inputs to build these tools and then later finding out that they're not worth $100 after five years, they're worth $10, again and again and again repeating the same foolish investment process…**or is it managing earnings by stuffing costs that it shouldn't be into "Construction in progress," costs that add no economic value, and then writing off those enormous, vaporous cost "assets" on disposal?**

We think TTI is aggressive and reckless, but they're not stupid. If there's a better explanation for this, we invite TTI to explain it publicly.

Now, the challenge for us is to quantify the boost to earnings that such an accounting game would have had on TTI's results. This would require an awful lot of speculation on our part as outsiders, which we're reluctant

Jehoshaphatresearch.com

to attempt. So, we take a modified approach to estimate the impact on earnings. Rather than trying to piece apart how much of TTI's tangible investments were "legitimate" – which would be impossible – we can measure the apparent under-depreciation which also seems to have been taking place. **This is a more generous approach – if we dinged TTI for its investments up front, the impact on earnings would be huge. If we simply ding it for "missing" depreciation, the impact on earnings is far milder and drawn out.**

To do this, we first must appreciate that TTI has been depreciating less and less of its net PP&E over time:



The "Construction in progress" component of PP&E is not depreciated, so we remove that from the denominator. See endnote for sources, methods, and additional interesting details.[xiii]

From 2008-2015, TTI was depreciating its PP&E at a pretty consistent rate of 23-25%, implying about a 4-year useful life for its tangible assets on average. From 2016-on, the depreciation rate has slipped below 17%, implying closer to a 6-year useful life. The proportions of TTI's depreciable net PP&E haven't changed dramatically (see endnote below the chart).

To be as fair and generous as possible, we assume that the absolute <u>lowest</u> annual depreciation rate of any year from **2004**-2015 (23%) is an appropriate and fair depreciation level. (It would be easier to just average a historical rate, but we like to give companies the benefit of the doubt…believe it or not!) So, we then assume that any depreciation below the 23% amount is "missing." The output looks like this, showing just back to 2008 to make the graphic more readable (it's not a totally arbitrary year; 2008 is when Joe Galli became CEO):

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | LTM 1H22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Depreciation of PP&E | $68 | $69 | $70 | $70 | $73 | $74 | $81 | $91 | $101 | $115 | $129 | $145 | $166 | $190 | $217 |
| PP&E (Net) | $302 | $318 | $339 | $360 | $384 | $384 | $425 | $538 | $601 | $689 | $791 | $1,087 | $1,333 | $1,853 | $1,950 |
| Of which: Construction in progress | $36 | $10 | $38 | $62 | $58 | $83 | $76 | $96 | $105 | $128 | $188 | $255 | $384 | $598 | $598 |
| Net PP&E Excluding Constr in Progress | $266 | $308 | $301 | $298 | $326 | $301 | $349 | $442 | $496 | $561 | $603 | $832 | $949 | $1,255 | $1,352 |
| Depreciation/Avg Net Depreciable PP&E | 26% | 24% | 23% | 23% | 23% | 24% | 25% | 23% | 22% | 22% | 22% | 20% | 19% | 17% | 17% |
| "Correct" Depreciation (lowest level of 2004-15) | | | | | | | | | $108 | $122 | $134 | $165 | $205 | $253 | $300 |
| **"Missing" Depreciation Estimate** | | | | | | | | | $7 | $7 | $5 | $20 | $39 | $63 | $83 |

Source: TTI annual and interim reports. We assume a flat construction in progress balance for 1H22.

Again, we think this is probably too generous of an approach to estimating how much inflation of PP&E has benefited TTI's earnings. Candidly, the problem is that we think it would be false precision to try to quantify the impact of PP&E overcapitalization. Unlike capitalizing intangible assets, a situation in which there are clear

22

Jehoshaphatresearch.com

benchmarks and TTI blows way past them, every company in this space incurs plenty of capex to add PP&E. But only TTI consistently dumps that "PP&E" later at eye-popping markdowns.

<u>Ignoring its own accounting policy on bad debt provisions to delay expenses, possibly stuffing the channel</u>

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | LTM 1H22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Reported EBIT | $291 | $368 | $414 | $453 | $531 | $612 | $685 | $993 | $1,256 | $1,318 |
| Minus: Excessive Capitalization of R&D | ($84) | ($90) | ($101) | ($109) | ($123) | ($126) | ($148) | ($142) | ($289) | ($337) |
| (Add back: Associated Amortization) | $59 | $63 | $73 | $81 | $88 | $101 | $101 | $101 | $89 | $100 |
| Minus: Missing Depreciation | $0 | $0 | $0 | ($7) | ($7) | ($5) | ($20) | ($39) | ($63) | ($83) |
| Minus: Missing Bad Debt Reserves | $0 | $0 | $0 | $0 | $0 | ($76) | ($106) | ($89) | ($51) | ($78) |
| Minus: Allocation of Spending to Prepayments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($255) |
| Minus: Gross Profit Benefit from Overproducing | ($62) | ($47) | ($63) | ($7) | ($1) | ($71) | ($106) | ($127) | ($555) | ($206) |
| "Trued Up" EBIT | $205 | $293 | $324 | $412 | $489 | $434 | $406 | $697 | $388 | $480 |
| *Shortfall* | *-30%* | *-20%* | *-22%* | *-9%* | *-8%* | *-29%* | *-41%* | *-30%* | *-69%* | *-64%* |

"[O]ur marketing sales[people] globally have been incredibly disciplined in managing receivables. ==That's why we have virtually no bad debt in this company…==we don't go into countries where there's high risk, bad debt risk. We are very, very careful and disciplined about this. ==Because anybody can book a sale, but if you don't collect the money, it really is not a sale, and it shows up later.== So we're -- as you can see, our team is doing a great job with this." – TTI CEO on 1H21 earnings call

"==We haven't had…a bad debt writeoff for so long that it's almost tedious and boring for our auditors.== And we -- why don't we use it? Because we -- if you're not in [places like] Turkey, you don't have to deal with writing-off the accounts that don't pay their bills, right." – 1H18 earnings call

"The lady doth protest too much, methinks." – *Hamlet*, by William Shakespeare

The following text is taken from TTI's 2021 annual report, and explains why TTI's bad debt provisions are so "low" (they're not really that low):

As at December 31, 2021, included in the Group's trade receivables balance are debtors with aggregate carrying amount of US$220,824,000 (2020: US$307,439,000) which are past due as at the reporting date. The past due over 90 days balances that are presumed in default according with the Group's accounting policy of US$145,059,000 (2020: US$254,508,000) are not considered as in default as they are due from a number of independent customers that have a good payment track record with the Group.

We have picked apart a lot of companies' aggressive accounting practices over the years, but we've never seen this before. It's one thing to modify accounting policies or interpret them creatively; it's quite another to completely ignore them.

At the end of 2021, $145m of receivables that should have been sitting in a default (allowance) contra-asset were not. This is yet another situation in which TTI appears to have bad assets on its balance sheet, and accompanying risk of outsized expenses being recognized later, because of aggressive accounting.

As the following quote from one of our fieldwork interviews indicates, we are not the only ones who found this kind of language shocking in the annual report:

Jehoshaphatresearch.com

> <u>Jehoshaphat Research</u>: What does "presumed in default but not considered in default" mean? Is that a letter of credit or something? Is it even legitimate?
>
> <u>Former Senior TTI Insider</u>: **Oh no that's bullshit.**
>
> *- Call with former senior insider from TTI who is an accounting and finance expert*

We think we know why TTI took this unusually aggressive step in the first place. We went back and analyzed TTI's historical accounts receivable aging tables, available in its annual reports. For reference, they look like this:

## 10. Trade and other receivables/Bills receivable

The Group has a policy of allowing credit periods ranging mainly from 30 days to 120 days. The aging analysis of trade receivables, net of allowances for credit losses, presented on the basis of the revenue recognition date, which is usually the invoice date, at the end of the reporting period is as follows:

| Age | June 30 2021 US$'000 | December 31 2020 US$'000 |
|---|---|---|
| 0 to 60 days | 1,545,544 | 1,016,581 |
| 61 to 120 days | 228,991 | 232,640 |
| 121 days or above | 62,592 | 57,835 |
| Total trade receivables | 1,837,127 | 1,307,056 |
| Other receivables | 102,574 | 60,230 |
| | 1,939,701 | 1,367,286 |

Source: Techtronic interim 2021 report.

Here's what our historical analysis looks like:

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 1H22 |
|---|---|---|---|---|---|---|---|---|---|
| Trade A/R (net of allowance) | $773 | $828 | $935 | $1,106 | $1,089 | $1,168 | $1,311 | $1,900 | $2,061 |
| Aged 0-60 days of total A/R | $651 | $700 | $760 | $753 | $680 | $966 | $1,017 | $1,795 | $1,600 |
| Aged 61-120 days of total A/R | $85 | $91 | $141 | $277 | $346 | $137 | $233 | $23 | $318 |
| Aged 121 or more days of total A/R | $37 | $38 | $34 | $76 | $63 | $57 | $58 | $82 | $143 |
| *% aged 0-60* | 84% | 85% | 81% | 68% | 62% | 83% | 78% | 94% | 78% |
| *% aged 61-120* | 11% | 11% | 15% | 25% | 32% | 12% | 18% | 1% | 15% |
| ***% aged 121+*** | 5% | 5% | 4% | 7% | 6% | 5% | 4% | 4% | 7% |
| **Indep cust. >90 days past due "but not default"** | | | | | $219 | $303 | $255 | $145 | $223 |
| % of >60-121+ day old A/R | | | | | 53% | 156% | 87% | 138% | 48% |

Source: Techtronic annual and interim reports. 1H22 data is limited, so its purple cells reflect simple assumptions. See endnote for details.[xiv]

There are a few bad takeaways from this information set. We'll first discuss three of them:

- Obviously the fact that hundreds of millions of dollars of 90+ days past due A/R that are in default according to TTI's own accounting policy are somehow being treated as money-good is absurd.

Jehoshaphatresearch.com

- The fact that we found proof of this crazy accounting decision going back only to 2018[xv] is rather remarkable considering that A/R aging clearly got suddenly worse overall in 2017 and (not shown) 1H18. This circumstantially suggests that TTI may have decided to start ignoring its accounting policy on defaults in 2018 specifically because its credit quality was deteriorating.

- In 2019 and 2021, the amounts the narrative says were past due 90 days or more are <u>larger than the entire A/R balance 60 days or more</u> indicated by TTI's own aging tables. (Think about that, and look closely at the aging buckets.) "Oh what a tangled web we weave, when first we practice to deceive!"

As usual, we wanted to quantify the impact that choosing not to expense these "defaulted but not defaulted" receivables might be having on earnings. There's a punitive, heavy-handed, and wrong way to do this (assume all the receivables at the end of the year should be a direct subtraction from that year's income), and a more sensible way to do it. The sensible way is to figure out a reasonable reserve rate for things over 90 days and apply it to those receivables.

In our fieldwork, we spoke to one of Stanley Black & Decker's former finance directors about this exact language in TTI's annual report. This individual explained:

> *In general, you gotta look at what [the A/R] is. Home Depot and Lowe's, no matter how old it was I never had anything reserved. That was a process issue. If it's a contractor, over 90 days, we're not getting paid.* **So all the other smaller people, the 90 days bucket might have a 25% reserve on it.** [This doesn't mean "90 days and over," like the TTI receivables language refers to, it means a bucket, like 90-120 days.]

Remember, TTI is telling us that these 90 days past due amounts are from "a number of independent customers." Home Depot, the biggest home improvement chain in the world, is not an independent customer (otherwise, the distinction "independent customer" is utterly meaningless). Also, as one of the, if not the, best-managed home improvement store in the world, Home Depot also shouldn't have anywhere near this kind of lethargy in paying TTI such that it's falling 90+ days behind its due dates. The two companies have been working closely together for decades. **But most simply, Home Depot's days payable outstanding are only 43 days![xvi]** If Home Depot were not paying a TTI bill after 90 days, it would be because Home Depot doesn't think it owes TTI that money.

So we estimated the earnings boost of taking hundreds of millions of dollars' worth of 90 days past due A/R from your <u>independent</u> customers and pretending that none of them are in default because you just trust them so much. To do so, we multiplied a "reserve rate" times the ending 90-day "default but not" balance, using the input from the former finance executive at Stanley.

A 25% reserve for 90-or-more days is too low, since if the "90 days" bucket is 25%, then the "everything over" 90 days category must be higher. So, we used 35% as our reserve rate.

When you multiply 35% by the "default not default" amounts, you get the "missing bad debt reserve" boost that we subtract from reported EBIT in the first table of this subsection. It's actually not that complicated, but you have to do some homework to get to it.

**There's a more nefarious possibility here that demands some consideration, though: this 90+ past due amount is so large that it may instead reflect channel stuffing (parking product with customers who**

25

Jehoshaphatresearch.com

**don't need it, or won't need it for a very long time).** When we run the math, we frankly don't understand how TTI could have this many hundreds of millions of dollars of receivables that are this many months late, year after year after year unless something systematic is at play.

As a percentage of <u>total</u> A/R, the "in default but not" 90+ days past due number is big, but not shocking. But as we explained, if you consider the language used about "independent" customers and Home Depot's publicly available payable days number, it almost certainly doesn't include Home Depot.

And if you look at the 90+ past due amounts <u>as a percentage of ex-Home Depot A/R</u>, then the numbers are indeed shocking:

| | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **1H22** |
|---|---|---|---|---|---|---|---|---|---|
| Trade A/R (net of allowance) | $773 | $828 | $935 | $1,106 | $1,089 | $1,168 | $1,311 | $1,900 | $2,061 |
| % of A/R from Home Depot | 23% | 26% | 28% | 37% | 30% | 26% | 35% | 43% | 43% |
| Home Depot A/R | $180 | $214 | $262 | $406 | $327 | $301 | $459 | $817 | $886 |
| Non-Home Depot A/R | $593 | $614 | $673 | $700 | $762 | $867 | $852 | $1,083 | $1,175 |
| **Indep cust. >90 days past due "but not default"** | | | | | $219 | $303 | $255 | $145 | $223 |
| **% of non-HD A/R past due >90 days** | | | | | **29%** | **35%** | **30%** | **13%** | **19%** |

Source: TTI annual reports, coupled with same simple assumptions in purple cells as referenced previously.

How on earth can one-fifth to one-third of your non-Home Depot customers be more than 90 days past due? We have a hard time imagining that TTI's customer credit quality is really that bad (and after all, the CEO assured us on the earnings call that TTI has "virtually" no bad credits!).

Maybe it is that bad – but is there another explanation? Yes - **if TTI is giving product to independent customers who don't need it, or who don't plan to need it for a very long time and therefore don't intend to pay for it until then, you'd probably see huge amounts of unpaid bills showing up every year just like this.**

This magnitude of aged A/R, and the decision to discard standing accounting policy to avoid reflecting it in the P&L, is bad any way you slice it. It's bad financially, it's bad accounting practice, and it <u>could</u> even be reflective of grossly inappropriate business operations. Of course, it's also striking in light of the CEO's relatively recent pronunciation on an earnings call that "we have virtually no bad debt in this company."

If a tree falls in a forest and no one is around to hear it, does it make a sound? If a customer defaults according to the accounting policy and management ignores it, is it bad debt?

Jehoshaphatresearch.com

Overproducing inventory which raises gross margin and pushes costs until later

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | LTM 1H22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Reported EBIT | $291 | $368 | $414 | $453 | $531 | $612 | $685 | $993 | $1,256 | $1,318 |
| Minus: Excessive Capitalization of R&D | ($84) | ($90) | ($101) | ($109) | ($123) | ($126) | ($148) | ($142) | ($289) | ($337) |
| (Add back: Associated Amortization) | $59 | $63 | $73 | $81 | $88 | $101 | $101 | $101 | $89 | $100 |
| Minus: Missing Depreciation | $0 | $0 | $0 | ($7) | ($7) | ($5) | ($20) | ($39) | ($63) | ($83) |
| Minus: Missing Bad Debt Reserves | $0 | $0 | $0 | $0 | $0 | ($76) | ($106) | ($89) | ($51) | ($78) |
| Minus: Allocation of Spending to Prepayments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($235) |
| Minus: Gross Profit Benefit from Overproducing | ($62) | ($47) | ($63) | ($7) | ($1) | ($71) | ($106) | ($127) | ($555) | ($206) |
| "Trued Up" EBIT | $205 | $293 | $324 | $412 | $489 | $434 | $406 | $697 | $388 | $480 |
| *Shortfall* | *-30%* | *-20%* | *-22%* | *-9%* | *-8%* | *-29%* | *-41%* | *-30%* | *-69%* | *-64%* |



Source: TTI annual and interim reports. See endnote for details.[xvii]

The CEO of TTI spent many years touting his strategy of lowering inventory days, before suddenly reversing course and touting his new strategy of raising inventory days. Despite occasional gestures toward kicking the inventory inflation habit, the new strategy has persisted for a decade. We don't believe it's a coincidence that gross margins also began their ten-year journey toward becoming the most consistently improving in the world at the very same time.

Obviously, correlation is not causation. Causation looks like this: *Overproducing inventory is a great way to (temporarily) boost your gross margin.*

When manufacturing companies expand their inventory production relative to their units sold, it provides an opportunity to spread "overhead per unit sold" over a higher number of units. In TTI's case, it has more than doubled its inventory relative to its COGS in the past ten years. We believe this may have resulted in every unit sold today carrying less than one-half the associated fixed cost overhead that it did ten years ago, all else equal.

Some elaboration on this topic:

Jehoshaphatresearch.com

> # Why the Big Three Put Too Many Cars on the Lot
>
> Ford, General Motors, and Chrysler used "absorption costing" to make themselves look more profitable, researchers say. But the practice can be cost...

"To boost profits and keep up with short-term incentives, the automakers used an accounting trick, overproducing while "absorption costing," according to professors from Michigan State University who wrote a study on the topic that was recognized this January for its contribution to accounting by the American Institute of CPAs and other groups. Ultimately, the practice hurt the automakers, tacking on advertising and inventory holding costs and possibly causing a decline in brand image, the researchers say."
- https://www.cfo.com/accounting-tax/2012/02/why-the-big-three-put-too-many-cars-on-the-lot/

Real-world examples further illuminate this effect. Stanley Black and Decker was recently very vivid in its earnings call as it described how the other side of this process is working right now:

"In this base case, we would maintain our **production curtailments** with the goal of returning to normalized (inventory) levels in the third quarter. As a result, the under absorption of fixed manufacturing costs would continue to constrain first half 2023 operating margins to low single digits…

"So the gross margins…there was probably about a 4-point penalty driven by the production curtailments and liquidating the high-cost inventory."

It's the Big Three auto manufacturers' story all over again, except this time, it's happening in power tools. Stanley has provided very detailed guidance on just how much destocking is hindering its gross margins now. We use this guidance to estimate how much overstocking has helped TTI's gross margins over time, although we err on the side of conservatism and assume that for every day of inventory expansion, TTI's gross margin percentage received just half of the benefit that Stanley's destocking impacts would suggest it did.

In addition to the commentary above on Stanley's Q422 earnings call saying that inventory destocking brought margins down by 400 basis points in the second half of 2022 (which, by the way, TTI hasn't reported yet), Stanley has guided for a gross margin impact from destocking for the first half of 2023:

"As we go through the course of 2023, that 4 point penalty slowly starts to decline to about 3.5 and then to 2.5 points by the end of the year."

So Stanley tells us that 2H22 destocking and inventory liquidation cost 400bps of gross margin, and 1H23 destocking will cost about 350bps. We know what Stanley's DSI reduction was in 2H22 (from YE 2021 to 6/30/2022) from its filings: 24 days. If 24 days' decline in inventory days for 2H22 resulted in 400bps of Stanley's gross margin decline during that period, then every day of decline was worth 16bps of margin hit.

Further, Stanley tells us that they expect $500m of inventory reduction in 1H23.[xviii] We can use this information plus revenue and margin guidance from Stanley to do the same exercise looking forward. 350bps expected margin impact from destocking that we estimate at 14 days = 24 bps of expected impact per inventory day decline in 1H23.

Jehoshaphatresearch.com

If we simply averaged our calculations of the two impacts, we'd get 20bps of gross margin impact "per day" from Stanley's destocking, on average, and we could apply that to TTI. But we don't want to assume that TTI and Stanley are exactly the same, and – again – we don't believe in taking every opportunity to penalize companies just because we can. So we cut this "average" gross margin impact in half, and assume that one day of semiannual sequential DSI <u>expansion</u> for TTI was worth only 10bps of semiannual <u>improvement</u> in gross margin. We're not sure whether sudden destocking is more negatively impactful than long-term, drawn-out overstocking is positively impactful, so let's err on the side of caution.

The rest is easy: **Just look at the sequential change in DSI each period over the past decade, multiply by 10bps, and that's the estimated gross margin benefit to TTI each period from this decade-long campaign of overproduction.**

So, that's how overproduction (or underproduction) impacts margins for a manufacturing company, and we have a real-life, real-time example from TTI's closest, purest comp to help us quantify this impact on earnings. Now, let's unpack the evolution of the TTI CEO's *story* around this metric, how suddenly it changed from "we love shrinking inventory" to "we love adding inventory," and how, er, fluid the explanation for the continued inventory expansion was.

The CEO made the following comments about inventories in earnings calls prior to the inflection point:

TTI CEO on 2H10 earnings call:

> "Managing our working capital has always been our primary focus. Inventory [days] improved [fell] by three days…"

TTI CEO on 1H11 earnings call:

> "Managing our working capital has always, again, been our primary focus. We improved our inventory turns by one day…we do expect that our inventory level will come down and days turnover will further be reduced by the end of the year."

2H11:

> "To deliver our objective to improve our gearing, managing our working capital is a very critical key element. On inventory, we've been able to maintain the same number of inventory days…our target inventory days is lower…"

1H12:

> "Our working capital performance in the first six months was very encouraging. As Frank shared, we cut our inventory by nine days…we were able to cut our working capital…which of course generates wonderful cash flow as we grow the company."

2H12:

> "We improved our inventory last year by five days, **and we did it without hurting our service level and our performance to our customers.**"

Jehoshaphatresearch.com

**But then, on the next earnings call, this consistent pattern abruptly reversed, and so did the CEO's long-held focus on being disciplined about inventory days.** And so began the decade-long "weaponization" of inventory…and with it, TTI's decade-long, statistically bizarre gross margin trajectory.

Starting with 1H13's call:

> Inventory days [rose] in comparison to that of last year, and **it is our strategic decision to increase our inventory level** to accommodate high demand in the upcoming peak season **in the third and fourth quarters** and to build a buffer to mitigate the risk of running out of products to support our customers, taking into consideration our strong sales growth momentum.

This was a sea change in the CEO's approach to managing inventory – quite literally, the polar opposite of the strategy he had loudly and proudly endorsed for years. And why? Well, to accommodate high demand in Q3 and Q4 2013, right? **But then the inventory days kept going up, and the story changed…and changed again…and again...**

Every earnings call for a decade, the CEO has hopped on and talked about inventory days having gone up, or why this is so great and brilliant, or how his competitors are so stupid for not doing it this way, or why this new inventory strategy is the best inventory strategy despite "conventional wisdom" about keeping inventory days under control. At times, he talked about expecting to bring inventory down in the coming periods, but this never happened in any meaningful way. **We believe that the gross margin pain that would have come from such a reduction kept feeling like too much medicine to take.** Instead, the snowballing of inventory continued, to be dealt with at a later date.

And of course, gross margin kept going up, having broken with its historic seasonality, as well as with any normal economic cyclicality.

But the specific reasons why inventory days had to keep going up to keep customers happy were changing – it was a busy selling season, it was tariffs, it was a one-time thing, it was another one-time thing, it was the coronavirus…all the while in service of an inventory strategy that was meant to keep customers happy when as little as half the inventory on hand had previously done the same.

(Of note, TTI's closest and most geographically relevant competitor, Stanley, did not participate in exploding its own inventory days for the vast majority of this period, and neither did Makita. Only the supply chain challenges following COVID lockdowns drove these companies to drive up their own inventories, and of course, TTI did the same at that time. See charts below which we put together from those companies' annual and interim reports. Note that these peer companies report quarterly.)

Jehoshaphatresearch.com




Now, bear with us as we recount TTI's inventory "new look" and how its purpose has evolved over time. All boldfaced emphases are ours, as we highlight the funnier parts of this history.

2H13:

Inventory days increased by 10 days…mostly due to our strategic decision to carry a **slightly higher** inventory level in order not to jeopardize our service levels…

1H14:

**With the very strong sales growth momentum**, we strategically increased our inventory level to support our high-quality service levels…

2H14:

The slight increase [in our working capital] was mainly due to our strategic decision during the year to carry a higher level of inventory…The competitors that we have in our industry achieved good working capital metrics, but we think they do it the wrong way. Why? Because they cut inventory at the end of the year, so they can show Wall Street that they have good cash management. In the meantime, their customers are furious because they have back orders, and their service level collapses…you can see the gamesmanship that's going on. We have a very different view at TTI…We are obsessed with being the best supplier to our customers. So for us, we put more inventory in **this year** by design. We're not playing the game with inventory….we want to share that with you because that's why, **if you say, why is your inventory up 6 days? It's up 6 days because we're obsessed with serving our customers.**

1H15:

3 years ago, we said we had to make sure we have enough inventory in place to serve our customers…So we have made a decision to put in whatever level of inventory we need…We have competitors that will literally, at the end of the quarter before they report the results to Wall Street, they'll cut inventory. The customers suffer. They can't deliver. They cut inventory to look good…We are not going to do that. **If we have too much inventory, that's the way it goes…**

2H15:

The increase in [working capital] over 2014 was mainly due to the planned strategy to carry higher inventory to support our service levels, concerning our very strong growth momentum…<span style="color:red">We have inventory days expected to gradually decline in the years to come. [Ed. Note: They didn't.]</span>

…So we added 5 days of inventory. Why? Because we…have so much new product coming **in the first half of this year**, and we have so many commitments from our retail partners that we just couldn't take a chance so we decided we will put the inventory in. So for me, this is a very positive element…because **it shows that we are not shortsighted. Our competitors will often cut off production toward the end of the year so that they can show good inventory results to Wall Street. And we think this is lunacy, this is insane…**and eventually,

31

Jehoshaphatresearch.com

our investors will understand that…So we, will we do it again this year? **I don't know if it'll go up from 86 days. Maybe some years, it will be 90. Maybe it'll go back down to 80. [Ed. Note: It's currently up to <u>138</u> days using his measurement method.]**

**1H16:**

Increase in inventory days is mainly due to the build in inventory to support the strong demand in the **second half of this year**…but with that said, we're very focused on working capital and on inventory, specifically. This is an area that **you'll see improvement on this year and in the next couple of years [Ed. Note: We didn't],** but we won't compromise service to our customers.

**2H16:**

Inventory was at 86 days, same as that of last year, seven days lower than the 93 days reported at [1H16]…And yeah, **we do think there is improvement in inventory as we go forward [Ed. Note: There wasn't]**, but what we won't do is compromise our service levels to our customers.

**1H17:**

Inventory days were three days lower than last year at 88 days [Ed Note: Using actual DSI with COGS as the denominator, we calculate less than 1% decline in DSI year-over-year.] The level is still slightly on the high side but it is our strategic decision to support our growth momentum…

**2H17:**

Inventory was at 88 days…two days higher than 2016…

**1H18:**

As previously reported, we strategically carried a higher level of inventory to support our strong sales growth…

**2H18:**

We have explained in previous presentations that we strategically maintained a **slightly higher** level of inventory to support our tremendous growth momentum. So even though inventory was at 92 days, 4 days higher than that of 2017, **we are very comfortable with the quality of our inventory build and do not envision any issues carrying this slightly higher level.**

Home Depot was our largest customer and…they expect us to deliver product when they need it, and that's why, Frank, we put more inventory in **this year** as a conscientious decision to be ready for improved sales…

**1H19:**

…[Gearing] increased mainly due to…capex spend during the period together with the strategic inventory build to maintain our strong sales growth momentum **and to mitigate any tariffs impact.**

**…And the inventory build was a onetime thing…**

**2H19:**

The small increase [in working capital] was mainly due to the strategic inventory build, inventory days increased by 9 days…our working capital management in our company, as you know, is considered to be world-class…**We actually built up inventory in advance of the potential tariff issues that we faced…**and it's fortuitous that **we now have a surplus stockpile of inventory**, which will help us deal with the reality of the coronavirus if there are any supply chain challenges in the short term…**[Ed. Note: Inventory DAYS are up more than 40%** *just since this* **"surplus inventory" statement!]**

**1H20:**

We actually invested in inventory because we felt so strongly that our customers needed products on the shelves…we actually increased inventory from 94 days to 102 days…We are working very hard right now to increase manufacturing production and **build the inventory so that we can support what we believe will be excellent growth levels** in the second half of 2020 and certainly in 2020 and '21 and beyond.

**2H20:**

To support our above-market growth level anticipated, we have continued to strategically build up our inventory. Inventory days increased by 19 days…Our working capital performance last year is a clear demonstration and a bold example of how our strategy is so much different than many of our competitors, including

Jehoshaphatresearch.com

[Stanley]…**Historically, conventional wisdom said that the well-managed company would finish the year with the lowest possible number of days in inventory.** And we think that's foolhardy in the environment we're in today. Our goal with our inventory is to…have inventory in place when our customers and the end users need it.

1H21:

Inventory days was at 136 days…And if you look at our working capital in the first half, you clearly see a very different strategy than many of our competitors. <span style="color:red">We actually have weaponized inventory…</span>so yes, we added 34 days of inventory. We had 136 days of inventory finishing up in the half. And that's exactly what we planned…

2H21:

We have continued with our strategic inventory build to buffer **inflation risk and critical component shortages** and to support our anticipated strong growth…**[Competitors] are sitting on piles of inventory that would actually be called excess or perhaps hard to sell.** <span style="color:red">And you have to remember, gross margins go down when you are selling off that inventory, which you noticed we don't do that because we don't have excess obsolete inventory. [Ed Note: Yes they do.xix]</span>

But in the last earnings call (1H22), despite higher year-over-year inventory days yet again, the CEO's tone suddenly shifts. For the first time since 2012, he begins talking <u>seriously</u> about inventory reduction plans. (In the past, he made throwaway or noncommittal comments about bringing inventory down; in this call, he dedicates real time to the issue and promises cuts in SKUs and total inventory days are coming.) Some of the highlights from this last call include:

- "We are targeting additional [finished goods] reductions in the second half of this year."
- "A great example of our operational excellence is our disciplined SKU management process. We've been doing this for a decade…so we don't have a massive SKU cleanup process in the company, because we do this every quarter. [W]e will [discontinue an item], and we are ruthless about this. If an item no longer makes sense strategically, **we will discontinue, and we move the inventory immediately.**"
- "We actually cut [finished goods inventory days]. **It's still higher than it will be in a year and 2 years…**"
- <mark>"And so we have adjusted our plans going forward in terms of inventory, in terms of overhead structure."</mark>

This decade-long inventory bloat is going to end badly, with production curtailments and liquidations chopping at gross margins for a long time to come. We don't think it will take an entire decade to rebase inventories, but investors should take a look at Stanley and Makita's destocking experiences and appreciate that this will not be a one-period "quick fix" that can be looked through.

<u>(Suspected) allocating current costs into "prepayments" to defer expense recognition until later</u>

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | LTM 1H22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Reported EBIT | $291 | $368 | $414 | $453 | $531 | $612 | $685 | $993 | $1,256 | $1,318 |
| Minus: Excessive Capitalization of R&D | ($84) | ($90) | ($101) | ($109) | ($123) | ($126) | ($148) | ($142) | ($289) | ($337) |
| (Add back: Associated Amortization) | $59 | $63 | $73 | $81 | $88 | $101 | $101 | $101 | $89 | $100 |
| Minus: Missing Depreciation | $0 | $0 | $0 | ($7) | ($7) | ($5) | ($20) | ($39) | ($63) | ($83) |
| Minus: Missing Bad Debt Reserves | $0 | $0 | $0 | $0 | $0 | ($76) | ($106) | ($89) | ($51) | ($78) |
| Minus: Allocation of Spending to Prepayments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($235) |
| Minus: Gross Profit Benefit from Overproducing | ($62) | ($47) | ($63) | ($7) | ($1) | ($71) | ($106) | ($127) | ($555) | ($206) |
| "Trued Up" EBIT | $205 | $293 | $324 | $412 | $489 | $434 | $406 | $697 | $388 | $480 |
| *Shortfall* | *-30%* | *-20%* | *-22%* | *-9%* | *-8%* | *-29%* | *-41%* | *-30%* | *-69%* | *-64%* |

33

Jehoshaphatresearch.com

This financial oddity is most likely another example of snowballing expenses just the same. TTI has an asset line item in its balance sheet called "Deposits and prepayments." This appears to be what US GAAP filers, such as Stanley Black & Decker, call "Prepaid expenses" in their own balance sheets.

Prepaid expenses are just what they sound like – you spend money now, but you don't recognize the associated expense until later. You've "prepaid" that expense. For TTI, its "Deposits and prepayments" line has been remarkably steady for a very long time, until 1H22 – when, as all sorts of other problems have been emerging in the business, suddenly this line item explodes:



Source: TTI annual and interim reports.

We aren't going to spend a lot of time on this "red flag" because we don't know much about it. What we know is that it represents money spent but not expensed, something big changed in 1H22, and the expenses will have to be recognized sometime. For that reason, we suspect this represents even more current spending where the associated expense recognition has been pushed into the future to inflate current earnings. This is what the treadmill of accounting manipulation looks like: You always need to invent a new one to keep the scheme going. We believe this is simply the latest accounting trick TTI has come up with as the external environment has gotten more and more difficult.

<u>Case study: HCSG US also had statistically impossible earnings, and that predicted charges by the SEC</u>

*If you pray to the wrong god, you might just make the right one madder and madder.* – Homer Simpson

TTI isn't the first company we've studied whose incredible earnings pattern was statistically implausible. Healthcare Services Group, ticker HCSG US, showed similar evidence of "algorithmic earnings" over a long period of time. HCSG's stock eventually crashed when it reported an SEC investigation into its accounting practices. That investigation culminated with charges being levied against its CFO and the company paying the SEC to settle these charges. The exposition of this fraud also began with the observation of a clever, and probably also handsome, outsider analyst.

34

Jehoshaphatresearch.com

The SEC's press release announcing the conclusion of the investigation even referred to its use of "data analytics to uncover potential accounting and disclosure violations":

## Press Release

### SEC Charges Healthcare Services Company and CFO for Failing to Accurately Report Loss Contingencies as part of Continuing EPS Initiative

**FOR IMMEDIATE RELEASE**
**2021-162**

*Washington D.C., Aug. 24, 2021 —* The Securities and Exchange Commission today announced that Pennsylvania-based Healthcare Services Group, Inc. has agreed to pay $6 million to settle charges that the company engaged in accounting and disclosure violations that enabled the company to report inflated quarterly earnings per share (EPS) that met research analysts' consensus estimates for multiple quarters. This is the third action to result from the Division of Enforcement's ongoing EPS Initiative, which uses risk-based data analytics to uncover potential accounting and disclosure violations caused by, among other things, earnings management practices.

Source: www.sec.gov. Fortunately for TTI, the SEC does not regulate them because they aren't listed in the US (we think we know why!).

(Unsurprisingly, HCSG's stock tanked as well. In 2017, it peaked at $55, helped by these heavily massaged earnings. It's been below $20 for almost two years now.)

Here's the important part: While the SEC investigation was first announced by HCSG in March 2019, an independent analyst first reported on what they referred to as HCSG's "strategic rounding" in an analysis published in March 2017, two years earlier. **The analysis on HCSG's statistically anomalous earnings sounds remarkably similar to what we've uncovered about TTI's statistically anomalous gross margin:**

> …a company's EPS in any given quarter, expressed in cents per share, should have an equal chance of rounding down to the nearest penny as rounding up to the nearest penny.

> An analysis of all stocks in the S&P 500 over the last number of years shows this to be the case, with companies' quarterly EPS figures rounding down to the nearest penny roughly the same number of times that they round up. For example, over the last 10 years, Apple's (AAPL) quarterly EPS has rounded up 18 times and has rounded down 22 times. Most other companies' rounding history is similarly random.

> And then there is Healthcare Services Group… **Remarkably, every single quarter over the past 11 years has seen HCSG's quarterly earnings per share round up rather than round down to the nearest penny. Coincidentally, this strange pattern began just a few quarters after McCartney's two sons-in-law joined the company…**

> HCSG's history of EPS rounding up is tantamount to HCSG flipping heads on a coin toss 44 straight times, the odds of which are a staggering 1 in 17.6 trillion. - https://seekingalpha.com/article/4057253-healthcare-services-group-decade-of-strategic-rounding

> *(all emphasis ours)*

35

Jehoshaphatresearch.com

We're too lazy to calculate the exact statistical odds of TTI having positive sequential gross margin for 19 semiannual periods in a row, but we know a) it's something insane, b) nobody else with over $1bn in revenues has managed to do it, and c) while HCSG's crazy statistical journey seems to have begun shortly after the hiring of some specific family members and hence looks extra suspicious, TTI's crazy statistical journey began <mark>at the exact same time its dramatic, systematic inventory expansion began, and inventory production is tied closely to gross margin.</mark> The contextual red flag for TTI is far more relevant and specific than the one that the above analyst identified for HCSG.

We've spent a lot of time explaining TTI's accounting games. It's time to talk about timing.

Jehoshaphatresearch.com

# **EXPECT A GIANT MISS FOR 2023**

*Screw you guys, I'm going home.* – Eric Cartman

### TTI is already saying it's going to destock inventory – look what destocking is doing to peers' margins

TTI hasn't reported a period with inventory destocking yet and hasn't warned the market about what potential destocking will do to profit margins. Their DSI continues to be up year-over-year, as are consensus estimates for gross margin progression.

Meanwhile, the two major public peers are already destocking and, more importantly, being candid about what this will do to their margins:

> "[S]ales during the third quarter cumulative period slowed down mainly in the West…overseas revenue has increased due to the depreciation of the yen, despite the sales environment remaining severe. However, profit is expected to be below the previous forecast due to **increased costs related to inventory optimization.**" – Makita forecast update, Jan. 30, 2023

> "[T]he **impact from plant production curtailments** will approximate $0.50 to $0.70 of dilution to earnings per share…" – Stanley Black & Decker 10-Q, July 2022

> "We expect the impact of planned production curtailments and higher cost inventory liquidations will continue to weigh on margins through the first half of 2023, **resulting in [gross] margins in the low 20s.** Production curtailments in the fourth quarter were down approximately 30% versus the long-term average and **impacted gross margins by approximately 6 to 7 points in the quarter.**" – Stanley Black & Decker earnings call, Feb. 2023

Characteristically, TTI has waited as long as possible to take its medicine. To the extent it has publicly discussed inventory issues, it has motioned toward reducing its inventory days, and the CEO has patted himself on the back for being "ruthless" and "disciplined" about managing inventories, but ==we have found no evidence that TTI has told investors for what this inventory unwind will mean for profits.== From the TTI earnings call in August 2022 (remember, SWK was already forecasting margin compression from inventory destocking in July 2022):

> Raw material inventory grew 6 days to 20 days, while our finished goods inventory reduced by 3 days when compared to first half of 2021. We are targeting additional reductions in the second half of this year…

> …If you look at our inventory in the first half, we were very pleased that we actually cut the days of inventory in place **for finished goods**. We actually cut it. It's still higher than it will be in a year and in 2 years, but we made good progress. At the same time, I was really pleased that we were able to stockpile critical components like battery cells or semiconductors and some of the other scarce materials that have been elusive for many companies to acquire over the last 3 years. We've stockpiled -- **we added 3 days of inventory** around materials and components…

> These are areas where the inventory piled up in retail in some markets. **And so we have adjusted our plans going forward in terms of inventory, in terms of overhead structure.** But what we have not done is back off in any way in terms of rolling out new, exciting breakthrough disruptive products that will allow us to continue to enhance our leadership position.

Jehoshaphatresearch.com

As we spent a lot of time explaining in the prior section, TTI's inventory has been building faster than its COGS (and its revenues) for many years in a row. We believe TTI has a giant snowball of excess inventory throughout its business today as a result.







Source: TTI, Makita, and Stanley annual and interim reports, plus Bloomberg data.

And now, TTI is starting to talk about backing off and even reversing inventory days for the first time in a decade. The good news – well, it's good if you're short like we are – is that TTI's peers have already told us what destocking will do to gross margins in 2023. As we previously discussed in the subsection on TTI's inventory snowballing, Stanley Black & Decker has provided clarity as to the impact of destocking on its own gross margins. This destocking impact works out to about 20bps of gross margin impact per day of inventory reduction (sequentially).

TTI has been "weaponizing" inventory since 2013, but it's unclear to what level its DSI needs to revert in order to bring inventory back to a "normal" level. Is it the 1H13 level? Is it halfway back to that? As we previously discussed, TTI's inventory days were historically sufficient at 80-100, prior to the inflation that began under Mr. Galli's new inventory expansion plan. **For argument's sake, if TTI's DSI were to drop back from 220 days to 100 days all at once, and if (like Stanley) TTI absorbed 20 basis points of gross margin damage from every day of destocking, it would result in a one-time, 2400bps hit to gross margin – a hit almost three times the size of TTI's EBIT margin.**

But we don't believe that TTI would destock all at once, nor do we know to exactly what level TTI needs to destock. We believe it's much more likely that TTI destocks materially over an extended period of time, similar to what Stanley is guiding – and has ongoing margin pressure as a result. (So, no, unfortunately for bullishly

Jehoshaphatresearch.com

inclined readers, this type of problem does not get resolved with a nice, clean, one-time hit to margins that the market can simply "look through." Curtailing and resetting production levels takes time – it isn't as simple as just lighting billions of dollars' worth of drills and saws on fire.)

Let's take a look at how we expect this to play out in TTI's P&L over the coming periods.

<u>TTI's closest peer guides 2023 EBITDA to be down another 32% in 2023, following recent sharp decline, while consensus models continued impressive EBITDA growth for TTI</u>

TTI's nearest peer Stanley Black & Decker guided this month to a 2023 revenue decline due to its "inventory reduction" plan and "navigat[ing] a challenging macroeconomic backdrop." Stanley's production in Q422 "was reduced ~30% vs. its historical average" with "inventory reduction initiatives to continue in 2023."[xx] Based on management's guidance, consensus estimates are for 2023 EBITDA to decline 32% vs. its 2022 result, and this on the back of a 35% EBITDA decline in the books for 2022.

For context, Stanley's consensus 2023 EBITDA is less than half of its 2019 pre-Covid level, and Makita's estimates for next year are similarly ugly. **TTI's consensus expectations, by contrast, are for 2023 EBITDA to be nearly double its 2019 level,** because TTI's margins "never go down" and TTI seems to love overpromising. We believe the disparity for expected 2023 performance across these three closely related peers is implausible.

**If TTI's outlook follows a similar path to Stanley and Makita, it would imply that TTI's 2023 EBITDA estimate will come in 75% lower than expected - $469m instead of the current consensus of $1.85bn.** This excludes any further potential impacts from the stripping accounting of manipulation.



Source: Bloomberg's EM function. Makita estimates focus on Net Income, not on EBITDA.

While the sell-side is modeling[xxi] a partial recovery for peers in 2024, TTI's situation is completely different. We believe so because TTI's reported results have been inflated for years. While we expect TTI's results to follow its peers and crash as the softening macroeconomic environment makes the weight of excess inventory and a grossly overcapitalized balance sheet too much to bear, we do not believe they will bounce back to prior reported levels. Instead, we look for profits to stabilize close to the "true" profit levels, stripped of accounting games. These underlying profits are by our estimates ~40-70% below reported results.

Stanley Black & Decker's enormous profitability decline comes despite the company guiding for days sales in inventory to decline by only 39 days into June 2023.[xxii] By contrast, we estimate that TTI's days sales in inventory are artificially elevated by around twice that much (just look at its DSI chart). TTI's inventory bloat was built

Jehoshaphatresearch.com

up over the course of a decade. The pains of the pig working its way through the python will be severe and long lasting.

<u>Late (or missed) payments to suppliers have exploded, signaling stress</u>

TTI is significantly behind on some of the payments it owes vendors, apparently to the point of delinquency. **TTI's trade days payable outstanding that are greater than 121 days aged have skyrocketed from a historic baseline of 0-2% to an apparently all-time high of 9%.** We believe this level of cash hoarding greatly exceeds the bounds of effective working capital management and find it both deeply concerning and likely indicative of financial stress. In other words, TTI isn't just <u>taking</u> credit risk on its sales as we discuss elsewhere; ==TTI is the credit risk now.== But why is this happening?

To be clear, this is not the same thing as "lengthening payable terms," which TTI has been doing for a decade to squeeze out cash flow. TTI's own annual report footnotes indicate that **suppliers do not provide it with terms beyond 120 days:**

> *The credit period on the purchase of goods ranges from 30 days to 120 days (2020: 30 days to 120 days). The Group has financial risk management policies in place to ensure that all payables are settled within the credit time frame.*

(Apparently they need…stronger…risk management policies?)

**The last and only time this "121+ day" metric on payables broke to greater than 5% was in 2009 during the Great Recession.** This strengthens our conviction that this is a sign of financial stress as management feels the need to hold onto cash for as long as possible.



<u>TTI employees recently started complaining of "mass layoffs" as "things are starting to tank"</u>

TTI's total employee count, a number that we believe is mostly ignored by investors but has a wonderful track record of signaling declines in earnings, fell in 1H22. This was among the largest ever single period declines in

Jehoshaphatresearch.com

TTI's workforce, shedding thousands of jobs representing 8% of its headcount. The last time TTI had any meaningful headcount reduction was during the 2008 and 2009 Great Recession.



Our analysis of several websites and online forums where TTI employees share reviews of the company has revealed that it has been slashing headcount over the past four months. <mark>Some of these reviews specifically blame sales dropping precipitously. Our research revealed no mentions of significant layoffs prior to October 28, 2022 looking back several years, but since then there are at least 11 reviews on Glassdoor and Indeed mentioning significant layoffs.</mark> These include unambiguous references to "mass layoffs," "they let go of hundreds of people in the past few weeks," "fired most of my team," "TTI is conducting a magnitude of layoffs," "letting a ton of people go," "corporate layoffs," and "due to poor numbers they are currently letting go of every event marketing specialist in the company (roughly 300 jobs nationwide)." Several employee reviews note that the specific reason for mass layoffs is that <mark>"things are starting to tank," "sales fell off more precipitously than they should [have]," and "sales slowed."</mark>

Further evidence of ongoing layoffs is apparent by viewing TTI's employee count on LinkedIn. LinkedIn reports that headcount has declined 6% in just the past 6 months.

Jehoshaphatresearch.com



How is all of this consistent with 7% revenue <u>growth</u> modeled by the Street for 2024?[xxiii]

Another thing "we believe" at Jehoshaphat Research is that karma is a bitch. Less than a year ago, Mr. Galli repeatedly mocked Stanley Black & Decker for doing layoffs and contrasted this with TTI's growth:

> "We feel like we are vastly superior to our competition in terms of investing in the future. In fact, our largest competitor announced last month that they were having yet another workforce reduction. I think Stanley said they're going to cut another 1,000 plus people. Can you imagine working in an environment where every year, every 2 years, there's another workforce reduction as opposed to the sprawling, breathtaking growth levels that our people are able to see at TTI…Last year, we hired 442 engineers. Remember, **our largest competitor is boasting about firing people and workforce reduction.** And this year, we'll add another 174 that will get us to 977. We'd hire more if we can, but we're very selective about this." – TTI CEO on 2H21 earnings call

Apparently he isn't as "selective" about layoffs, if you read some of these Glassdoor reviews!

We believe Mr. Galli would never conduct mass layoffs at TTI unless absolutely necessary. And by that, we do <u>not</u> mean he feels bad about letting people go or cutting their benefits - see our later discussion of his time at Newell and Amazon. What we mean is that his entire external persona is defined by growth[1]. It is therefore no surprise that, despite <u>already having lowered headcount,</u>[xxiv] Mr. Galli was silent on the topic of TTI's large and sudden headcount reductions on its last earnings call. He certainly seemed to give the opposite impression, in fact:

> Winston Churchill famously said a pessimist sees the difficulty in every opportunity, while the optimist sees the opportunity in every difficulty. And I can tell you, at TTI, we have never seen more opportunity than we see today. With the macroeconomic backdrop that we are all challenged with here in 2022 and beyond, we see vast potential to capture more market share, to **outgrow our competitors**…

> As we look at the full year, we are ==conservatively== looking at a mid-single-digit growth level for the full year for 2022. Yes, there's a lot of macro challenges. Weather's never been worse. But we're still going to grow a solid mid-single digit this year, and most importantly, we're setting the stage for **a fantastic 2023, 2024, 2025 run**

---

[1] Okay, fine, and also by insulting Stanley Black & Decker on conference calls.

Jehoshaphatresearch.com

where we can really pounce on the economic environment and the competitive environment that we're in and achieve even higher levels of leadership market share positions in the global marketplace…

Most of our CapEx revolves around new product development or automation and manufacturing productivity and some of the necessary expansion because our growth has been so outstanding over the last 5 years **and will continue to be the next 5.**

==**We uncovered four separate reviews just from last month (dated January 8, 16, 18, and 25) specifically stating that TTI is now undergoing mass layoffs** due to slowing sales.== We have included excerpts from these four reviews below.

Jan 18, 2023 - Field Sales and Marketing Representative

while hurting your business partner (The Home Depot). I genuinely feel that working here made me a worse person. My personal recommendation is that you should run the other direction. P.S. they have had 3 years of unsustainable growth because of stimulus money and people having free time to work on their homes. The charade is up and things are starting to tank. They have already started layoffs across the company, probably not a great choice for job security. The tide is going out and it turns out that TTI was skinny dipping.

Jan 16, 2023 - Sales Associate in Anderson, SC

company to work for, with plenty of communication signals of strong growth and beratement of our competitors who either couldn't maintain space because of their own layoffs or because it wasn't financially viable for them to. But as sales started to taper off with a return to a more regular sales cadence (pre-pandemic) leadership was foolhardy enough to think they could pull in sales that weren't there. Ultimately because of the leadership of this company sales fell off more precipitously than they should of and with the complete failure of the EMS program (which WAS a fully sales role in the company vs the FSMR role) they engaged in mass layoffs despite regular corporate communication of weathering this economic storm.

Manager (Former Employee) - Anderson - January 25, 2023

the company because they regularly make terrible decisions. If loyalty is important to you, don't come here, they will fire you at the drop of a hat. Sales slowed so they started inventing reasons to fire good people, some of them had worked there for years, for the simplest reasons just so they won't have to pay the salaries (cost savings). Still can't believe folks in HR actually got behind this. You're just headcount so the years of experience that

Jan 8, 2023 - Fsmr

hanging promotions over your head that never actually appear, the only possible way to get promoted in the span of 7-9 months is if you know someone higher up, so many great candidates get passed up. One promise that TTI never kept is they were never going to layoff everyone like competitors DeWalt, constantly promising everything was fine, funny enough one day they proceeded to fire all the EMS's on my team unless they relocated across the country, so job security generally goes out the window as well if you work for TTI. They will fly you out to Milwaukee and you'll have to share a hotel room with a total stranger, also most of the training is basically corporate propaganda to get you to move to Wisconsin. There are also not any corporate opportunities outside the east coast so if you don't want to leave your family and friends for a 10k pay raise, I suggest applying elsewhere. Now for upper management, who are not clueless, they just hate transparency. Most conference calls include the CEO insulting competitors and making false promises. Other calls include getting upset that sales are down, promising promotions, occasional F bomb from the CEO and of course blaming the reps for low sales. There are also no real monetary benefits to making sales, so which confused many of my Home Depot counter parts and customers. So

Jehoshaphatresearch.com

An even more recent employee review from February 10, 2023 writes of "a mass layoff" including "management" and "corporate layoffs" beginning in Q322, soon after Mr. Galli reportedly indicated that TTI was "not going to have any layoffs." At least Mr. Galli is consistent:

Feb 10, 2023 - Field Sales and Marketing Representative

&4, these are the fun days! This job in a nutshell is not hard and not too rewarding. A high schooler could do this job without an issue. The pay isn't great but considering this job's difficulty level, it's fairly decent. If you want an easy job then this is for you. JOB INSECURITY For the most part, you have solid job security in the FSMR role, however, EMS, management, and corporate jobs are not. Here's an example, heading into Q3, we had a national video call with the CEO. In the midst of a possible recession, Joe Galli said wow look at all these other companies doing mass layoffs, nobody should be looking for other jobs, "we're not going to have any layoffs". Within a month the EMS position was temporarily dissolved aside from a handful of Ryobi reps across the country. This was the moment I lost trust in upper management. About a month later they began corporate layoffs, one was a trainer whose last day with TTI was my last day of 102 training in Milwaukee. The CEO should be able to forecast a month out for a mass layoff. Why he harped on about how secure our jobs are just weeks before letting a ton of people go is beyond me and goes to show how important you really are to him. TTI has also been known to let territory managers go if they need to open up a promotion opportunity for the reps. This is not based on performance but

Refer to the endnotes for additional illuminating employee reviews since late October 2022. Several employees seem to have the specific impression that TTI management is misleading investors as to the strength of its market as it engages in mass layoffs.[xxv]

## Accounting games tend to unwind during periods of industry-level stress

*Only when the tide goes out do you discover who's been swimming naked.* – Warren Buffett

*The tide is going out and it turns out that TTI was skinny dipping.* – Disgruntled Glassdoor review of TTI

This isn't a particularly complicated concept to understand: It's much easier to string together conflicting, contradictory statements and financial reports when the broader operating environment is being kind. If you think of some of the biggest accounting scandals of the current century, it's not a coincidence that most of them stopped working and/or got exposed during industry (or macro) slowdowns:

- The Enron accounting scandal was publicized in October 2001, the month after 9/11 and during the dot-com implosion (and a more general recession)
- The Tyco accounting scandal began to play out in early 2002
- Worldcom admitted its accounting fraud in mid-2002, weeks after announcing massive layoffs
- The Madoff, Lehman, and Satyam Computer scams all blew up during the 2008-9 financial crisis

Given how inflated we calculate TTI's earnings have been, and for how long, we believe that a "reckoning" should add further downside to what might otherwise just be a classic earnings miss by a cyclical company that has overpromised until the last possible moment.

44

Jehoshaphatresearch.com

# DEBT LOAD MAKES AN EBITDA DECLINE ASYMMETRICALLY DANGEROUS

Using peer guidance as a guidepost and "deflating" accounting games, TTI's leverage is ~6x

While TTI ostensibly has Debt / LTM EBITDA of only 2.2x, this is highly misleading because it is a) based on artificially inflated historical reported financials and b) does not reflect the worsening forward outlook in the results and guidance of its industry peers.[xxvi] Simply stripping TTI's LTM EBITDA of the uplift we estimate it has enjoyed from accounting games sends its backward-looking leverage to 4.3x. If we look forward and assume that 2023 EBITDA declines by 32% from "deflated" LTM levels, similar to Stanley Black & Decker's guidance (in other words, that earnings inflation ends, and that baseline falls the way Stanley's falls), forward leverage is 6.3x.

| | |
|---|---|
| Debt | $3,958 |
| | |
| Reported LTM EBITDA | 1,782 |
| Less: Accounting Games | (855) |
| "True" LTM EBITDA | 927 |
| | |
| Stanley 2023 Consensus EBITDA Decline | -32% |
| "True" 2023 EBITDA at Peer Equivalent Decline | 630 |
| | |
| Reported LTM Leverage | 2.2x |
| "True" LTM Leverage | 4.3x |
| "True" 2023 Leverage | 6.3x |

Source: TTI filings and Bloomberg.
Note: The impact of accounting games on EBITDA is slightly greater than the impact on EBIT due to our calculations regarding intangible amortization and missing depreciation. See EBITDA walk table in endnote.[xxvii]

TTI burned ~$1bn of cash in the past 2.5 years, despite wringing ~$600m out by stretching payable days

Despite incredible windfall sales during Covid as revenue nearly doubled, TTI burned nearly $1bn in free cash flow. Yet even this horrific figure reflects large one-time benefits, as TTI management has been stretching its days payable to prevent even further cash outflows. We believe TTI has reached the end of the road for this particular unsustainable benefit to cash flows. Excluding the expansion in payables, **TTI has burned over $1.5bn in negative free cash flow during the industry's greatest and most profitable 2.5 years.**[xxviii]

45

Jehoshaphatresearch.com

|  | 1H20 | 2H20 | 1H21 | 2H21 | 1H22 | Cumulative |
|---|---|---|---|---|---|---|
| Net cash from (used in) operating activities | $214 | $945 | ($321) | $220 | $60 | $1,118 |
| Purchase of property, plant and equipment | (117) | (342) | (245) | (501) | (229) | (1,435) |
| Proceeds from disposal of property, plant and equipment | 1 | 0 | 0 | 2 | 1 | 4 |
| Additions to intangible assets | (78) | (80) | (130) | (181) | (180) | (648) |
| **Free Cash Flow** | 20 | 524 | (696) | (460) | (348) | **(961)** |
| Increase (Decrease) in trade & other payables due to DPO changes | 431 | (222) | 710 | (601) | 298 | 616 |
| **Free Cash Flow excluding trade & other payables** | **(411)** | **746** | **(1,406)** | **141** | **(646)** | **(1,577)** |

Any student of Finance 101 knows that a business can improve its cash flow by stretching its payables, but there is always a natural limit to this as vendors push back and demand payment. **After more than a decade of stretching, we believe TTI has met this limit as payables have declined for two semiannual periods in a row for the first time**.

And as we've said, it's important to understand that TTI being <u>late</u> on at least 9% of its accounts payable is not the same thing as its suppliers granting it longer payable terms.



TTI's dividend costs ~$500m to maintain

TTI's dividend cost $236m over the last semiannual period. As TTI is clearly looking for ways to manage cash outflows (see above) and the dividend is among its greatest uses of cash, we believe there is significant downside risk to the HK$1.90 per share annualized dividend.

46

Jehoshaphatresearch.com

## <u>CEO BEHAVIORAL PARALLELS WITH PAST FRAUDSTER CEOS</u>

*Marge, it takes two to lie. One to lie, and one to listen.* – Homer Simpson

We believe that company culture starts with the "tone at the top," and that Mr. Galli sets a concerning tone for TTI. After introducing this section, we are simply going to copy and paste the (mostly publicly sourced) observations and opinions of others, since we have never met Mr. Galli ourselves and our personal opinions about him don't matter much. (We have them, but they would add little to this report.)

This section is presented in checklist form. Our checklist represents "red flag" personality or behavioral traits associated with some notorious fraudster CEOs. It is created from a combination of profiles of two former CEOs who led some of the bigger accounting scandals of this century: Dennis Kozlowski at Tyco, and "Chainsaw" Al Dunlap at Sunbeam.

Kozlowski's personality is summarized here: https://harbert.auburn.edu/binaries/documents/center-for-ethical-organizational-cultures/cases/tyco.pdf

"As Kozlowki rose to become the second-highest-paid CEO, some red flags pointed toward the impending disaster. Most notably, Kozlowski's **aggressive approach to business, his lavish lifestyle, his clashes with the former, more conservative CEO, and his ousting of those who criticized Tyco's activities all acted as indicators** of Kozlowki's unethical behavior."

And Chainsaw Al was succinctly described here: https://www.tampabay.com/business/remembering-chainsaw-al-dunlap-ruthless-corporate-cost-cutter-and-big-time-fsu-donor-20190129/

"…Dunlap accosted a critic at what turned out to be his last investors meeting before he was fired. 'You son of a b----,' Dunlap yelled. 'If you want to come after me, I'll come after you twice as hard.'"

And here: https://www.economist.com/business/1998/06/18/exit-bad-guy

"For those who have not heard the screams, Mr Dunlap spent his brief tenure at Sunbeam executing his patented two-pronged strategy: **he fires half the workforce, then berates the other half.** The delight he takes in his work, combined with a pair of bloodcurdling nicknames—"Chainsaw Al" and "Rambo in pinstripes"—have propelled Mr Dunlap into the ranks of the rich and infamous.

"His humiliating departure from Sunbeam has called forth a torrent of jokes about tree-felling equipment and Sylvester Stallone."

Let's go through the checklist. Sources are listed in this endnote.[xxix]

<u>"Aggressive approach to business" – check</u>

"[After being hired as its new President,] Galli hit Amazon like an angry bull let loose on the streets of Pamplona." – *The Everything Store*

"Frenetic and hard-charging, Mr. Galli conceded at the time that his management style may have grated on some employees, particularly in contrast with the mellower style of Amazon CEO and founder Jeff Bezos." – *The Everything Store*

"Smarting from his 2005 ouster from Newell -- and branded a brash boss with little regard for boards of directors or the nuances of corporate cultures he had inherited -- he was rebuffed by recruiters." - WSJ

## Terrified subordinates – check

"People said I didn't like them because of style. And I said no, it was because you missed your numbers." – Joe Galli, via referenceforbusiness.com

"[At Newell] Mr. Galli earned a reputation for a short fuse. While making one investor presentation, he grabbed a pen from an analyst's hand, threw it on a table and handed over a Newell pen. He again ran afoul of unwritten codes of corporate culture." - WSJ

"The final kick in the head was that the guy who rationalized all of this suffering [at Newell] by saying 'The only thing that matters is hitting the numbers' never did hit them. He did his company proud by being named to BusinessWeek magazine's "Worst Managers of 2003" list after the stock dropped by 25 percent that year. The only thing that sent Newell Rubbermaid stock soaring during his tenure was news of his departure." – Freeport, IL *Journal-Standard*

"At Amazon, he presided over the company's first sizable layoffs. He was criticized for cutting staff without regard to tenure. In a cost-saving move, he got rid of workplace stockpiles of Advil, Tylenol and aspirin, causing an uproar among employees who put in long hours." – *The Everything Store*

"He walked the halls [of Amazon] imperiously, wearing expensive Brioni suits **and carrying a baseball bat for dramatic effect.**" -*The Everything Store*

"He has exited some people who are good people, **whether it might be by fear,** or missing a number now and then." – Former TTI Board Member we interviewed

## Clashes with executives/Board members – check

"Mr. Galli says he clashed with [Newell Rubbermaid] directors over several issues. The board was divided over how fast to close plants following the Rubbermaid purchase, according to the person close to the situation. Mr. Galli shut 60 facilities, cut 21,000 jobs and sold many low-margin businesses. "He made a lot of changes quickly" without lining up board support, this person recalls." - WSJ

"Bezos and Galli's collaboration was troubled from the start…Galli thought he had signed up to run the company, and eventually he began to agitate for more authority. "Frankly, Joe was disruptive," says board member Tom Alberg." – *The Everything Store*

"Bezos took some time off after the birth of his first child, Preston, and then returned to find the company in an uproar over Galli's abrasive style. Amazon and its board of directors now had a leadership crisis." – *The Everything Store*

"Analyst Joseph Altobello, with CIBC World Markets, said Galli's days [at Newell] had been numbered because he was "a highly controversial figure" from the start and the company's stock had languished during much of his tenure." – *Atlanta Journal-Constitution* (via Bloomberg)

48

Jehoshaphatresearch.com

"At Amazon, [outside consultant] Campbell's stated mission was to help Galli play nicely with others." – *The Everything Store*

"The Galli experiment and all of the misadventures from that year would leave permanent scars on Amazon." - *The Everything Store*

"Lavish lifestyle" – check

"But they settled on Joe Galli Jr., a **flamboyant** and aggressive salesman from Black and Decker [to be Amazon's new President]…**He walked the halls [of Amazon] imperiously, wearing expensive Brioni suits** and carrying a baseball bat for dramatic effect." – *The Everything Store*

"[At Amazon] [h]e was **absorbed with the trappings of authority and angled for his own private corporate jet,** since he flew often to expand Amazon's business abroad. There were widespread rumors at the company that **he had parked his Porsche in a prime visitor's spot one too many times** and that a building security guard had finally had it towed." – *The Everything Store*

"The deposed chief executive endured "a humbling, eating-crow period [after being fired from Newell]," Ms. Meneley remembers. **Mr. Galli had always used corporate jets for personal** and business trips. Now [he was flying commercial]." - WSJ

"Campbell concluded Galli was **unnaturally focused on issues of compensation and on perks like private planes,** and he saw that [Amazon] employees were loyal to Bezos. He sagely recommended to the board members that they stick with their founder. Galli says that the final decision to leave Amazon was his own." – *The Everything Store*

"While he cut jobs and closed facilities [at Newell], Galli further angered employees when his miserly ways **stopped short of his own expense account**." – Freeport, IL *Journal-Standard*

Enforcing loyalty and ousting dissenters – check

"**He cleaned house in the executive ranks [of Newell], replacing many of them with his old Black & Decker cronies.** Desperate to find workers who would give him the adoration he so dearly craved, he brought in naive kids right out of college, known collectively as the Phoenix marketing group. In return for their worship, he gave them instantaneous management responsibilities and perks. Their quick promotions infuriated managers who had worked for decades to climb the sales and marketing ladders." – Freeport, IL *Journal-Standard*

"Despite the fact that most of the Phoenix charges were 23-year-olds, they were treated like seasoned, savvy employees. Galli encouraged them to take ideas to the company's corner offices, arranging for them to give presentations to upper management. Many were promoted to midlevel sales, marketing, and other positions, and **a generation of Galli believers began infiltrating the company**. A lover of Napoleon who read 10 books on the French leader and was fascinated by the rapport he created among his followers, Galli relished the loyalty he inspired from his own troops." – referenceforbusiness.com

"His bossy, impetuous demeanor, perhaps best described as Napoleonic, has made him as many enemies as his boundless energy and charisma have made him friends…Not only does he expect the [Phoenix] program to help turn the company around financially, but he also aims to create a legion of loyal employees who espouse his hard-charging, sales-driven culture. In essence, he's building a company of Galli clones." – CNN Money

Jehoshaphatresearch.com

"Some [Amazon] executives accused Galli of **penalizing employees who did not emulate his management style**." -Referenceforbusiness.com

Insults competitors and colleagues – check

"On an office computer [at Techtronic], Mr. Galli monitors Black & Decker's share price. **He occasionally calls industry analysts to point out his rival's setbacks…**" - WSJ

"Our competitors will often cut off production toward the end of the year so that they can show good inventory results to Wall Street. And **we think this is lunacy; this is insane**." – 2H15 earnings call

"[T]his is another area where **we need to help the sell-side analysts understand** that we don't have an issue of escalating cost. We have a strategic decision to invest aggressively in those elements of SG&A, Stephan, to drive our future." – 1H18 earnings call

"But if the Wall Street Journal publishes that homebuilding starts are down, all of a sudden our stock gets hit and **we have analysts that actually think that affects our results**." – 1H18

"…[D]uring the financial crisis, we didn't cut [hiring] to look good for **short-term sell-side analysts**." – 1H18

"I would like to try and help you [analysts] understand two misperceptions that are restricting the stock price of this company…people think that we're a housing stock…and I'm going to show you today, once again, we are not a housing stock." – 2H18

"And we did it [managed total working capital days] the right way [by adding both payable and inventory days]. We don't cut inventory off in the middle of June so that we can impress Wall Street and investors with a lower days of inventory." – 1H21

"Okay, **so here's another area where the misinformation in the market is not fair…but once again, Lowe's last week boasted about an ECO blower**. And they actually said it's the most powerful handheld battery-powered blower…" - 2H21 earnings call

"So another maddening bit of disinformation that's in the public domain is we have competitors that are saying now that COVID seems to be slowing down, the DIY market is now flattening out…And this couldn't be further from the truth." – 2H21 earnings call

Bonus: Says ridiculous and untrue things that are easily fact-checked

"I found that at times he stated things in a way that when you peel back the onion weren't quite true. And he didn't like me peeling back the onion. We'd be at Board meetings, and he'd be doing his spiel, and I'd look and say that didn't make sense to me…and he didn't like that." – Former TTI Board Member we interviewed

"We have virtually no bad debt in this company." – Joe Galli, 1H21 earnings call

"We don't have excess or obsolete inventory." – Joe Galli 2H21 earnings call

Jehoshaphatresearch.com

## **VALUATION: WE SEE 60-80% ULTIMATE DOWNSIDE TO THE EQUITY**

Wall Street analysts are broadly positive on TTI, modeling continued aggressive revenue and margin growth for 2023 despite industry competitors clearly screaming that things are going the other direction. To remove discretion on just how negatively industry conditions will impact TTI's results, we value TTI using LTM results as of 1H22 stripped of improper uplifts from accounting games. We estimate that "true" LTM EBIT was $480 million, which implies Net Profit of $435 million and EPS of $0.24. The current exchange rate is $7.85.[xxx]

TTI currently trades at 16.9x 2023E consensus earnings of $0.70 and has averaged 17.4x over the past decade of low interest rates and an improving macroeconomy, and 14.3x since it became public. Stanley has historically traded at a slight discount while Makita has traded at a slight premium.[xxxi] If TTI maintains its current 16.9x multiple, we see ~66% downside to HK$31 per share. If the multiple reverts to its long-term average of 14.3x, we see ~71% downside to HK$26 per share.

| | | |
|---|---|---|
| Reported LTM EBIT | | $1,318 |
| Less: Accounting Games | | (838) |
| **"True" LTM EBIT** | | **480** |
| Less: Net Finance Cost | | (13) |
| Profit Before Income Tax | | 467 |
| Less: Income Tax Expense @ 7% | | (33) |
| "True" LTM Net Profit | | 435 |
| | | |
| Diluted Shares (000s) | | 1,837 |
| **"True" LTM EPS** | | **$0.24** |
| | | |
| | **Long-Term Multiple** | **Current Multiple** |
| P/E Multiple | 14.3x | 16.9x |
| USD-HKD | 7.844 | 7.844 |
| | | |
| **Implied Stock Price** | **HK$26.45** | **HK$31.40** |
| Current Price | HK$92.50 | HK$92.50 |
| **Downside from Current** | **-71%** | **-66%** |

Jehoshaphatresearch.com

# **DISCLAIMER**

By reading, downloading or printing this content you agree to and acknowledge the following Terms of Service and disclaimer. Use of this research is at your own risk. In no event should Jehoshaphat Research or any affiliated party be liable for any direct or indirect trading losses caused by any information on this site. You further agree to do your own research and due diligence, consult your own financial, legal, and tax advisors before making any investment decision with respect to transacting in any securities covered herein.

This content is not investment advice. You should assume that as of the publication date of any short-biased report or letter, Jehoshaphat Research (possibly along with or through our members, partners, affiliates, employees, and/or consultants) has a short position in all stocks (and/or options of the stock) covered herein, and therefore stands to realize significant gains in the event that the price of any stock covered herein declines. Likewise, you should assume that as of the publication date of any long-biased report or letter, Jehoshaphat Research (possibly along with or through our members, partners, affiliates, employees, and/or consultants) has a long position in all stocks (and/or options of the stock) covered herein, and therefore stands to realize significant gains in the event that the price of any stock covered herein rises. **Following publication of any long or short report or letter, we intend to continue transacting in the securities covered herein, potentially including on the day of publication, and we may be long, short, or neutral at any time hereafter regardless of our initial recommendation, conclusions, or opinions.** One or more of Jehoshaphat Research's affiliates and related parties, including but not limited to any principals, officers, directors, employees, members, clients, investors, consultants and/or agents of those affiliates and related parties, may have provided Jehoshaphat Research with publicly available information that is included in this report, following Jehoshaphat Research's independent due diligence.

This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction. Jehoshaphat Research is not registered as an investment advisor in the United States nor does it have similar registration in any other jurisdiction. To the best of our ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer. However, such information is presented "as is," without warranty of any kind – whether express or implied. Jehoshaphat Research makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. All expressions of opinion are subject to change without notice, and Jehoshaphat Research does not undertake to update or supplement any of the information contained herein.

The failure of Jehoshaphat Research to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of this right or provision. If any provision of these Terms of Service is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of these Terms of Service remain in full force and effect, in particular as to this governing law and jurisdiction provision. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of this website or the material herein must be filed within one (1) year after such claim or cause of action arose or be forever barred.

In addition to the above legalese, a note in plain English. Jehoshaphat Research and any affiliated parties have a vested financial interest in being as persuasive as possible about the stocks on which we publish. As is common for short activists, we or our affiliates or partners put money, sometimes including short-dated options, into short positions prior to publishing most (ideally, all) of our reports. This kind of positioning and risk management can put our interests at odds with yours. We have a lot of bias and incentives, just like any investor of course. Similar to any long-biased investor who publicly speaks about a stock on TV, for instance, there's no guarantee that we'll come back and update you when we change our mind about something we've said.

As you read our reports, we hope you will be of two minds: One that comes away impressed with the quality of our research, and another that realizes that we may have non-aligned or even directly opposing incentives from yours during the course of any trade. We believe that any investor who takes financial action based on the opinions of someone else must take responsibility for his or her own trading. We do our own research, and you should too.

Jehoshaphatresearch.com

# APPENDIX: ENDNOTES

[i] This analysis counts the total number of positive sequential gross margin changes for all companies over the past ten years. (It does NOT measure "streaks," although TTI happens to be the only company with a streak this long.)

In Bloomberg, pull all publicly traded companies on planet Earth who had >US$1bn annual sales in 2013 (since this is the beginning of the unnatural gross margin progression for TTI). Go back 20 half-year periods for each company, which creates 19 sequential change periods. Different companies have different fiscal periods, so we standardized our analysis by just using the 19 most recent sequential changes for each company. Note that many companies that existed publicly in 2013 don't exist today or vice versa; we excluded companies with less than ten semiannual periods available since 2013.

TTI is **the only public company in the world** (with over $1bn in revenues at the start date) whose sequential gross margin change in every semiannual period over ten years has been positive.

[ii] TTI 2021 annual report.
[iii] "Inventory days increased compared to that of last year, and it is our strategic decision to increase our inventory level to accommodate high demand in the upcoming peak season in the third and fourth quarters and to build a buffer to mitigate the risk of running out of products to support our customers, taking into consideration our strong sales growth momentum." – CEO on 1H13 earnings call

[iv] Mr. Galli also worked for five months at VerticalNet before being hired away to Newell Rubbermaid. While this was an obvious show of disloyalty that embarrassed that company, it was a short stint with little relevance and little chance for Mr. Galli to make a mark. https://www.wsj.com/articles/SB123316803228825095

[v] https://www.referenceforbusiness.com/biography/F-L/Galli-Joseph-Jr-1959.html

[vi] Stanley Black & Decker does not disclose the amount of R&D it capitalizes, but the number is obviously tiny. As of Q322, Stanley had only $9m in "Other intangible assets, net" on its balance sheet, compared to $25 billion in total long-term assets. The fact that Stanley doesn't break out its intangible expenditures, nor have a separate line item for them, is another clue that its "Additions to intangible assets" line, if it existed, would be very small. (Stanley lumps "Capital and software expenditures" into a single line item on the cash flow statement which would include purchases of software intangible assets.) Stanley also has an only $86m "Capitalized research and development costs" deferred tax asset, which provides a clue as to the mix of capitalized R&D in its expenditures over time: This small number compares to a $917m deferred tax liability for "intangible assets."

For Makita, the company does not explicitly break out capitalized R&D, but it provides "R&D costs" in its income statement (see below), and this number is only a little smaller than what a statement elsewhere in the annual report says: *In FY2022, Makita allocated 14,781 million yen* **(including the development cost that has been capitalized)** *to R&D, an increase of 9.6% compared with FY2021.*

53

Jehoshaphatresearch.com

|  | | | | | (Million yen) |
|---|---|---|---|---|---|
| **IFRS** | 2018 | 2019 | 2020 | 2021 | **2022** |
| Revenue | ¥ 477,298 | ¥ 490,578 | ¥ 492,617 | ¥ 608,331 | **¥ 739,260** |
| Domestic | 82,575 | 92,129 | 100,697 | 113,048 | **118,050** |
| Overseas | 394,723 | 398,449 | 391,920 | 495,283 | **621,210** |
| Operating profit | 80,231 | 78,305 | 64,046 | 88,464 | **91,728** |
| Profit before income taxes | 79,865 | 79,919 | 66,008 | 87,199 | **92,483** |
| Profit attributable to owners of the parent | 54,943 | 55,750 | 47,731 | 62,018 | **64,770** |
| Net cash provided by (used in) operating activities | ¥ 34,191 | ¥ 23,155 | ¥ 57,310 | ¥ 64,537 | **¥ (103,660)** |
| Net cash provided by (used in) investing activities | (15,708) | (15,329) | (30,506) | (42,913) | **(27,891)** |
| Free cash flows | 18,483 | 7,826 | 26,804 | 21,624 | **(131,551)** |
| Net cash provided by (used in) financing activities | (17,743) | (8,231) | (22,931) | (23,036) | **52,626** |
| Capital expenditures | ¥ 15,045 | ¥ 23,867 | ¥ 44,409 | ¥ 49,855 | **¥ 59,937** |
| Depreciation and amortization | 10,783 | 11,271 | 12,058 | 13,881 | **17,639** |
| R&D costs | 10,924 | 11,258 | 11,601 | 12,783 | **14,145** |

|  | **Stanley** | **Makita** | **Techtronic** |
|---|---|---|---|
| As of most recent available number | Sep 2022 | Mar 2022 | Dec 2021 |
| *(in millions)* | | | |
| Deferred development (or "Research") costs on B/S | $9 | ¥5,354 | $1,025 |
| FY Revenues | $16,947 | ¥769,260 | $13,203 |
| [vii] **Ratio of capitalized R&D-type assets/revenues** | **0.1%** | **0.7%** | **7.8%** |

[vii] TTI provides its deferred development cost net balance in its annual reports (in the note on Intangible Assets). Makita provides the carrying amount of its "Research" intangible asset on page 27 of its FY22 Consolidated Financial Statements. Stanley provides "Other intangible assets, net" on its balance sheet, which we have as of Q322 as of this writing.

[viii] Makita's R&D capitalization and R&D expense break down as follows over the past four years, and the ratio averages out to 5%:

|  | **FY19** | **FY20** | **FY21** | **FY22** |
|---|---|---|---|---|
| Makita "R&D costs" (expense) | ¥11,258 | ¥11,601 | ¥12,783 | ¥14,145 |
| Makita capitalized R&D | ¥372 | ¥803 | ¥708 | ¥636 |
| Makita R&D "including the dev. Cost that has been capitalized" | ¥11,630 | ¥12,404 | ¥13,491 | ¥14,781 |
| Makita capitalization/R&D | *3%* | *7%* | *6%* | *4%* |

[ix] We gathered "writeoffs of intangible assets" from the notes to the financial statements, as the cash flow statement for TTI does not disaggregate writeoffs from amortization. **Important:** Writeoffs and net writeoffs of intangible assets are not the same. Intangible assets that are fully depreciated (fully amortized) can be written off with no impact to the P&L. The Intangible Assets note in TTI's annual reports shows both the "gross" and "net" writeoff amounts.

Jehoshaphatresearch.com

ˣ From TTI's 2021 annual report:

### 19. Intangible Assets (continued)
The above intangible assets, other than trademarks with indefinite useful lives, are amortized on a straight-line basis, at the following rates per annum:

| | |
|---|---|
| Deferred development costs | 20% – 33¹/₃% |
| Patents | 10% – 25% |
| Trademarks with finite useful lives | 6²/₃% |
| Manufacturing know-how | 10% |
| Retailer and service relationships | 5% – 6²/₃% |
| Non compete agreement | 6²/₃% |

ˣⁱ Makita titles these "proceeds from sales of non-current assets," "disposal of property, plant & equipment," or "proceeds from sales of property, plant & equipment" depending on the year, with similar nomenclatures for losses/gains.

ˣⁱⁱ https://www.natlawreview.com/article/i-know-it-when-i-see-it-what-capital-expenditure: "…both the acquisition of a building and the construction of a building clearly qualify as capital expenditures. **However, it becomes more difficult to determine whether an expenditure "improves" a building.** For example, does a replacement of windows in a building "improve" a building or merely "maintain" the building…?  Does it matter if some of the old windows are cracked, or that the new windows are more energy efficient?... **Given the difficulty, at times, of distinguishing between an improvement and maintenance,** the tangible property regulations provide a few safe harbors…

ˣⁱⁱⁱ We show the years since Mr. Galli became CEO, and observe a "baseline" in this ratio that begins to break down clearly in 2018 or 2019. We also compared the components of PP&E to see if there was some major change in their proportions that might explain depreciation being ~30% below its historical baseline. There doesn't seem to have been – except that Mr. Galli seems to have finally gotten that airplane he wanted:

| Components of net depreciable PP&E: | 2012 | 2021 | 2012 | 2021 |
|---|---|---|---|---|
| Freehold land and buildings outside HK | $104 | $489 | 32% | 39% |
| Leasehold improvements | $41 | $54 | 13% | 4% |
| Office equipment, furniture, fixtures | $32 | $128 | 10% | 10% |
| Plant and machinery | $74 | $319 | 23% | 25% |
| Motor vehicles | $2 | $4 | 1% | 0% |
| Moulds and tooling | $72 | $198 | 22% | 16% |
| Vessels | $1 | $0 | 0% | 0% |
| Aircraft | $0 | $63 | 0% | 5% |

ˣⁱᵛ We have to make only two assumptions to fill out the 1H22 data, neither of them demanding or complicated: The "Independent customers >90 days 'but not default'" dollar value and the % of A/R from Home Depot. For the first value, we obviously know that customers >120 days are already >90 days, and we assume that 25% of the 61-120-day bucket is >90 days. This results in a historically low 48% of 60+ day old A/R being >90 days past due, so this seems safely conservative. We also assume that the Home Depot A/R percentage is simply the same as it was at the end of 2021. The other purple cells are just plugs.

ˣᵛ In the 2018 disclosures about past due balances, the language is a little different, omitting the part about ignoring the accounting policy for defaults. It reads: "…debtors with aggregate carrying amount of US$268,543,000 which are past due as at the reporting date. Out of the past due balances, US$218,511,000 is not considered in default as they are related to a number of independent customers that have a good payment track record with the group." Importantly, there is no retroactive disclosure about 2017's amount.

Jehoshaphatresearch.com

However, in the 2019 disclosure, the 2019 value is $303,196,000, and the 2018 value above is retroactively disclosed. Then, in the 2020 disclosure, for the first time, we see the part about "past due over 90 days balances that are presumed in default according with the Group's accounting policy…are not considered as in default…" It has a retroactive disclosure for 2019 as well, and that value is $303,196,000 again. Therefore, we're able to trace a straight line from 2018 through today and see that this game appears to have begun in 2018, but was not clearly acknowledged as such until 2020. A former TTI insider with whom we spoke speculated that perhaps a new audit manager forced the company to put this language in because it wasn't compliant without it (generally, one should disclose when one is ignoring one's own accounting policy).

xvi Source: Bloomberg, referring to Q322.

xvii Note that we calculate semiannual DSI using Inventory/COGS * 180. TTI appears to use Inventory/Revenue*180, leading to different numbers when they describe DSI. This is stupid. Inventory "days" reflect how many days of inventory are on hand. Revenue reflects a grossed-up number inclusive of TTI's own markup (profit). COGS reflects the cost of the inventory itself. It doesn't make any more sense to use revenues as the denominator for DSI than it does to use COGS as the denominator for DSO; it just makes the number lower!

xviii Q422 investor slide deck from SWK, bottom of page 10.

xix TTI's financial statements clearly reflect inventory writedowns, including $52m in 1H22 alone.

xx Source: Stanley Q422 earnings presentation, February 2, 2023.

xxi Source: Bloomberg.

xxii We estimate Stanley's Q223 days sales of inventory to be 149 days, representing a 39 day decline from Q222's 187 days. Q223 DSI is calculated based on Q223 consensus revenue from Bloomberg of $4.21bn, gross margin of 23% consistent with management guidance, and management's targeted inventory reduction of $500m from the Q422 ending balance.

xxiii Source: Bloomberg EM function.

xxiv It says so right there in TTI's interim report, as they give the employee count.

xxv Source: Glassdoor and Indeed. Additional reviews below:

Jehoshaphatresearch.com



2.0 ★★☆☆☆ ⌄

Former Employee

**Absolutely not**

Dec 13, 2022 - Field Sales & Marketing Representative

✗ Recommend    ✗ CEO Approval    ✗ Business Outlook

Pros
Gas card Free tools (if you're into that)

Cons
HORRIBLE leadership. AWFUL diversity and inclusion. You get a company car but one wrong move and you are fired! No matter how transparent you are. LDP is a joke, the company has had hiring freezes and very little people have had any upward movement or a promotion in almost a year They lie and say you can experience different parts of the company but the discourage you from applying to roles... Terrible all around, run. You can make more money elsewhere, "perks" are not worth it. You'll be in a dirty Home Depot Oh, they'll change your job title and responsibilities without you having a say!!!! They are doing massive lay offs right now too. Run!

Advice to Management
Learn how to be better leaders Get Matt DeFeo out of there...

1 person found this review helpful

☺ Helpful      ⬆ Share                                                          ⚑ Report



1.0 ★☆☆☆☆ ⌄

Current Employee, less than 1 year

**Do not work here**

Nov 10, 2022 - Event Marketing Specialist

✗ Recommend    ✗ CEO Approval    ✗ Business Outlook

Pros
company car free gas little to no oversight

Cons
they will flip on you in a heartbeat. they let go of hundreds of people in the past few weeks. genuinely full of lies with all the opportunities they promise. Would give 0 stars if I could

3 people found this review helpful

☺ Helpful      ⬆ Share                                                          ⚑ Report

57

Jehoshaphatresearch.com

---

1.0 ★ ☆ ☆ ☆ ☆ ⌄

Current Employee, less than 1 year

**Beware**

Nov 1, 2022 - Event Marketing Specialist

✗ Recommend    ✗ CEO Approval    ✗ Business Outlook

Pros

Company car, gas card, cell phone.

Cons

A company that promises so much in the interviews but never follows through. A deceitful management staff hides the downfalls of the company until it comes down to your job being on the chopping block. Due to poor numbers they are currently letting go of every event marketing specialist in the company (roughly 300 jobs nationwide), but still have these jobs posted on LinkedIn.. do not apply. If you get an offer on the Ryobi side you will be the first to go when the budget gets tight. Doesn't matter how well your sales number are on your team, if you are paid through Ryobi's pool of money your job and livelihood mean nothing to upper management. Milwaukee side, you should be fine. They plan to re-hire the positions in March 2023, but if numbers aren't good come fall, you're gone. If you want longevity and career growth look elsewhere. They say it's a leadership development program, you go through 5-6 interviews in the hiring process and then let you go in the worst way possible. Letting the word get out company wide and not addressing the rumors to current employees is the most unprofessional thing I have seen. Again, avoid, do not apply. Seek other opportunities. It isn't worth you time.

Advice to Management

Quit sweeping rumors under the rug and telling employees not to worry and that your job is secure. Let us know. We have responsibilities and bills to pay.

---

1 person found this review helpful

☺ Helpful     ↑ Share                                                                                      ⚑ Report

Jehoshaphatresearch.com

---

1.0 ★ ★ ★ ★ ★ ∨

Former Employee

**Recent layoffs, discouraging work environment, and poor communication**

Jan 11, 2023 - Field Sales and Marketing Representative in Pittsburgh, PA

✗ Recommend    ○ CEO Approval    ✗ Business Outlook

Pros

You will find yourself with a fun, energetic group of young professionals on your first team at TTI. I never met a mean Field Sales and Marketing Rep during my time employed.

Cons

Besides working in a very unconventional role (working alone in Home Depot or Walmart), corporate and management relies on propaganda and puffery to convince workers to stay on their teams, despite undesirable working conditions and low promotions. TTI is conducting a magnitude of layoffs while still hiring and promoting others. Recruiters claim that they offer all laid-off employees alternate positions, however, they do not offer lease assistance or any form of additional compensation, besides a one-time bonus. Unless you are desperate, I would avoid investing your time and energy into this company. FYI to potential candidates: Disregard all of their planted 5 star reviews!

Advice to Management

Please stop dragging Field Sales and Marketing Reps through the mud. Time and time again, my team's job security was reassured by managers. In the past 4 months, however, almost half have been laid-off and/or forced to move to different cities, brands, and teams.

Be the first to find this review helpful

☺ Helpful    ⬆ Share                                    ⚑ Report

---

1.0 ★ ★ ★ ★ ★ ∨

Current Employee

**Laid me and others after after 3 months, boring, you are a number**

Oct 28, 2022 - Event Marketing Specialist

✓ Recommend    ✗ CEO Approval    ✗ Business Outlook

Pros

good benefits, easy job, good people (sorta), home depot is fun

Cons

laid me and coworkers off a few months after some of us relocated and joined the company

2 people found this review helpful

☺ Helpful    ⬆ Share                                    ⚑ Report

59

Jehoshaphatresearch.com

xxvi We utilize the same calculation for debt as Moody's, which includes operating lease liabilities and excludes balance sheet cash. The excerpt below is from a November 2022 Moody's report downgrading the credit of an industrials company, though this exact phrase can be found in many Moody's reports.

"Moody's adjusted debt calculation includes standard adjustments for operating leases and does not net cash on the balance sheet"

xxvii

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | LTM 1H22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Reported EBITDA | $433 | $519 | $588 | $645 | $744 | $854 | $1,011 | $1,397 | $1,683 | $1,782 |
| Minus: Excessive Capitalization of R&D | ($84) | ($90) | ($101) | ($109) | ($123) | ($126) | ($148) | ($142) | ($289) | ($337) |
| Minus: Missing Bad Debt Reserves | $0 | $0 | $0 | $0 | $0 | ($76) | ($106) | ($89) | ($51) | ($78) |
| Minus: Allocation of Spending to Prepayments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($235) |
| Minus: Gross Profit Benefit from Overproducing | ($62) | ($47) | ($63) | ($7) | ($1) | ($71) | ($106) | ($127) | ($555) | ($206) |
| "Trued Up" EBITDA | $287 | $382 | $425 | $530 | $621 | $580 | $651 | $1,039 | $789 | $927 |
| *Shortfall* | *-34%* | *-26%* | *-28%* | *-18%* | *-17%* | *-32%* | *-36%* | *-26%* | *-53%* | *-48%* |

The above EBITDA walk calculations are the same as those in our EBIT walk, except we don't add back intangible amortization and we don't subtract "missing" depreciation.

xxviii Increase in Trade and Other Payables Due to DPO Changes is calculated by comparing the change in Trade and Other Payables had DPO held at 2019 levels in comparable semiannual periods to the reported change in Trade and Other Payables

xxix https://www.wsj.com/articles/SB123316803228825095; *The Everything Store* by Brad Stone; https://www.referenceforbusiness.com/biography/F-L/Galli-Joseph-Jr-1959.html; https://rturner229.blogspot.com/2005/12/business-as-usual-at-newell-rubbermaid.html; Atlanta Journal-Constitution via Bloomberg; https://money.cnn.com/magazines/fortune/fortune_archive/2002/12/30/334570/index.htm

xxx Source: Bloomberg.

xxxi Source: Bloomberg.