# EXHIBIT 2

# AN ENTIRELY DIFFERENT SHORT THESIS ON TECHTRONIC:
## IS TTI MAKING HUNDREDS OF MILLIONS IN PROFIT BY SYSTEMATICALLY DEFRAUDING HOME DEPOT?

*"This is very dangerous ground…Honestly, this is a concern. This is a concern…I'll give you my professional, former Home Depot executive answer: I've never heard of this before, this is concerning me…this violates the spirit and the letter of [our agreement]."* – Former Home Depot executive

## EXECUTIVE SUMMARY

- We believe that Techtronic has been defrauding Home Depot on a massive scale for at least four years. Exposing this scam now will put an end to it, which we believe will in turn reduce TTI's operating income by approximately one-third. With this near-term catalyst in mind, we are again short TTI shares.

- A former TTI employee contacted us after our accounting-focused short report. The exchange led us to discover this widespread fraud. **Unlike our first report, this thesis has nothing to do with accounting.**

- The scam involves TTI mislabeling Home Depot-exclusive brands as "Factory Blemished" in order to sell them through an outlet channel TTI owns. This channel is called "Direct Tools Factory Outlet," or DTFO. We believe DTFO was originally created for a legitimate purpose but has evolved to be a dumping ground for TTI products in secret, prohibited competition with Home Depot. We call this scam "Blemishgate."

- DTFO physical stores, but the real story is its online channel, which we believe is moving far more product than the brick-and-mortar operation. Web traffic data from semrush.com, cross-referenced with public retailers with similar traffic levels, implies $1-2 billion in annual sales going through DTFO. Other methods available for sizing DTFO's operation point to similarly large revenues. These are high-margin sales.

- How "Blemishgate" works: TTI manufactures certain brands for exclusive sale at Home Depot. Reasonable exceptions exist to this exclusivity. One such exception is if product is "Factory Blemished" – i.e., if the box has been damaged to the point that HD would not carry it. TTI is applying the "Factory Blemished" label to virtually all of these "exclusive" products, making them available for sale through DTFO. We believe TTI is surreptitiously moving mountains of perfectly good product without Home Depot noticing.

- We've confirmed our suspicions with a former Home Depot executive who was intimately familiar with the Techtronic-Home Depot relationship, including of course the "Factory Blemished" exemption. In his words, Home Depot has never conducted a "low-level audit" of DTFO. Perhaps to its credit, Home Depot has put a lot of trust in its supplier.

- It's not Home Depot's job to walk stores, spend hours reading the fine print on suppliers' websites, and interview former executives to sniff out fraud. Fortunately for them, that is exactly the job of a short seller.

- This former Home Depot executive, whose identity we are protecting, expressed serious concern when we showed him examples of supposedly "Factory Blemished" product being sold by TTI in its outlet stores. He went on to conduct an independent investigation for us and further confirm his suspicions. We share the results from his investigation in this report as well.

- Some quotes from our discussion with this former Home Depot executive:
  - Upon viewing a video of a box with a crushed corner where TTI had sold this product as "Factory Blemished," this former HD executive responded, "THAT IS NOT BLEMISHED! To me this is

*This report consists of our opinions only and is not investment advice. We are short the securities of this company. The Disclaimer at the end of this report is an integral part of this document. We are biased and self-interested, just like you and every other investor.*

Jehoshaphatresearch.com

> very dangerous ground. As a Home Depot executive, I would say that's just normal…Blemished means, not the quality we would have in our store"
>   o   "And now I'm thinking [about TTI's outlet store sales], *Show me the blemish*"
>   o   "I would be FLOORED, speechless, if new Ridgid stuff were being sold at DTFO stores" [It is.]

- One of the former TTI executives with whom we spoke went so far as to describe DTFO's entire category of "Factory Blemished" as "a wink-wink thing…it's a way to get rid of newish product." To be crystal clear, he meant TTI is prohibited from selling this, but "wink-wink," there's a fraudulent way to do it.

- **It's important to understand this concept of "acceptable blemish." If you assume that Home Depot is rejecting boxes with minor scuffs and scratches, you won't understand this fraud.**

- At first glance, it seems hard to believe that TTI would be so incredibly stupid and reckless as to jeopardize its relationship with its ~50% customer. But this makes a little more sense when you consider that this scam is worth a tremendous amount of free cash flow and profit that TTI badly needs.

- "Blemishgate" may not have been known to Home Depot prior to this publication, but many members of the tool enthusiast community have already figured out bits and pieces of the story. We have found numerous online references to the great deals on supposedly "blemished" products at DTFO stores, where happy commentors report that they cannot find any blemish when buying "Factory Blemished."

- <span style="color:red">**We believe that Home Depot has missed out on <u>b</u>illions in sales it was supposed to have to itself, thanks to "Blemishgate."**</span> There is substantial evidence of this behavior occurring in a widespread way as early as 2019, and limited evidence of it occurring for many years prior.

- Selling direct to the consumer – cutting out the Home Depot middleman but piggybacking on Home Depot's advertising of these brands – is phenomenally high-margin. We estimate close to 60% gross margin on DTFO sales. Selling exclusive Home Depot brands without involving Home Depot is a great business!

- We visited or sent private investigators to six DTFO sites from coast to coast, where we/they took pictures and interviewed store employees and found a consistent theme: Rows of homogenous "Factory Blemished" Ryobi and Ridgid products with no visible damage, great prices, and talkative employees. We took lots of pictures of these store visits, available to the public **here**. We provide many of these photos in this report, with explanatory context.

- One DTFO store employee said that they have to label the boxes blemished because "that's how Direct Tools signifies new products." Plenty of customers have figured this out, but some employees admit it too.

- If you live in another country and can't conveniently visit a DTFO store (they're all in North America), you can go to DTFO's website, www.directtoolsoutlet.com. In nearly all cases the tools available on this site are also available on Home Depot's website, but listed as "Factory Blemished," so ostensibly these are okay for TTI/DTFO to sell – right?

- What if we told you that DTFO's website indicates exactly how many of each unit they have in stock, and that in many cases DTFO has ten, twenty, thirty, fifty *thousand* or more "Factory Blemished" units available in a particular SKU? For instance, <span style="color:red">**DTFO currently has over 60,000 units of a specific Ryobi fan model available on its site under the "Factory Blemished" categorization.**</span> Are TTI's warehouse forklift operators all drunks? Or perhaps…these aren't all actually blemished product boxes?

- We and our associates have also purchased various "Factory Blemished" items, shipped to different locations around the US, from DTFO's website. All items we selected are also currently available for sale on Home Depot's website. Of course, these supposedly "Factory Blemished" packages arrived to our respective locations without any visible blemishes, let alone the kind of major damage that would disqualify them from being carried in Home Depot.

- If you are a TTI investor (or a Home Depot executive, for that matter), we urge you to ask TTI:

2

Jehoshaphatresearch.com

- o Why are all these DTFO stores full of perfectly good boxes marked as "Factory Blemished" – products that are currently for sale at Home Depot as well, but that Home Depot calls "exclusive?"
- o How much in sales do you do through the DTFO channel, including online? (Note: Don't ask this question without first reading our section on DTFO's impressive level of web traffic.)
- o Of this, how much is of "Factory Blemished" products?
- o Why do you have hundreds of millions of dollars of "Factory Blemished" Ryobi and Ridgid inventory on your website?
- o Why do so many people on Reddit and YouTube over the years seem to be able to procure "Factory Blemished" products from DTFO without observable blemishes on boxes or products?
- o How terrible are your forklift drivers at keeping boxes from being damaged, that you have 69,000 "Factory Blemished" Ryobi 4-inch clamp fans alone in stock?
- o Are you just using DTFO as a direct-to-consumer alternative to liquidate excess inventories at higher-than-normal margins, and in so doing, violating any notion of these brands' "exclusivity" with your critical customer, Home Depot?
- o If Home Depot investigates this behavior and finds that the short seller's claims are generally accurate, and Techtronic decides to cease these activities, what would the financial impact be?

Interested parties can reach us at info@jehoshaphatresearch.com. Our full report follows this summary.



(Left image: A stack of supposedly "Factory Blemished" Ridgid boxes for sale in TTI's outlet store, with no visible blemishes.)
(Right image: The same model, listed at Home Depot's website where it's marked "Exclusive" to Home Depot.)

3

Jehoshaphatresearch.com

# **TABLE OF CONTENTS**

**PART ONE: IS IT FRAUD?**

**I.    Former TTI Employee Contacts JR With Damning Information About TTI**
    a.  Our first report on TTI was focused on accounting. This report has nothing to do with accounting
    b.  A former TTI employee contacts JR to tell us about Direct Factory Tools Outlet (DTFO)

**II.   But Is It True? First, We Visit a DTFO Store to See for Ourselves**
    a.  A store full of "Factory Blemished" products without any blemishes
    b.  We buy a brand-new Ryobi drill, in a perfect box, for a discount to the Home Depot price
    c.  A visit to Home Depot shows that they carry plenty of "blemished," even outright damaged, boxes

**III.  But Is It Just One Store? We Send Private Investigators to DTFO Stores Around the USA**
    a.  "Blemishgate" is clearly systemic: Photos from DTFO stores around the country
    b.  Dropbox link to the full photo library from our coast-to-coast tour of stores
    c.  "[We] have to label them blemished because that's how Direct Tools signifies new products" - DTFO store employees sing like canaries
    d.  "Most of the boxes don't appear to have any damage" – our PIs describe their observations

**IV.  But Is This All a Big Misunderstanding? Interviews With Former Home Depot & TTI Executives Confirm It: TTI Has Successfully Deceived Home Depot**
    a.  A former Home Depot executive reacts with shock to our findings: "That is NOT blemished!" We learn that Home Depot has never done a "low-level audit" of DTFO stores
    b.  Multiple former TTI employees indicate that TTI has used the "Factory Blemished" stamp specifically to deceive Home Depot

**PART TWO: IS IT MATERIAL?**

**V.   But Is It Just Physical Stores? No, DTFO's Online Presence Is the Real Story**
    a.  Nearly all products DTFO sells are supposedly "Factory Blemished," and currently available at Home Depot
    b.  Step-by-step: How to check any product on DTFO's website in seconds
    c.  DTFO has $500 million of "Factory Blemished" Ryobi and Ridgid product in stock, but only $1,000 of "Factory Blemished" Hoover vacuums…likely because the Hoover "blemishes" are real!
    d.  1 out of every 6 boxes of Ryobi and Ridgid inventory held by TTI appear to be "Factory Blemished." This is absurd. This inventory is Fake-Blemished
    e.  How can DTFO have over 60,000 "Factory Blemished" Ryobi clip fans, Ridgid brad nailers, etc. in stock? It can't
    f.  Did we cherry-pick SKUs with insanely high amounts of "Factory Blemished" stock? Here are thirty more you can pull up on the website for yourself (as of this writing)
    g.  DTFO e-commerce is large, likely selling more Fake-Blemished product than the physical stores
    h.  We're not the first people to suspect this. Redditors and YouTubers are hip to the "Ryobi factory outlet scam." We're just the first to investigate it systematically and in depth
    i.  How has TTI gotten away with this for so long? Isn't this fraud in plain sight?

**VI.  We Estimate One-Third (or More) of TTI's EBIT Comes From This Lucrative Scam**

4

Jehoshaphatresearch.com

a.  We estimate a ~60% gross margin on these sales, which cut out the Home Depot middleman, and minimal specific opex associated with them

b.  Former TTI executive says DTFO did $100m in sales in its first year - during the 2008 recession, with (mostly) good behavior, half the physical store count, and no e-commerce

c.  Amount of "Factory Blemished" inventory in stock on DTFO's website is ~$500m at retail price

d.  Changes in value of inventory on DTFO's website annualize well over $1.5bn in product sales

e.  Analyzing DTFO's web traffic and engagement versus public retail peers implies $1.3-2.5bn in sales. If anyone tries to tell you DTFO isn't material to TTI, they either haven't looked at this data or are hoping you haven't

f.  TTI appears to be overearning by hundreds of millions in gross profit that can and should quickly be shut off by Home Depot, which we think will reduce TTI's EBIT by one-third or more

**VII.  <u>What Recourse Does Home Depot Have?</u>**

a.  The "Exclusivity" of Ryobi and Ridgid is important to Home Depot's business

b.  Home Depot can shut down "Blemishgate," and the profits TTI enjoys from it, with a phone call

c.  Why is TTI the exclusive contract manufacturer for Home Depot's Ridgid store brand?

d.  Is TTI's shelf space guaranteed?

e.  What do Home Depot investors think?


*Disclaimer*

*Appendix: Endnotes*

Jehoshaphatresearch.com

# PART ONE: IS IT FRAUD?

## FORMER TTI EMPLOYEE CONTACTS JR WITH DAMNING INFORMATION ABOUT TTI

Our first report on TTI was focused on its financial reporting. This report has nothing to do with accounting

In February, we published a report detailing what we believe has been a decade of misrepresentation of TTI's financials by its management team. We said everything we thought was worth saying about TTI in that publication. We had no intention of following up with any further whistleblower reports.

At no time during our original research on TTI did we ever suspect, or come across any information suggesting, that TTI might be running a totally separate scam that had nothing to do with financial reporting: surreptitiously selling Home Depot-exclusive products at the expense of Home Depot through semi-disguised outlet stores. In fact, we did not even have any idea that TTI owned outlet stores.

The article we are publishing today relates to totally new, totally incremental discoveries at TTI. It has absolutely nothing to do with accounting. We think our new findings are an even better reason to short TTI, as they are easy to understand, material, and we believe they indicate outright contractual and product diversion fraud – and most importantly, when this behavior is stopped, it will mean the end of a lucrative profit source for TTI. (Be advised that we have not had access to the actual contract(s) governing the Home Depot-TTI exclusivity arrangements.)

A former TTI employee contacts JR to tell us about Direct Factory Tools Outlet (DTFO)

Weeks after our forensic accounting report was published, an anonymous person claiming to be a former TTI employee contacted us. This employee, to put it mildly, is no fan of TTI's senior leadership. They put forth a detailed explanation of a variety of bad or embarrassing behaviors they claimed TTI or its specific managers were engaging or had engaged in.

(Some of these claims could be extremely embarrassing to TTI or its management if proven true, but we did not believe that they were of material financial importance to stockholders. At the end of the day, our job isn't to drag executives or companies through the mud for the fun of it, and we have no personal animus toward any members of TTI management. Our job is to investigate and report on financially material fraud that impacts stock value.)

However, one of the former TTI employee's claims struck us immediately as potentially material. This claim related to "back-door" inventory liquidation by TTI, via the use of a factory outlet channel known as Direct Tools Factory Outlet:

> *"Excess inventory is constantly moving [sic] what was internally called DTFO, which is a strange contraction [sic] to Joe's earnings call, and is tangent [sic] to keeping worthless inventory on the books."*

Jehoshaphatresearch.com

We were initially skeptical of this person's claims, but also intrigued by the level of detail presented to back them up. Luckily, we did not have to take this source's word for it. That same day, we began preparing for a trip to a DTFO store to take a first look.

Jehoshaphatresearch.com

## BUT IS IT TRUE? WE VISIT A DTFO STORE TO SEE FOR OURSELVES

A store full of "Factory Blemished" products without any blemishes

The first DTFO site we visited was in an outlet mall, next to other name-brand outlet shops. The store was packed with nice boxes of product, mostly lime green (Ryobi) and orange (Ridgid). Milwaukee and Hoover brands were also carried in the store in their original packaging, but in far less quantity.

A store employee explained to us that only two types of product were carried in the store: "Factory Blemished," in original boxes, and "Factory Reconditioned," also known as refurbished or rebuilt products, in brown cardboard boxes. The vast majority of the store, maybe 80-90% or so from what we could casually observe, was in the "Factory Blemished" (original boxes) category. **The store employee assured us that "blemished" refers only to the boxes, not the products, and that we could rest assured that any "Factory Blemished" boxes contained products in perfect condition on the inside.** (This is true – we and our associates have purchased plenty of "Factory Blemished" boxes from DTFO and opened them up to see the perfect products inside.)

What struck us as odd right off the bat was that we couldn't see much "blemish" on all of these supposedly "Factory Blemished" boxes. These looked like totally normal boxes of product to us.

Were we misunderstanding what "blemish" meant? A few of these boxes had a black streak or two, as if someone had swiped them with a greasy finger, or maybe a dented corner – is that what this meant? Why would that be enough to keep a power tool from being saleable at Home Depot, which is basically a warehouse with great customer service? **Most of these boxes didn't have any visible blemish on them at all.** What was going on?

Of course, if we had walked into this store simply looking for good deals on power tools, it probably wouldn't have occurred to us to spend a lot of time puzzling over this. But we weren't here looking for deals. We decided to study the "Blemish Question" more. But before we left, we made sure to take advantage of these great deals on Home Depot-exclusive products ourselves.

We buy a brand-new Ryobi drill, in a perfect box, for a discount to the Home Depot price

We were able to buy a new, perfect-condition drill kit in an undamaged box at this DTFO store, but it had a "Factory Blemished" sticker on it. It cost us $69.99 plus tax, a discount to the Home Depot price. The model number is PCL206K1. Here's a picture of the box with the receipt on it, blacking out identifying information:

Jehoshaphatresearch.com



We looked online and saw that the exact same model number is sold at Home Depot for $79.00. More importantly, note the "Exclusive" tag in the top left:



We've since opened the box and observed, charged, and tested the drill. It works great. There's no blemish anywhere, except perhaps in the drill's soul.

TTI seems to have done extremely well on this transaction. After all, Home Depot has about a 33% gross margin. If Home Depot normally earns that 33% gross margin selling a Ryobi drill for $79, that means Home Depot paid TTI $53 for it. So TTI can either sell the drill to Home Depot for $53, or it can sell the drill directly to Jehoshaphat Research for $70.

It slowly dawned on us that despite undercutting Home Depot, TTI must be making a far higher gross margin on these sales than it does selling the same products to Home Depot. And now you're starting to understand why we, the authors of a report about how TTI's gross margins are basically impossible, were so intrigued by this new lead. **What if TTI's insane profit margins aren't due simply to accounting games, but also to outright contractual and product diversion fraud against its biggest, and rather powerful, customer?**

Jehoshaphatresearch.com

We began to fear that the exhaustive accounting examination we gave TTI in our first report had missed the worst behavior of all. It was time to open another investigation into TTI - "Blemishgate."

<u>A visit to Home Depot shows that they carry plenty of "blemished," even outright damaged, boxes</u>

Of course, for this investigation to lead anywhere interesting, we also needed to understand what level of "blemish" Home Depot was willing to accept on boxes in its own stores. So, we sent an investigator to a Home Depot store to see what level of damage Home Depot accepts in its displayed product. (We also asked a former Home Depot executive about this exact topic and got a straightforward answer, but we'll get to that later.)

If you know anything about Home Depot this won't surprise you, but it turns out they are incredibly tolerant of cosmetic damage to boxes. Here are some photos our investigator took in a Home Depot showing holes, dents, crushed tops, etc. on boxes for sale:

  

   

Jehoshaphatresearch.com

 

So, now we had seen for ourselves that a DTFO outlet was selling literal truckloads of fine-looking, supposedly "blemished" product under the claim that it's all just too ugly for Home Depot to carry. That didn't pass the smell test to begin with, but the smell became rancid the moment our investigator walked into a Home Depot store and found lots of product in far worse condition than the product we'd seen at DTFO.

But what if we had just visited a "rogue store?" We wanted to know if this was systemic, so we hired a team of private investigators to visit half a dozen stores around the US and make sure that our casual outlet mall jaunt wasn't a fluke.

Jehoshaphatresearch.com

## BUT IS IT JUST ONE STORE? WE SEND PRIVATE INVESTIGATORS TO DTFO STORES AROUND THE USA

"Blemishgate" is clearly systemic: Photos from DTFO stores around the country

We sent private investigators (PIs) to **six stores** across the United States:

- San Diego, California
- Lutz, Florida
- San Marcos, Texas
- Williamston, South Carolina
- Greenville, South Carolina
- Thornton, Colorado

We had our investigators look for a lot of things, ask a lot of questions, and take a lot of pictures, but the simplest takeaway for right now is this: **These stores, just like the first store we visited, are stocked primarily with rows of "Factory Blemished" products that have no apparent blemishes on them.** In addition to that, they have a much smaller amount of "Factory Reconditioned" products in plain brown boxes, just like the store we visited.

Before going to the photos, we're going to show you a quote that will contextualize them. It's from a former Home Depot executive with whom we spoke, **an individual who was intimately familiar with the relationship between Home Depot and TTI**:

> *We sell tools. The boxes get bumped around. Our acceptability of what is blemished is broader than most, and we'd accept more than most. It doesn't have to be perfect… Blemished means, not the quality we would have in our store…Look at planer boxes right now in Home Depot, it's normal to have dents and scratches…*

With that understanding of how high Home Depot's bar for "blemished" is, let's look at a few choice photos from some of these stores. As you look at these photos, look for the "Factory Blemished Product" sticker. It's usually on the top of the box, or you may see a black and white tag on the shelf sticker saying the same. The Home Depot product listing appears next to the DTFO photo, if the model number is clearly visible in the photo. **Most importantly, do you see any damage – any "blemishes" – on these boxes?** Go ahead, zoom in!

12

Jehoshaphatresearch.com

**San Diego, California:**







**Lutz, Florida:**

Look at the pristine condition of this supposedly blemished inventory. Notice the black-and-yellow "Factory Blemished" stickers on the box tops:

Jehoshaphatresearch.com










Jehoshaphatresearch.com

**San Marcos, Texas:**

  

  

  

Jehoshaphatresearch.com



In this photo of stacked Ridgid drill/driver kits you can see model numbers, so we can find the comparable product currently being sold in Home Depot. (See endnote for zoomed-in model number in DTFO picture.)[i]

It's hard to see the "Factory Blemished" sticker, and maybe the Model #, on this Planer below, but it's on top in the middle (see this endnote[ii] for a closer zoom of each):




Jehoshaphatresearch.com

Can you find the blemish on this "Factory Blemished" Model P135's box? Our investigator couldn't (and you can see from her custom-color nails that she doesn't lack for attention to detail):

  



Jehoshaphatresearch.com

**Thornton, Colorado:**

A six-sided view of a product whose box is in basically perfect condition:

   

 

And the Home Depot listing of the same model number:



Jehoshaphatresearch.com

<u>Dropbox link to the full photo library from our coast-to-coast tour of stores</u>

Readers interested in further inspecting photographic evidence from our coast-to-coast audit of DTFO stores can click here:
https://www.dropbox.com/sh/d2hlnqmttgy8a39/AACo6jQaL_g7X_nEV1XlA6UXa?dl=0

<u>"[We] have to label them blemished because that's how Direct Tools signifies new products" - DTFO store employees sing like canaries</u>

Some DTFO employees will flat-out tell you what's going on: any blemish is incidental, and the sticker is there either way. We instructed our private investigators to ask DTFO store employees about the meaning of "blemished." Some of the answers we received, as transcribed to us by our PIs:

- "[San Diego store employee] stated that **blemished items,** which we estimated represented approximately 80% of the merchandise in the store, **was in fact over stocked excess merchandise which may or may not actually have a defect**. These items appear to be in regular boxes and did not appear to be damaged."
- "[San Marcos store employee] described 'blemished' as 'brand new' and stated that sometimes the outside of the box might have damage but sometimes it doesn't…The employee stated that **they have to label them blemished because that's how Direct Tools signifies new products**."

<u>"Most of the boxes don't appear to have any damage" – our PIs describe their observations</u>

Some highlights from our PIs' visits in their own words:

**San Marcos:**
- "**Most of the boxes don't appear to have any damage**. A few of the boxes observed had slight damage, i.e. an indented corner. There were very few boxes with significant damage"
- "The majority of these items were blemished (regular box) and not reconditioned (brown box)"
- "The employee stated that Home Depot can only sell the tools in perfect condition" *[Obviously, someone lied to this employee]*

**South Carolina (2 stores):**
- **"Most items marked blemished had no visible damage to the boxes."**
- "At the Williamston store, 20 or 30 Ryobi name brand Drills and Impact Drivers labelled "blemished" were specifically observed on the shelf together with none having any visible damage to the packaging."
- "At the Greenville store 25 to 30 of the same tool were displayed together on the shelves, all marked blemished."

**Thornton, CO:**
- "A vast majority of the product in the Thornton, CO store **did not show any visible blemishes on their boxes**."

19

Jehoshaphatresearch.com

## BUT IS THIS ALL A BIG MISUNDERSTANDING? INTERVIEWS WITH FORMER HOME DEPOT & TTI EXECUTIVES CONFIRM IT: TTI HAS SUCCESSFULLY DECEIVED HOME DEPOT

A former Home Depot executive reacts with shock to our findings: "That is NOT blemished!" We learn that Home Depot has never done a "low-level audit" of DTFO stores

*"And now I'm thinking, 'Show me the blemish'"*

In addition to verifying with our own eyes that what we see TTI/DTFO calling "Factory Blemished" would easily be saleable at Home Depot, we spoke to a former Home Depot executive about the issue. This individual was one of the executives close to Home Depot's power tools business and was intimately familiar with the relationship between Techtronic and Home Depot.

We will quote pieces of this conversation at length because so much of it is directly relevant and material to this report. Note how the tone of the conversation changes as we share our findings with the Home Depot executive.

> Jehoshaphat Research: Does "DTFO" mean anything to you?
>
> Former Home Depot Executive: Yeah…it tends to be older, end-of-life products, and repaired ones…
>
> JR: What about perfectly good, not repaired, "new-ish" products, is that prohibited by HD?
>
> Exec: When they [TTI] discuss with Home Depot, they'll talk about the product as "new but discontinued"… these can be new products, but discontinued or close to end of life. Or, they are "blemished" but functionally fine…**we did not see DTFO as a competitive threat, as long as TTI adheres to the stipulations of our exclusive contract**…They say, 'we need an outlet for our end of life products,' and it's not a point of contention…So my understanding is they only offer end-of-life and discontinued and blemished product, **but I've never done an audit…[but] it would only take one or two examples of violating the exclusivity, and then it would call into question the trust of the relationship.**
>
> JR: **What would violating exclusivity look like, just in theory?**
>
> Exec: We can't get into the confidential wording of the contract itself, but at a high level, it means you are not selling new items through any other retail channel, whether online or physical store…from a factory outlet perspective, **it's very clear**: **you have a new Ryobi drill, a brand-new drill on sale [at DTFO] that TTI just made too many of, that would be a no-no.**
>
> JR: What if the DTFO store is selling new products, but they're blemished?
>
> Exec: Without getting into the confidential contract, at a high level that would actually be okay. A lot of times it could even be [just] the box that got blemished.

We'll pause here to let you reflect on what the former Home Depot executive believed as of this point in our conversation: there is a clear line of demarcation between what's okay and not okay, and there is a lot of trust

20

Jehoshaphatresearch.com

between TTI and Home Depot. For example, if TTI were selling brand-new Ryobi drills because TTI just made too many of them, that would be a violation of the agreement of course.

After this point in the conversation, we began testing the waters and offering some of our findings, and the conversation's tone started to change. This longtime Home Depot executive, who knew everything about the rules of this relationship, had clearly never considered the possibility that these rules might be systematically being broken. (As TTI investors already know well, long periods of success tend to breed complacency.)

JR: Would you expect that most of the stuff in a DTFO store would be blemished product?

Exec: **I would expect that not to be a common thing.** They sell clean and fresh and straight-line boxes [of discontinued/end-of-life products] in the store I walked myself.

**JR: What if I told you that I went to a store myself and almost everything in there was marked blemished?**

**Exec: That is surprising. I mean, how are we talking about "blemish" here?** When the majority of the store is marked as blemished, that would surprise me, because I would have thought the bulk of the store is fine, but just end of life [product that Home Depot is no longer carrying].

JR: Go to the DTFO website. Everything for sale is either blemished or reconditioned. Is that odd?

Exec: Yes. **But to be honest, I managed power tools for a long time at Depot, and this level of scrutiny on DTFO never happened. It's worth doing.**

There were two phases to this conversation: Before this moment, and after it. The executive began to tie together in his own mind, with only a few probing "questions" from us, what was going on here. We continued:

Exec: …**I just started plugging in, just now, some of the model numbers here on the DTFO site**…A couple of things here are surprising. When we had conversations with TTI, they were always saying, TTI innovates so much that newer and newer versions of the same product keep coming out, so the flip side of that is that we have a faster pace of models going end-of-life. But as you're pointing out here, I see the DTFO website is ALL either blemished or reconditioned [as opposed to end-of-life stuff].

I also see that some of these blemished products are also for sale right now on Home Depot's website. **I think we're getting into a gray area now. I think now if I walked into a TTI store, I would say "show me the blemish."** It has to be in a condition that's not retail-ready, something wrong with the box that you can't sell it. I'd want to see that now if I were still working at Home Depot.

If I walked through the DTFO store and the [blemished] boxes looked perfect, that would not be a good thing. But to my knowledge, there's never been a low-level audit of DTFO. **It never warranted, we never looked because DTFO wasn't so big. So we never did this close walk-through-store audit. So I would just say that you are bringing up some good questions, and I've had many experiences with TTI, you are bringing up some good questions here...And now I'm thinking, show me the blemish!**

When this Home Depot executive told us that Home Depot had never done an audit of DTFO like the one we were doing, we could have ended the conversation there and then. But by this point, we were as fascinated by this discovery process as he was.

21

Jehoshaphatresearch.com

IR: I bought a tool from DTFO myself. It doesn't look blemished to me. Are the standards for "blemished" at Home Depot incredibly high?

Exec: Absolutely not! We sell tools, the boxes get bumped around…our acceptability of what is blemished or not is broader than most, we accept more than most. It doesn't have to be perfect…[But] it's easy to put a sticker on it and call it blemished. It'd be an interesting audit to perform.

I would say, leading up to the end of 2022, before the short seller's report[1], I would have said the level of scrutiny on TTI was light. For us at Home Depot…we know that TTI has been an incredibly valuable and strategic partner. But I think that since the short seller report has come up, a higher level of scrutiny has come up too, and rightfully so. One thing I would say, that eye-popping 39% gross margin for TTI…it's almost like the student did SO well on the test, you think they're cheating!

…But what you're talking about, bringing this back to Direct Tools…you are unquestionably flirting with the language of the contract. In spirit, it was [supposed to be] end-of-life plus some occasional blemishes or reconditioning. This is certainly not what we would have agreed to, and have agreed to…this seems like a dangerous thing.

We then graciously provided the expert with an example of one Home Depot-exclusive Ryobi product with claimed "blemish." We directed him to a YouTube video entitled *"What is a BLEMISHED Power Tool and WHY is it SO CHEAP!? New Tool Store just opened up!"* The host in this video provides a lengthy explanation about why he was able to get a phenomenal discount on a **brand-new** Ryobi planer via a DTFO store, days before it was even available in Home Depot stores, for less than Home Depot was selling it. The reason: Because the box was "blemished":



Source: https://www.youtube.com/watch?v=JpQb2YoeIk0 (0:32 in)

Our Home Depot executive's response as he watched this fellow describe a blemished box:

Exec: THAT IS NOT BLEMISHED! To me this is very dangerous ground. As a Home Depot executive, I would say that level of damage is just normal. Honestly, this is a concern. This is a concern.

---

[1] He brought it up, not us.

22

Jehoshaphatresearch.com

"Blemished" means "not the quality that we would have in our store." **I'll tell you right now, what he's talking about [in that video] is completely contrary to the spirit of the exclusivity contract. Home Depot, in our marketing PR, we shout it from the rooftops, "YOU HAVE TO COME TO HOME DEPOT TO GET THIS!"** I'll give you my professional, former Home Depot executive answer: I've never heard of this before, this is concerning me, and this is a violation of the spirit of our agreement…**The way that we [TTI and Home Depot] have discussed it, blemish is a condition that would not meet the standards of a Home Depot store. Look at planer boxes in Home Depot right now, it's normal to have scratches and dents like this.** To me this violates the spirit and the letter of the law as well.

<u>JR:</u> [Would] it be bad if this is happening with Ridgid-brand product too?

<u>Exec:</u> …Where Ridgid comes in is that it is Home Depot private label, but we contract manufacture to TTI to make it.

**If you're selling brand-new, hard-to-find-the-blemish products with Ridgid, that is ANOTHER big issue, because** clearly Home Depot has not signed off on having our OWN PRIVATE LABEL sold brand-new in other channels…I would be FLOORED, speechless, if new Ridgid stuff were being sold at DTFO stores [fake-blemished].

Oh, you mean like this?




After our conversation, **we sent some photos of our store tours to this former Home Depot executive and asked him to share his reactions to them.** He responded by putting together a slide presentation; here are some of the highlights of his responses.

We have not edited these graphics ourselves, other than to draw a few red boxes around text for readers' convenience. (As a reminder, journalists don't disclose the names of confidential sources, so don't bother asking.)

23

Jehoshaphatresearch.com

Yes, I have some comments about each photo on the following page. What this comes down to is what is the definition of "blemished"? I'm wondering if there is something wrong with the product inside the package. But if the source of the blemish is packaging, then I would strongly disagree with the products in your photos being "Factory Blemished" if the blemish applies to packaging. To illustrate where I am coming from, I visited my local Home Depot store (#0121, Cumberland, Atlanta, GA, this is the store directly across the street to Home Depot's corporate headquarters and frequently referred to as our flagship).



Within 10 seconds of entering the store, I saw a Ryobi endcap with a $229 item with MAJOR damaging to the product packaging. However, this is quite normal and a frequent occurrence inside our working warehouse environment.

This major product packaging damage is WITHIN the acceptable range to Home Depot as this picture was taken today (5/22/23) in the store directly across the street from where Home Depot's CEO works.

None of the photos you shared with me are anywhere nearly as bad as this "blemish," which I'll refer to as Figure #1.

Figure 1.
Date of picture: 5/22/2023
Location HD store #121 (taken by consultant)
Issue: Massive packaging damage, however inside a HD, this is quite normal and "acceptable"



- **Packaging**: I would disagree calling these blemished due to packaging as clearly they are better than Figure 1.

- **Product**: I checked HD's inventory and this item is still ACTIVE at Home Depot. Part No: **R84087**

In the event the DTFO would have for sale active SKU's still at Home Depot, I would expect those SKU's to have highly conspicuous blemishing that would warrant it being sold through the outlet store.

However that is not what I'm seeing based on the photo you took, which as a former HD executive, I believe is uncomfortably close to violating the "spirit" of the exclusive agreement.



Jehoshaphatresearch.com



So, that's a Home Depot perspective. What about a TTI perspective? We didn't have to look hard to find a few former TTI employees who believe that improper behavior like this has taken place or claim to have seen it themselves.

<u>Multiple former TTI employees indicate that TTI has used the "Factory Blemished" nomenclature specifically to deceive Home Depot</u>

We spoke to two former TTI employees and read social media comments from a third purported employee on this topic. All spoke plainly in saying that TTI is doing this, and doing it on purpose. First, the "purported" employee:



Source: https://www.reddit.com/r/ryobi/comments/bnhzkf/ryobi_factory_blemished_tools/

You shouldn't place a ton of emphasis on a single Reddit commenter from four years ago whose identity as an employee can't otherwise be verified. Neither should we. So we made sure to speak with a former TTI executive who was personally, heavily involved in DTFO and its creation, and we also asked the original source who tipped us off about DTFO in the first place.

Some highlights from our conversation with the first individual follow.

    <u>JR:</u> You were there at the creation of DTFO, what was that supposed to be?

25

Jehoshaphatresearch.com

Exec: It started in 2008. We partnered with Tanger Outlets, opened 20 locations, and started our own direct outlet. This allowed us to look like a third party versus the like the manufacturer themselves…The program has done well, it's framed as a liquidation business. **It's not a lead strategy where there's new stuff going in there.** It's supposed to be a way to get reconditioned or excess/obsolete stuff out of the warehouse and make some margin on it.

JR: So if TTI just made 20,000 new drills, and customers only bought 10,000, you have to wait until Home Depot isn't selling them anymore?

Exec: Yeah exactly…**it used to be [in the early years] that a Home Depot store manager would email asking why we were selling Ryobi out of a DTFO store. So we'd write up a bunch of stuff saying,** *No, this is outdated*, **or** *this is reconditioned*, **and we'd smooth it over that way…DTFO has been able to fly under the radar lately** because Amazon is so prominent and you can see lots of Ryobi stuff showing up there[iii]…**Everything with Home Depot is above the radar and open kimono, it's a great partnership…**A ton of returned items can be repaired and resold, and Home Depot isn't interested in that business.

**JR: And this all works as long as DTFO doesn't sell…**

**Exec: [cuts JR off] NEW stuff. Right...**

JR: You mentioned reconditioned and end-of-life products. But DTFO also has factory blemished stuff too, right?

Exec: ==Yeah – that's a funny thing. It's kind of like a wink-wink thing. It's a way to get rid of newish stuff. If you know something is not doing well, and you're sitting on some replenishment inventory, you know it's not going to be bought, you basically scratch the box and say,== *Oh it's blemished.* **But I'm 100% sure there's never a deliberate strategy to go to DTFO with a new product.**

[We aren't so sure about that last sentence. This guy left TTI four years ago, and we believe that TTI has gotten much more "deliberate" about using DTFO to dump new product since then. Among other things, DTFO's web traffic has exploded since 2017-18, likely driven by more aggressive marketing of this channel. See Semrush web traffic data below for [directtoolsoutlet.com](directtoolsoutlet.com). Note that this shows only organically-achieved visitors.]



Source: Semrush.com.

So just to be clear, when we asked this former TTI guy what the "Factory Blemished" category was, he said that "it" (the entire category) was "kind of a wink-wink thing" where you just scratch a box of product you're having trouble selling and call it blemished. While this individual was perfectly happy to rat out his former

Jehoshaphatresearch.com

employer for what seems to amount to *occasional* contractual fraud, he naively believed (at first) that TTI would never do this at a widespread and systematic level. Hence, he believed DTFO was mostly a legitimate means of getting rid of obsolete and damaged products.

So, we asked him the same thing we asked the Home Depot guy, and just like in that conversation, things shifted in his mind at that point:

> JR: So if you went on the DTFO site and saw them calling most things Factory Blemished, would that seem suspicious?

> Exec: I'm looking at the site right now, it looks like everything they're selling that's new, they're calling blemished. Everything that's unused is going in under the label of blemished.

> JR: **Does that seem suspicious? Like they're playing that game again?**

> Exec: Oh yeah, they are absolutely playing that game…and I'm sorry that I didn't look at this site before the call, but this is evidence they're selling stuff that IS a velocity product in Home Depot, and calling it blemished.

This executive at TTI who, again, **was already aware that TTI had sometimes played the "blemish" game,** was increasingly surprised. He also sensed the implications of what this would mean if Home Depot were to find out about how widespread this "game" had gotten:

> JR: So what I don't get is…if Home Depot used to call you guys many years ago saying, *Hey you guys are selling this one product that we're also featuring*…Isn't Home Depot gonna be really pissed? Or if they knew, would they be?

> Exec: I would be if I were Home Depot…If a product is being sold at or below Home Depot pricing, then yeah I would raise hell…**This is directly selling against Home Depot, this is a new one, I haven't seen this.**

> JR: So let's look on Home Depot's site right now? Can't we just look there?

> Exec: [Looks at product on DTFO and Home Depot sites at same time] So $149.99 is Depot's retail for this one, and the price on DTFO is the same.

> JR: What does this mean? Would Home Depot care about this?

> Exec: I think they would be pretty frustrated…The Home Depot guys are probably not aware this is the case now. This was not a practice that existed in the past, where they're selling the exact same item that is listed on Home Depot at the same time. This negates my previous comment about DTFO not selling the "A" items. This one is one of the highest-value items in Home Depot. A "hero" item that's featured by Home Depot all the time…

> Wait, hold on. I'm looking at another SKU on Home Depot. This one is a similar kit, but it has the brushless, cordless compact drill…it is $179 retail on Home Depot, and it looks to be more in line with the one that's $149 on the DTFO. So DTFO is actually selling it $30 cheaper than Home Depot. That would be newsworthy for the Depot leaders [laughs]…

27

Jehoshaphatresearch.com

The individual above believed all along that TTI was using the "Factory Blemished" moniker in a deceptive manner, but only in a limited number of cases. It was not until we showed this person the latest state of the DTFO website that he second-guessed his own understanding about how widespread this practice had become. **He knew what "Factory Blemished" <u>really</u> meant, so he understood immediately the significance of seeing key, "high-velocity" Home Depot products currently listed on the DTFO site under that heading.**

But perhaps the most straightforward indictment of TTI's behavior through the DTFO channel came from the person who originally contacted us to tell us about this channel. That former employee did not focus on the "Factory Blemished" issue in their original list of things TTI was doing "wrong," but when we brought it up, they were familiar with the term:

> **"I personally believe that the blemished nomenclature is designed to be deceptive**, only to get around the Home Depot relationship. But I'm prescribing intent.…DTFO is a huge conflict of interest with Home Depot in my opinion. **The Ryobi/Ridgid value proposition is that Home Depot is the only place to buy these tools**."

28

Jehoshaphatresearch.com

# PART TWO: IS IT MATERIAL?

## BUT IS IT JUST PHYSICAL STORES? NO, DTFO'S ONLINE PRESENCE IS THE REAL STORY

<u>Nearly all products DTFO sells are supposedly "Factory Blemished," and currently available at Home Depot</u>

As a starting point, the vast majority of the product SKUs on the DTFO website are "Factory Blemished." DTFO sells only 2 categories of product on its website: "Factory Blemished" and "Factory Reconditioned." Of the approximately 1,700 product SKUs sold by DTFO, 84% are supposedly "Factory Blemished."

You can see this in the image below or see this for yourself by visiting https://www.directtoolsoutlet.com. Click on "See All Categories" near the middle, right-hand side of the screen. In the menus that appear on the left, open the arrow dropdown for "Product Condition." You can see that DTFO sells 1,442 "Factory Blemished" products and 270 "Factory Reconditioned" products, or 84% blemished. Note that these values are always changing slightly as DTFO's inventory changes, just as you'd expect.



Source: https://www.directtoolsoutlet.com.

While 84% obviously represents the lion's share, this **significantly understates DTFO's focus on supposedly "Factory Blemished" products**, virtually all of which we believe are Fake-Blemished. By examining DTFO's website, a process we describe in more detail later in the report, we can see that **an incredible 99.6% of DTFO's units in stock are listed on the site as "Factory Blemished."** Specifically,

Jehoshaphatresearch.com

of DTFO's 11,440,776 individual products in inventory, 11,399,601 are listed as "Factory Blemished" and the remaining approximately 41,000 are "Factory Reconditioned." Valued at DTFO's selling prices, $509.0 million out of $512.2 of million total inventory is "Factory Blemished."

Pause there for a second for a sanity check. Half a billion dollars of retail value of "Factory Blemished" goods should not pass the smell test. (If it does, take a COVID test. Your sense of smell isn't working.)

Based on Home Depot's corporate filings and conversations with former executives of both Home Depot and TTI, we believe TTI has permission from Home Depot to sell three main categories of products in DTFO: end-of-life/discontinued, truly blemished, and reconditioned products. Common sense tells you that "blemished" should be by far the smallest of these categories. How common can it be for a serious global manufacturer to damage its own boxes in the warehouse, on the truck, etc., let alone to a degree that makes them unsaleable in Home Depot stores?

Nonetheless, as mentioned above, we've discovered that DTFO's "Factory Reconditioned" product represents well under 1% of DTFO's inventory, and "Factory Blemished" appears to comprise the "other 99%."

An astute reader may ask where the "end-of-life" product is, since this is something DTFO is allowed to sell without labeling it as Factory Blemished. Based on our conversations with former Home Depot and TTI executives who managed the relationship between Home Depot and TTI, a good proxy for product being considered end-of-life is if Home Depot has removed it from its website.

Having analyzed in detail hundreds of SKUs via DTFO's website, we have only come across a tiny handful of products listed that are not currently sold on Home Depot's website. **Finding a discontinued product on DTFO's website is like finding a needle in a haystack.** Additionally, if DTFO is selling a significant amount of end-of-life/discontinued products, why isn't this a product category on its website? Wouldn't DTFO break out end-of-life/discontinued as a separate category from "Factory Blemished" and "Factory Reconditioned" products?

Of course, we completed an exhaustive analysis before concluding that DTFO is selling almost entirely "current" Home Depot product. We analyzed what we believe to be perhaps TTI's most popular product set, its cordless power drills. A search on Home Depot's website for Ryobi cordless drills yields 66 results, as shown below.

Jehoshaphatresearch.com



Source: https://www.homedepot.com.

Digging into these results further, they actually represent just 22 unique power drills, but they're bundled into 66 multifaceted offerings. (These multifaceted offerings represent drills kitted alongside various batteries, drill bits, and other tools.[iv])

**Of the 22 unique drills currently sold by Home Depot, DTFO sells all 22 of these models as "Factory Blemished" (we believe Fake-Blemished). Further, the inventory levels for virtually all of these drills are well above the level of "blemished" you'd expect to see in a serious manufacturing operation:**

Jehoshaphatresearch.com

| All Ryobi Cordless Power Drill Models Sold by Home Depot | Sold as "Factory Blemished" by DTFO? | DTFO "Factory Blemished" Inventory |
|---|---|---|
| 1. PDD209 | Yes ☑ | 1,536 |
| 2. PBLCK01 | Yes ☑ | 22,813 |
| 3. PCL206 | Yes ☑ | 1,536 |
| 4. PSBDD01 | Yes ☑ | 23,856 |
| 5. D620H | Yes ☑ | 7,120 |
| 6. P223 | Yes ☑ | 7,372 |
| 7. PBLHM101 | Yes ☑ | 29,905 |
| 8. PSBID01 | Yes ☑ | 10,145 |
| 9. PBLDD01 | Yes ☑ | 5,222 |
| 10. PCL235 | Yes ☑ | 734 |
| 11. PBLID02 | Yes ☑ | 24,903 |
| 12. P235 | Yes ☑ | 162 |
| 13. P237 | Yes ☑ | 2,383 |
| 14. PSBRA02 | Yes ☑ | 18,128 |
| 15. P225 | Yes ☑ | 178 |
| 16. P222 | Yes ☑ | 1,141 |
| 17. PCL220 | Yes ☑ | 5,257 |
| 18. PSBRH01 | Yes ☑ | 10,168 |
| 19. PBLID01 | Yes ☑ | 12,290 |
| 20. PSBHM01 | Yes ☑ | 4,737 |
| 21. P241 | Yes ☑ | 419 |
| 22. P214 | Yes ☑ | 2,351 |

Source: https://www.homedepot.com and https://www.directtoolsoutlet.com, Jehoshaphat Research analysis.

Here is a closer look at the best-selling Ryobi cordless drill on homedepot.com, the Ryobi Cordless 3/8 in. Drill/Driver (Model # PDD209K: the "K" means kit as it comes bundled with a battery). Here is a screenshot from Home Depot's website where this model is listed as a "Special Buy" for $59.97. **Despite this sale price, DTFO is selling it 17% cheaper for $49.99.**

32

Jehoshaphatresearch.com



Source: https://www.homedepot.com/p/RYOBI-ONE-18V-Cordless-3-8-in-Drill-Driver-Kit-with-1-5-Ah-Battery-and-Charger-PDD209K/312462410.

Source: https://www.directtoolsoutlet.com/product/PDD209K.

Jehoshaphatresearch.com

Our analysis above and our cross-checking of hundreds of products being sold on DTFO's website against Home Depot's website demonstrates that nearly all product being sold at DTFO is also being sold at Home Depot. We encourage you to cross-check some products yourself, as well as their inventory levels at DTFO. Order some to your office if possible, as we and our colleagues have, which will give you a real feel for just how "blemished" these "Factory Blemished" items are. The boxes we received from our online shopping were in practically perfect condition.

As a reminder, notice that many of the Home Depot products also being sold by DTFO are explicitly listed as "Exclusive" on Home Depot's website. Such exclusivity is a major marketing point for Home Depot when it comes to both Ryobi and Ridgid products. As you can see in the earlier image from this section, Home Depot even takes valuable space from the small thumbnail image that appears when searching products to mark these as "Exclusive."

We believe TTI, through its DTFO channel, is secretly piggybacking on the dollars that Home Depot has spent on marketing its retail exclusivity for Ridgid and Ryobi products over the years. We dive deeper into the exclusivity of the relationship between Home Depot and TTI for Ryobi and Ridgid products elsewhere in this report.

Step-by-step: How to inspect any product on DTFO's website in seconds

You can look up this data for any product listed on DTFO's website. Below are step-by step instructions.

1. Open Google Chrome Browser (Other browsers work, but the instructions will be somewhat different, so we recommend Chrome)
2. Go to https://www.directtoolsoutlet.com/
3. Click on "SEE ALL CATEGORIES" near the middle, right side of the page (or search the product name or product model number of your choice, though note it is necessary to remain on the search results page, not the actual product's page)
4. On the left side of the page, click the downward facing arrow next to "Product Condition" and select "Factory Blemished."
   
5.
6. Right click anywhere on the website and select "Inspect." The page will automatically open a split-screen with the website on the left and the data on the right

Jehoshaphatresearch.com



7.  Near the top of the data, click on "Network." (It's next to Elements, Console, Source, …)



8.  In the "Filter" box, type the word "queries" (without the quotes). Hit the "Enter" key on your keyboard



9.  Hit the "F5" key on your keyboard, which refreshes the data
10. Click on the small box next to the string of text beginning with "queries?x" (If two queries boxes appear, select either)

| Name | | × Headers Payload Preview Response |
|---|---|---|
| ☐ queries?x-algolia-agent=Algolia%20for%2... | | ▼ {,_} |

11.
12. Select "Preview," as shown above
13. Click on the right-facing triangle to the left of "results:" to open the dropdown menu

> ▶ results: [{hits: [,_], userData: [{,_}], nbHits: 1713, page: 0, nbPages: 50,

14. Similarly, open up the next menu by clicking on the right-facing triangle to the left of "0: {hits: "

> ▶ 0: {hits: [,_], userData: [{,_}], nbHits: 1713, page: 0, nbPages: 50, hitsPerPage: 20,

15. Similarly, open up the next menu by clicking on the right-facing triangle to the left of "hits: "

> ▶ hits: [,_]

16. Similarly, select any model number that pops up by clicking on the right-facing triangle to open the dropdown menu. As an example here, we selected the 19th choice, Model Number R86001K. We recommend selecting product numbers beginning with "R" or "P" as they tend to be tools, as opposed to tool accessories (begin with "A") or tool storage (begin with "STM")
17. Review information. You can readily see the:
    o  "customerListPrice"
    o  "employeeListPrice" (we believe this is TTI's own cost per item, assuming it sells to its employees "at cost")
    o   "conditionName" (recall that we have limited search results to products listed as "Factory Blemished")
    o  "stockLevel" in the line for "stock"

Jehoshaphatresearch.com

▶ 17: {modelNumber: "PSBRA02B", basePrice: 109.99, customerListPrice: 109.99, employeeListPrice: 40,…}
▶ 18: {modelNumber: "PBLDD01K1", basePrice: 119.99, customerListPrice: 119.99, employeeListPrice: 61,…}
▼ 19: {modelNumber: "R86001K", basePrice: 89.99, customerListPrice: 89.99, employeeListPrice: 50, badge: [],…}
    ampHour: ""
    approvalStatus: "approved"
    badge: []
    basePrice: 89.99
    batteryPower: "18 Volt"
    boostNumeric: 500
    boosted: true
    ▶ brand: {name: "RIDGID", image: "https://cdn.directtoolsoutlet.com/brands/RIDGID.png"}
    capacity: "18 Volt"
    ▶ category: {lvl0: ["Power Tools"], lvl1: ["Power Tools > Combo Kits", "Power Tools > Drills & Impacts"],…}
    conditionName: "Factory Blemished"
    customerListPrice: 89.99
    defaultMaxOrderQuantity: 5
    ▶ deliveryType: ["Ship To Home", "Store Pickup"]
    employeeListPrice: 50
    featured: false
    featuredProducts: []
    globallyFeatured: false
    hasDiscount: false
    highlights: "<p><span> RIDGID introduces the 18V 1/2 in. Drill/Driver Kit with (1) 2.0 Ah Battery, 18V Charger
    ▶ images: ["https://cdn.directtoolsoutlet.com/resize/300/R86001K_01.jpg",…]
    isBatteryIncluded: "YES"
    isBestSeller: false
    isNewArrival: false
    isShipToHome: true
    modelNumber: "R86001K"
    noFurtherDiscounts: false
    objectID: "8798878728193"
    parentCategory: "1"
    platform: "RIDGID 18V"
    power: ""
    promotionMessage: null
    size: ""
    ▶ specials: {…}
    ▶ stock: {stockLevelStatus: {code: "inStock"}, stockLevel: 24052, warehouseCode: "warehouse_s",…}
    ▶ stockInStores: [,…]
    title: "RIDGID 18V 1/2\" Drill/Driver Kit"
    voltage: "18 Volt"
    ▶ _highlightResult: {modelNumber: {value: "R86001K", matchLevel: "none", matchedWords: []},…}
hitsPerPage: 20

o To see inventory level by store location, which DTFO labels as "warehouse[s]", click the right-facing arrow next to "stockInStores:" to open the dropdown menu

Jehoshaphatresearch.com

```
▶ stock: {stockLevelStatus: {code: "inStock"}, stockLevel: 24052, warehouseCode: "warehouse_s",…}
▼ stockInStores: [,…]
  ▶ 0: {stockLevelStatus: {code: "inStock"}, stockLevel: 12, warehouseCode: "2590", isWarehouseClosed: false,…}
  ▶ 1: {stockLevelStatus: {code: "inStock"}, stockLevel: 20, warehouseCode: "2155", isWarehouseClosed: false,…}
  ▶ 2: {stockLevelStatus: {code: "inStock"}, stockLevel: 10, warehouseCode: "2105", isWarehouseClosed: false,…}
  ▶ 3: {stockLevelStatus: {code: "inStock"}, stockLevel: 13, warehouseCode: "2415", isWarehouseClosed: false,…}
  ▶ 4: {stockLevelStatus: {code: "inStock"}, stockLevel: 17, warehouseCode: "2600", isWarehouseClosed: false,…}
  ▶ 5: {stockLevelStatus: {code: "inStock"}, stockLevel: 22, warehouseCode: "2595", isWarehouseClosed: false,…}
  ▶ 6: {stockLevelStatus: {code: "inStock"}, stockLevel: 17, warehouseCode: "2220", isWarehouseClosed: false,…}
  ▶ 7: {stockLevelStatus: {code: "inStock"}, stockLevel: 28, warehouseCode: "2585", isWarehouseClosed: false,…}
  ▶ 8: {stockLevelStatus: {code: "inStock"}, stockLevel: 23, warehouseCode: "2305", isWarehouseClosed: false,…}
  ▶ 9: {stockLevelStatus: {code: "inStock"}, stockLevel: 12, warehouseCode: "2165", isWarehouseClosed: false,…}
  ▶ 10: {stockLevelStatus: {code: "inStock"} stockLevel: 25, warehouseCode: "2580" isWarehouseClosed: false,…}
  ▶ 11: {stockLevelStatus: {code: "inStock"} stockLevel: 16, warehouseCode: "2555" isWarehouseClosed: false,…}
  ▶ 12: {stockLevelStatus: {code: "inStock"} stockLevel: 6, warehouseCode: "2285" isWarehouseClosed: false,…}
  ▶ 13: {stockLevelStatus: {code: "inStock"} stockLevel: 26, warehouseCode: "2535" isWarehouseClosed: false,…}
  ▶ 14: {stockLevelStatus: {code: "inStock"} stockLevel: 12, warehouseCode: "2420" isWarehouseClosed: false,…}
  ▶ 15: {stockLevelStatus: {code: "inStock"} stockLevel: 15, warehouseCode: "2345" isWarehouseClosed: false,…}
  ▶ 16: {stockLevelStatus: {code: "inStock"} stockLevel: 29, warehouseCode: "2375" isWarehouseClosed: false,…}
  ▶ 17: {stockLevelStatus: {code: "inStock"} stockLevel: 16, warehouseCode: "2190" isWarehouseClosed: false,…}
  ▶ 18: {stockLevelStatus: {code: "inStock"} stockLevel: 20, warehouseCode: "3000" isWarehouseClosed: false,…}
  ▶ 19: {stockLevelStatus: {code: "inStock"} stockLevel: 16, warehouseCode: "2100" isWarehouseClosed: false,…}
  ▶ 20: {stockLevelStatus: {code: "inStock"} stockLevel: 12, warehouseCode: "2275" isWarehouseClosed: false,…}
  ▶ 21: {stockLevelStatus: {code: "inStock"} stockLevel: 6, warehouseCode: "2575", isWarehouseClosed: false,…}
  ▶ 22: {stockLevelStatus: {code: "inStock"} stockLevel: 28, warehouseCode: "2570", isWarehouseClosed: false,…}
  ▶ 23: {stockLevelStatus: {code: "inStock"} stockLevel: 8, warehouseCode: "2435", isWarehouseClosed: false,…}
  ▶ 24: {stockLevelStatus: {code: "inStock"} stockLevel: 10, warehouseCode: "2225", isWarehouseClosed: false,…}
  ▶ 25: {stockLevelStatus: {code: "inStock"} stockLevel: 9, warehouseCode: "2175", isWarehouseClosed: false,…}
  ▶ 26: {stockLevelStatus: {code: "lowStock"}, stockLevel: 5, warehouseCode: "2505", isWarehouseClosed: false,…}
  ▶ 27: {stockLevelStatus: {code: "inStock"}, stockLevel: 25, warehouseCode: "2515", isWarehouseClosed: false,…}
  ▶ 28: {stockLevelStatus: {code: "inStock"}, stockLevel: 19, warehouseCode: "2250", isWarehouseClosed: false,…}
  ▶ 29: {stockLevelStatus: {code: "inStock"}, stockLevel: 10, warehouseCode: "2330", isWarehouseClosed: false,…}
  ▶ 30: {stockLevelStatus: {code: "inStock"}, stockLevel: 18, warehouseCode: "2240", isWarehouseClosed: false,…}
  ▶ 31: {stockLevelStatus: {code: "inStock"}, stockLevel: 15, warehouseCode: "2295", isWarehouseClosed: false,…}
  ▶ 32: {stockLevelStatus: {code: "inStock"}, stockLevel: 19, warehouseCode: "2245", isWarehouseClosed: false,…}
  ▶ 33: {stockLevelStatus: {code: "inStock"}, stockLevel: 18, warehouseCode: "2560", isWarehouseClosed: false,…}
  ▶ 34: {stockLevelStatus: {code: "inStock"}, stockLevel: 17, warehouseCode: "2355", isWarehouseClosed: false,…}
  title: "RIDGID 18V 1/2\" Drill/Driver Kit"
```

<u>DTFO has $500 million of "Factory Blemished" Ryobi and Ridgid product in stock, but only $1,000 of "Factory Blemished" Hoover vacuums…likely because the Hoover "blemishes" are real!</u>

With examination of every product on DTFO's website, you can see total inventory of $512.2 million when valued at the price paid by the consumer. Of this, $509.0 million is supposedly "Factory Blemished," or 99.4%. The remaining sliver of inventory is "Factory Reconditioned," which we believe is real. **Of the supposedly "Factory Blemished" inventory, $419.9 million is Ryobi (representing 82.5%) and $76.2 million is Ridgid (15.0%).** The remaining "Factory Blemished" inventory at DTFO is a **single-digit-millions dollar amount** of both Homelite and Powercare "Factory Blemished" products, as well as smaller amounts of Powerfit, Cat Pumps, AEG, and Dirt Devil.

What's amazing is that **there is only $1,320 worth of Dirt Devil "Factory Blemished" products in inventory.** (Yes, that is one thousand, three hundred and twenty dollars.) There are only <u>25</u> Dirt Devil "Factory Blemished" units in inventory (19 wet/dry hand vacuums and 6 cordless hand vacuums) spread across 7 DTFO physical stores, with no units in central warehouses.[v]

Jehoshaphatresearch.com

This is what supply should look like for truly "Factory Blemished" products where the boxes are damaged to the point of being normally unsaleable, which for obvious reasons is a rarity unless your business is located in Bakhmut.

(It's worth mentioning that Dirt Devil is a major American brand, and Ridgid is only approximately 5x more popular than Dirt Devil according to Google Search trends, but the inventory disparity really just speaks for itself.[vi])

1 out of every 6 boxes of Ryobi and Ridgid inventory held by TTI appears to be "Factory Blemished." This is absurd. This inventory is Fake-Blemished

TTI supposedly has 11,399,601 "Factory Blemished" units in inventory, with a total value at customer list price of $509.0 million. Of this $509.0 million, $508.8 million is "Power Equipment" brands and the remaining $256,000 is "Floorcare & Cleaning" brands Hoover and Dirt Devil. (Again, one is millions, one is thousands.)

In its February 28th filing in response to our accounting-focused report, TTI disclosed that "the Milwaukee Tool business has grown from US$965 million in 2012 to over US$6.8 billion in 2021." And as TTI's 2022 Annual Report disclosed, "in 2022, we grew our flagship MILWAUKEE business 21.8% in local currency with reported sales up 18.7%" This implies $8.07 billion of 2022 Milwaukee sales, or 65.4% of TTI's 2022 Power Equipment Division sales of $12.33 billion.

So, now we know that $4.26 billion of 2022 Power Equipment sales were non-Milwaukee brands, consisting largely of Ryobi and Ridgid and to a (far) lesser extent Homelite and Powercare. As TTI had 2022 total revenue (including the floorcare division) of $13.25 billion, Ryobi and Ridgid represent 32.1% of total sales.

Knowing that Ryobi and Ridgid were 32.1% of total revenue and applying this ratio to TTI's 2022 finished goods inventory of $4.11 billion implies that TTI had approximately $1.32 billion of Ryobi and Ridgid finished goods inventory.[vii] DTFO has $215.0m of supposedly "Factory Blemished" inventory valued at the "Employee List Price," (our proxy for COGS) of which 99.97% is "Power Equipment," effectively all Ryobi and Ridgid. **This implies that 1 out of every 6 boxes (16.3%) of all of TTI's Ryobi and Ridgid inventory is supposedly "Factory Blemished." Either TTI's forklift drivers are playing bumper cars in the warehouse or this is Fake-Blemished product.**

How can DTFO have over 60,000 "Factory Blemished" Ryobi clip fans, Ridgid brad nailers, etc. in stock? It can't

As discussed previously, we calculate that 99.6% of DTFO's ~$500m of retail-priced inventory is listed as "Factory Blemished." And we've uncovered that DTFO's "Factory Blemished" products are also current products being sold at Home Depot. But a critical thinker might argue that it's reasonable for DTFO to have at least some blemished inventory of many Home Depot products. It is, of course, true that some products actually do become blemished. Perhaps DTFO just has a small amount of blemished product, maybe a pallet or two that got run over by a wayward forklift?

Jehoshaphatresearch.com

What if we told you that **DTFO has in inventory over <u>69,000</u> supposedly "Factory Blemished" Ryobi 4-inch clamp fans**? Or that it is has in inventory **over 73,000 supposedly "Factory Blemished" units of a particular Ryobi AirStrike Brad Nailer?** Could it even be theoretically possible that that TTI has so much "Factory Blemished" inventory of these particular units in stock? Of course not.

In fact, **DTFO has in inventory 276 product SKUs with over 10,000 "Factory Blemished" units <u>each</u> in stock.** And if that wasn't enough, **DTFO has 46 product SKUs with over 50,000 "Factory Blemished" units <u>each</u> in stock! (**As a reminder, we discovered all this data by following the site inspection process we previously walked through. The subsection is called "Step-by-step: How to inspect any product on DTFO's website in seconds.")

In the meantime, let's take a closer look at the Ryobi 4-inch clamp fan. As you can see below, DTFO has a "stock level" of 69,429 "Factory Blemished" Ryobi Model # PCF02B 4-inch clamp fans. This is data straight from the DTFO website.

39

Jehoshaphatresearch.com

▼ 0: {modelNumber: "PCF02B", basePrice: 19.99, customerListPrice: 19.99, employeeListPrice: 10.75,…}
    ampHour: ""
    approvalStatus: "approved"
    badge: []
    basePrice: 19.99
    batteryPower: "18 Volt"
    boostNumeric: 100
    boosted: false
  ▶ brand: {name: "RYOBI", image: "https://cdn.directtoolsoutlet.com/brands/RYOBI.png"}
    capacity: "18 Volt"
  ▶ category: {lvl0: ["Lifestyle", "Ryobi One+", "Power Tools"],…}
    conditionName: "Factory Blemished"
    customerListPrice: 19.99
    defaultMaxOrderQuantity: 5
  ▶ deliveryType: ["Ship To Home", "Store Pickup"]
    employeeListPrice: 10.75
    featured: false
    featuredProducts: []
    globallyFeatured: false
    hasDiscount: false
    highlights: "<p><span> Expand your RYOBI 18V ONE+ System with the RYOBI 18V 4 in. Clamp Fan. This 18V Clamp Fan is
  ▶ images: ["https://cdn.directtoolsoutlet.com/resize/300/PCF02B_01.jpg",…]
    isBatteryIncluded: "NO"
    isBestSeller: false
    isNewArrival: false
    isShipToHome: true
    modelNumber: "PCF02B"
    noFurtherDiscounts: false
    objectID: "8799697698817"
    parentCategory: "1"
    platform: "RYOBI 18V ONE+"
    power: ""
    promotionMessage: null
    size: ""
  ▶ specials: {lvl0: ["CORDLESS", "DirectToolsDOD", "Tailgater", "Crafter", "TheOutdoors", "TheHostess"], lvl1: [],…}
  ▶ stock: {stockLevelStatus: {code: "inStock",… stockLevel: 69429, warehouseCode: "warehouse_s",…}
  ▼ stockInStores: [,…]
    ▶ 0: {stockLevelStatus: {code: "inStock"}, stockLevel: 121, warehouseCode: "2590", isWarehouseClosed: false,…}
    ▶ 1: {stockLevelStatus: {code: "inStock"}, stockLevel: 88, warehouseCode: "2155", isWarehouseClosed: false,…}
    ▶ 2: {stockLevelStatus: {code: "inStock"}, stockLevel: 28, warehouseCode: "2105", isWarehouseClosed: false,…}
    ▶ 3: {stockLevelStatus: {code: "inStock"}, stockLevel: 42, warehouseCode: "2600", isWarehouseClosed: false,…}
    ▶ 4: {stockLevelStatus: {code: "inStock"}, stockLevel: 9, warehouseCode: "2220", isWarehouseClosed: false,…}
    ▶ 5: {stockLevelStatus: {code: "inStock"}, stockLevel: 21, warehouseCode: "2585", isWarehouseClosed: false,…}
    ▶ 6: {stockLevelStatus: {code: "inStock"}, stockLevel: 33, warehouseCode: "2165", isWarehouseClosed: false,…}
    ▶ 7: {stockLevelStatus: {code: "lowStock"}, stockLevel: 3, warehouseCode: "2580", isWarehouseClosed: false,…}
    ▶ 8: {stockLevelStatus: {code: "inStock"}, stockLevel: 106, warehouseCode: "2555", isWarehouseClosed: false,…}
    ▶ 9: {stockLevelStatus: {code: "inStock"}, stockLevel: 9, warehouseCode: "2285", isWarehouseClosed: false,…}
    ▶ 10: {stockLevelStatus: {code: "inStock"}, stockLevel: 14, warehouseCode: "2535", isWarehouseClosed: false,…}
    ▶ 11: {stockLevelStatus: {code: "inStock"}, stockLevel: 15, warehouseCode: "2345", isWarehouseClosed: false,…}
    ▶ 12: {stockLevelStatus: {code: "inStock"}, stockLevel: 26, warehouseCode: "2375", isWarehouseClosed: false,…}
    ▶ 13: {stockLevelStatus: {code: "inStock"}, stockLevel: 24, warehouseCode: "2190", isWarehouseClosed: false,…}
    ▶ 14: {stockLevelStatus: {code: "inStock"}, stockLevel: 44, warehouseCode: "3000", isWarehouseClosed: false,…}
    ▶ 15: {stockLevelStatus: {code: "inStock"}, stockLevel: 56, warehouseCode: "2100", isWarehouseClosed: false,…}
    ▶ 16: {stockLevelStatus: {code: "inStock"}, stockLevel: 81, warehouseCode: "2275", isWarehouseClosed: false,…}
    ▶ 17: {stockLevelStatus: {code: "inStock"}, stockLevel: 1, warehouseCode: "2575", isWarehouseClosed: false,…}
    ▶ 18: {stockLevelStatus: {code: "inStock"}, stockLevel: 6, warehouseCode: "2435", isWarehouseClosed: false,…}
    ▶ 19: {stockLevelStatus: {code: "lowStock"}, stockLevel: 3, warehouseCode: "2175", isWarehouseClosed: false,…}
    ▶ 20: {stockLevelStatus: {code: "lowStock"}, stockLevel: 1, warehouseCode: "2250", isWarehouseClosed: false,…}
    ▶ 21: {stockLevelStatus: {code: "inStock"}, stockLevel: 11, warehouseCode: "2240", isWarehouseClosed: false,…}
    ▶ 22: {stockLevelStatus: {code: "inStock"}, stockLevel: 11, warehouseCode: "2295", isWarehouseClosed: false,…}
    ▶ 23: {stockLevelStatus: {code: "inStock"}, stockLevel: 6, warehouseCode: "2355", isWarehouseClosed: false,…}
    title: "RYOBI 18V ONE+ 4\" Clamp Fan"

Source: https://www.directtoolsoutlet.com/search?query=PCF02B.

Not only does examining the DTFO website closely allow you to see the total "stock level," it actually shows the stock level at each physical store (Each DTFO store is called a "warehouse.") You can see below the detail for store/warehouse #2105, which is the DTFO store located at 455 Bellwood Road, Suite 33 at Calhoun Premium Outlets in Calhoun, Georgia. This location has 28 units of this particular Ryobi 4-inch fan in inventory. And store/warehouse #2600 located at 5404 New Fashion Way in Charlotte, North Carolina has 43 in inventory. An inspection of DTFO's website even includes each store's latitude and longitude coordinates,

Jehoshaphatresearch.com

which of course match to the store's actual location. We've validated an example store location using Google Maps, shown shortly.



```
▶ stock: {stockLevelStatus: {code: "inStock"}, stockLevel: 69429, warehouseCode: "warehouse_s",…}
▼ stockInStores: [,…]
  ▶ 0: {stockLevelStatus: {code: "inStock"}, stockLevel: 121, warehouseCode: "2590", isWarehouseClosed: false,…}
  ▶ 1: {stockLevelStatus: {code: "inStock"}, stockLevel: 88, warehouseCode: "2155", isWarehouseClosed: false,…}
  ▼ 2: {stockLevelStatus: {code: "inStock"}, stockLevel: 28, warehouseCode: "2105", isWarehouseClosed: false,…}
      isWarehouseClosed: false
      maxOrderQuantity: 5
      stockLevel: 28
    ▶ stockLevelStatus: {code: "inStock"}
    ▶ storeAddress: {id: "8796093284375", line1: "455 Belwood Road", line2: "Suite 33", town: "Calhoun",…}
      storeDisplayName: "Calhoun Premium Outlets"
      storeLatitude: 34.4624831
      storeLongitude: -84.9174166
      storeName: "Calhoun Premium Outlets"
      warehouseCode: "2105"
  ▼ 3: {stockLevelStatus: {code: "inStock"}, stockLevel: 42, warehouseCode: "2600", isWarehouseClosed: false,…}
      isWarehouseClosed: false
      maxOrderQuantity: 5
      stockLevel: 42
    ▶ stockLevelStatus: {code: "inStock"}
    ▶ storeAddress: {id: "9037730054167", line1: "5404 New Fashion Way", line2: "Suite 890", town: "Charlotte",…}
      storeDisplayName: "Charlotte Premium Outlets"
      storeLatitude: 35.1683344
      storeLongitude: -80.969752
      storeName: "Charlotte Premium Outlets"
      warehouseCode: "2600"
  ▶ 4: {stockLevelStatus: {code: "inStock"}, stockLevel: 9, warehouseCode: "2220", isWarehouseClosed: false,…}
  ▶ 5: {stockLevelStatus: {code: "inStock"}, stockLevel: 21, warehouseCode: "2585", isWarehouseClosed: false,…}
```

Source: https://www.directtoolsoutlet.com/search?query=PCF02B.

You can see below the Calhoun, Georgia store listed on DTFO's website, with the address of 455 Bellwood Road, Suite 33 matching our examination of the data, above.

Source: https://www.directtoolsoutlet.com/store-finder.

Jehoshaphatresearch.com

And, for the avoidance of doubt, here is the latitude and longitude of the store presented within the data on DTFO's website as searched in Google Maps. It clearly shows a location in Calhoun, Georgia.



Source: https://www.google.com/maps/place/34%C2%B025'56.9%22N+84%C2%B055'02.7%22W/@34.4324874,-84.9199973,17z/data=!3m1!4b1!4m4!3m3!8m2!3d34.432483!4d-84.917417.

In this instance, of DTFO's 38 physical retail stores in the US, 24 have inventory of the supposedly "Factory Blemished" Ryobi 4-inch clip fans totaling 759 units (we simply added up the inventory by store). As there are 69,429 total in inventory, we can deduce that there are 68,670 supposedly "Factory Blemished" Ryobi 4-inch clip fans in inventory sitting in one or more of TTI's warehouses or distribution centers.

**What do you call 69,000 supposedly "Exclusive" to Home Depot "Factory Blemished" 4-inch clamp fans sitting in a DTFO warehouse? We call it Fake-Blemished. We think you should call it fraud. Our view is that yes, DTFO/TTI actually has 69,000 of these fans in inventory, but they are not blemished.** They just get labeled as such before getting shipped to customers (or to DTFO stores).

Perhaps TTI can try to explain why it has so many "Factory Blemished" Ryobi 4-inch clip fans? Maybe an eighteen-wheeler filled with nothing but 4-inch clip fans crashed, and every box was crushed to the point where Home Depot couldn't sell it but the product wasn't actually damaged so it could still be sold?

(By the way: We've tracked this site over time, and the inventory levels do move around. They're dynamic; they're not random hardcodes that last forever. The point is, these numbers you see on DTFO's site are not fake, and they serve a purpose.)

And **while Home Depot sells this particular 4-inch clamp fan model for $24.98 and proudly lists it as an "Exclusive" product, DTFO sells it for $19.99, a 20% discount!** Be sure to note the matching Model # PCF02B on the websites of both Home Depot and DTFO.

Jehoshaphatresearch.com



Source: https://www.homedepot.com/p/RYOBI-ONE-18V-Cordless-4-in-Clamp-Fan-Tool-Only-PCF02B/315493213.



Source: https://www.directtoolsoutlet.com/product/PCF02B.

By the way, if you're into Ryobi 4" Clamp Fans, we'd suggest getting over to the DTFO site and taking advantage of this deal soon – before Home Depot finds out. Our guess is that these great deals won't last much longer!

Jehoshaphatresearch.com

(By the way, how many of this product does <u>Home Depot</u> have in-stock and ready to ship? **725.** See above, right side of Home Depot product image. We include this only to put the 69,000-unit number into perspective.)

<u>Did we cherry-pick SKUs with insanely high amounts of "Factory Blemished" stock? Here are thirty more you can pull up on the website for yourself (as of this writing)</u>

Skeptical readers may naturally worry that we may have somehow cherry-picked a few excessively-stocked products. Certainly, readers' first step in such case should be to inspect these products on the website themselves. But for readers' convenience and the avoidance of doubt, below is a list of thirty Ryobi and Ridgid products, of which DTFO has absurd amounts of supposedly "Factory Blemished" product (over 10,000 units for each in all but one case). Of the products below, you can also see that DTFO nearly always sells at prices cheaper than Home Depot's.

If you're examining the inventory or other underlying data for yourself as laid out by the above process, we recommend searching for the model number below on DTFO's website. **Please recall from the instructions that the data inspection process laid out above works for the <u>search results</u> pages, <u>not</u> the product pages.** Inventory levels are constantly changing both upwards and downwards so, of course, the numbers you find will not match precisely to those below.

| Product Name | Model # | DTFO Stock Level | DTFO Customer List Price | DTFO Inventory Value | DTFO Website Link | DTFO Discount $ / % vs. Home Depot | Home Depot Price | Home Depot Website Link |
|---|---|---|---|---|---|---|---|---|
| RYOBI 18V ONE+ HP Compact Brushless 6-1/2" Circular Saw | PSBCS01B | 58,766 | $109.99 | $6,463,672 | https://www.directtoolsoutlet.com/prod | $9.01 / 8% | $119.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 18V ONE+ HP Brushless 7-1/4" Circular Saw | PBLCS300B | 32,386 | $129.99 | $4,209,856 | https://www.directtoolsoutlet.com/prod | $9.01 / 6% | $139.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 18V ONE+ HP Brushless 18-Gauge AirStrike Brad Nailer | P322 | 22,834 | $179.99 | $4,109,892 | https://www.directtoolsoutlet.com/prod | $9.01 / 5% | $189.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 18V ONE+ 1/4 Sheet Sander | PCL401B | 81,666 | $49.99 | $4,082,483 | https://www.directtoolsoutlet.com/prod | $9.01 / 15% | $59.00 | https://www.homedepot.com/p/RYOBI-ONE-18V- |
| RYOBI 3100 Cold Water Gas Pressure Washer | RY803023 | 11,438 | $349.99 | $4,003,186 | https://www.directtoolsoutlet.com/prod | $99.01 / 22% | $449.00 | https://www.homedepot.com/p/RYOBI-3100-PSI-2-3- |
| RYOBI 18V ONE+ HP Brushless 2-Tool Kit | PBLCK01K | 22,813 | $169.99 | $3,877,982 | https://www.directtoolsoutlet.com/prod | $9.01 / 5% | $179.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 40V HP Brushless 12" Top Handle Chainsaw Kit | RY40590 | 13,366 | $289.99 | $3,876,006 | https://www.directtoolsoutlet.com/prod | $9.01 / 3% | $299.00 | https://www.homedepot.com/p/RYOBI-40V-HP- |
| RYOBI .080" Twisted Line and Spool (5-Pack) | AC80RL5 | 137,417 | $27.99 | $3,846,302 | https://www.directtoolsoutlet.com/prod | $4.98 / 15% | $32.97 | https://www.homedepot.com/p/RYOBI-0-080-in- |
| RYOBI 18V ONE+ Compact Router | PCL424B | 42,174 | $89.99 | $3,795,238 | https://www.directtoolsoutlet.com/prod | $9.01 / 9% | $99.00 | https://www.homedepot.com/p/RYOBI-ONE-18V- |

Jehoshaphatresearch.com

| Product Name | Model # | DTFO Stock Level | DTFO Customer List Price | DTFO Inventory Value | DTFO Website Link | DTFO Discount $ / % vs. Home Depot | Home Depot Price | Home Depot Website Link |
|---|---|---|---|---|---|---|---|---|
| RYOBI 18V ONE+ HP Compact Brushless Cut-Off Tool | PSBCS02B | 33,744 | $109.99 | $3,711,503 | https://www.directtoolsoutlet.com/prod | $9.01 / 8% | $119.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 18V ONE+ HP Brushless Jig Saw | PBLJS01B | 26,272 | $129.99 | $3,415,097 | https://www.directtoolsoutlet.com/prod | $9.01 / 6% | $139.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 18V ONE+ HP Brushless 1/2" Hammer Drill | PBLHM101B | 27,966 | $119.99 | $3,355,640 | https://www.directtoolsoutlet.com/prod | $9.01 / 7% | $129.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 18V ONE+ HP Compact Brushless One-Handed Reciprocating Saw | PSBRS01B | 30,144 | $109.99 | $3,315,539 | https://www.directtoolsoutlet.com/prod | $9.01 / 8% | $119.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 18V ONE+ HP Brushless 4-Mode 1/2" Impact Wrench | P262 | 18,119 | $179.99 | $3,261,239 | https://www.directtoolsoutlet.com/prod | $9.01 / 5% | $189.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 18V ONE+ HP Brushless 4-Mode 1/2" High Torque Impact Wrench | PBLIW01B | 14,277 | $209.99 | $2,998,027 | https://www.directtoolsoutlet.com/prod | $9.01 / 4% | $219.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 18V ONE+ HP Brushless Reciprocating Saw | PBLRS01B | 20,934 | $139.99 | $2,930,551 | https://www.directtoolsoutlet.com/prod | $9.01 / 6% | $149.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 18V ONE+ HP Compact Brushless 1/2" Drill/Driver Kit | PSBDD01K | 22,434 | $129.99 | $2,916,196 | https://www.directtoolsoutlet.com/prod | -$30.99 / -31% | $99.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 18V ONE+ 2-Tool Combo Kit | P20310 | 11,182 | $249.99 | $2,795,388 | https://www.directtoolsoutlet.com/prod | $49.01 / 16% | $299.00 | https://www.homedepot.com/p/RYOBI-ONE-18V-8- |
| RYOBI 18V ONE+ AirStrike 16GA Finish Nailer | P326 | 15,338 | $179.99 | $2,760,687 | https://www.directtoolsoutlet.com/prod | $39.01 / 18% | $219.00 | https://www.homedepot.com/p/RYOBI-ONE-18V- |
| RIDGID 18V Brushless 1/2" Mid-Torque Impact Wrench | R86012B | 14,316 | $189.99 | $2,719,897 | https://www.directtoolsoutlet.com/prod | -$10.99 / -6% | $179.00 | https://www.homedepot.com/p/RIDGID-18V- |
| RIDGID 18V Brushless 2-Tool Combo Kit | R9208 | 12,683 | $209.99 | $2,663,303 | https://www.directtoolsoutlet.com/prod | $59.01 / 22% | $269.00 | https://www.homedepot.com/p/RIDGID-18V- |
| RYOBI Rotary Tool | RRT200 | 28,918 | $49.99 | $1,445,611 | https://www.directtoolsoutlet.com/prod | $49.01 / 50% | $99.00 | https://www.homedepot.com/p/RYOBI-1-4-Amp- |
| RIDGID 18V 7-1/4" Circular Saw | R8657B | 14,346 | $179.99 | $2,582,137 | https://www.directtoolsoutlet.com/prod | $19.01 / 10% | $199.00 | https://www.homedepot.com/p/RIDGID-18V- |
| RYOBI 18V ONE+ HP Brushless 4-Mode 1/4" Impact Driver | PBLID02B | 23,425 | $109.99 | $2,576,516 | https://www.directtoolsoutlet.com/prod | $9.01 / 8% | $119.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 18V ONE+ Stick Vacuum Kit | PCL720K | 16,071 | $159.99 | $2,571,199 | https://www.directtoolsoutlet.com/prod | $19.01 / 11% | $179.00 | https://www.homedepot.com/p/RYOBI-ONE-18V- |
| RIDGID 18V Brushless 4-1/2" Grinder | R86047B | 16,857 | $139.99 | $2,359,811 | https://www.directtoolsoutlet.com/prod | -$0.99 / -1% | $139.00 | https://www.homedepot.com/p/RIDGID-18V- |
| RYOBI 4 PC. Oscillating Blade Set | A24402 | 94,403 | $24.99 | $2,359,131 | https://www.directtoolsoutlet.com/prod | $4.98 / 17% | $29.97 | https://www.homedepot.com/p/RYOBI-4-Piece- |

45

Jehoshaphatresearch.com

| Product Name | Model # | DTFO Stock Level | DTFO Customer List Price | DTFO Inventory Value | DTFO Website Link | DTFO Discount $ / % vs. Home Depot | Home Depot Price | Home Depot Website Link |
|---|---|---|---|---|---|---|---|---|
| RYOBI .080" Twisted Line and Spool (3-Pack) | AC80RL3 | 116,984 | $19.99 | $2,338,510 | https://www.directtoolsoutlet.com/prod | $1.98 / 9% | $21.97 | https://www.homedepot.com/p/RYOBI-Replacement- |
| RYOBI 18V ONE+ HP Brushless 10" Chain Saw Kit | P2520 | 12,849 | $179.99 | $2,312,692 | https://www.directtoolsoutlet.com/prod | $39.01 / 18% | $219.00 | https://www.homedepot.com/p/RYOBI-ONE-HP- |
| RYOBI 10" Sliding Miter Saw | TSS103 | 9,031 | $249.99 | $2,257,660 | https://www.directtoolsoutlet.com/prod | $19.01 / 7% | $269.00 | https://www.homedepot.com/p/RYOBI-15-Amp-10- |

Source: https://www.directtoolsoutlet.com, https://www.homedepot.com, Jehoshaphat Research analysis.

<u>DTFO e-commerce is large, likely selling more Fake-Blemished product than the physical stores</u>

Our research suggests that the scale of DTFO's web presence is significant, possibly indicating more sales occurring online than through the brick-and-mortar store channel. For instance, a Google Trends analysis shows that searches for "Direct Tools Factory Outlet" have increased over 8-fold over the past decade, from a reading of 11 in 2013 to 85 currently. (DTFO was founded in 2008, according to a former TTI employee.) Consumer interest really started to increase in 2018.



Source: https://trends.google.com.

Google Trends also offers the ability to analyze where the heavy search interest is arising by metro area. There is significant interest from metro areas which are <u>hundreds of miles away from</u> their nearest DTFO physical store. This suggests that DTFO is doing a robust online business, in addition to its brick-and-mortar business.

Jehoshaphatresearch.com

For example, DTFO has strong online interest from both Washington State and Oregon. The nearest physical store to these areas is in Fresno, California (the only store in California), which is over 700 miles (1,125 km) away. There is also significant consumer interest from Arizona, Utah, and Minnesota, all of which contain no DTFO stores. There is strong interest from people doing Google searches in New York (both the city and upstate), New Hampshire, Connecticut, Arkansas, and Iowa, all of which contain no DTFO stores. **Why are so many people from so many states searching on Google for "Direct Tools Factory Outlet" when they would have to drive <u>at least</u> several hours to their nearest store? Because they aren't shopping in the stores, they're shopping online. The store count is misleading when thinking about how to size the DTFO channel.**

Think about it. You don't drive hundreds of miles in your low-gas-mileage pickup truck to save on personal power tool purchases. These are internet consumers of products, and the products are ideal for online shopping (high value-to-weight, not common to try them out in the store, brand equity established to the point where you can trust buying them online). DTFO sells over 1,000 products, representing greater than half its SKUs, that are at least $34.99, with nearly 400 products that are at least $139.99[1] - these are very friendly to long-distance shipping. Selling tools online is big business for obvious reasons and we believe DTFO's online tools business has grown alongside, and at the expense of, Home Depot's online tools business.



Source: https://trends.google.com.

Jehoshaphatresearch.com



Source: https://www.directtoolsoutlet.com/about/careers.

DTFO's online presence has become so strong that it regularly beats out both the Ryobi website and Home Depot's website for common search terms on Google. With the simple and common Google search for "Ryobi Discount," DTFO is Google's top search result, with the Ryobi website in the number two spot and Home Depot thereafter! This certainly suggests that DTFO is generating significant web traffic and sales when it is the number one search result (out of more than 13 million results) for such a commonly searched term. Note DTFO has earned this spot based on organic search, not a paid ad.



Source: https://www.google.com.

<u>We're not the first people to suspect this. Redditors and YouTubers are hip to the "Ryobi factory outlet scam."
We're just the first to investigate it systematically and in depth</u>

Let's turn now to the enormous body of evidence about "Blemishgate" that has been compiled by tool enthusiasts around the Internet. Our investigation into DTFO's fraud is merely following in the footsteps of these countless tool buyers who, over the years, have discovered the wonderful deals to be had by avoiding Home Depot in favor of DTFO's Fake-Blemished products.

As YouTube user *Tool Deals* says in a video featuring Fake-Blemished DTFO products, "Brand new, all these…No blemish whatsoever. **Buy with confidence, but only if it says Factory Blemished!**" And as the

48

Jehoshaphatresearch.com

second comment on his YouTube video says, **"They call them factory blemish to avoid issues with Home Depot."**

**Reddit users get it**

First up are the Ryobi Reddit forums where customers talk about how they saved money by purchasing supposedly "Factory Blemished" products at DTFO rather than at Home Depot. They marvel at how the "Factory Blemished" products appear to be "completely new," "brand new in box," and "flawless." (Note: Our screenshot from the Reddit user claiming to be a DTFO employee and flatly saying "Factory Blemished = new" appears in another section.)

Tool enthusiasts on Reddit write that they buy supposedly "Factory Blemished" tools in bulk and often online when they live far from stores. Some note, correctly, that DTFO's "Factory Blemished" products come with full warranties, just as brand-new products from Home Depot do.

Here are several Reddit posts extolling the virtues of saving money by shopping at DTFO instead of Home Depot and getting the exact same brand-new product, often much to their surprise. **One user even asks whether DTFO is a "scam" because the "Factory Blemished" product "looks[s] brand new…what is this trickery?"** Another Reddit user calls blemished "a nonsense term." They're onto something, aren't they?



**DarthWoo** · 2 yr. ago

I've purchased several "factory blemished" tools. All came in full retail packaging with no detectable blemishes.

Source: https://www.reddit.com/r/ryobi/comments/bnhzkf/ryobi_factory_blemished_tools/



**shortarmed** · 2 yr. ago

My factory blemished tools were just straight up new tools with full warranties. The "blemished" stuff is basically just overstock, but TTI can't sell Ryobi direct to consumer in the US because of their exclusive agreement with Home Depot.



**velociraptorfarmer** · 2 yr. ago

Factory blemished are basically brand new in box, they just have to mark them that way due to the exclusive deal with Home Depot. Every tool I've gotten this way has been flawless. They also have the original 3 year warranty.



**[deleted]** · 2 yr. ago

I bought several "Factory Blemished" tools and can't find the blemish. I bought a reconditioned impact driver for my son, and he states that it works like a new tool. The only blemish I saw was where they marked it as a refurb.



**MrCooper2012** · 2 yr. ago

I would always get the factory blemish as a first option. I've bought the scroll saw, air compressor, glue gun, corner sander, and Ridgid outfeed support. I can't tell what the supposed blemish is on any of them, and they come packaged just like they would from HD.

Source: https://www.reddit.com/r/ryobi/comments/lgkn5z/factory_reconditioned_vs_factory_blemished_on/

49

Jehoshaphatresearch.com



lam21804 · 2 yr. ago

DTO "Blemished" = New as far as i can tell.

Source: https://www.reddit.com/r/ryobi/comments/oblfvp/direct_tool_ryobi_clamp_fan_in_stock_factory/.



r/ryobi · 26 days ago
by Snoo_22479

**Join**

# Ryobi factory outlet scam?

So I ordered a Ryobi hedge trimmer, corded rotary tool. And a extra 18v battery. All items were sold as factory blemished. Was really excited to add new tools to my collection. I wanted them to look used. So I look like I hard working home owner.

To my disappointment they look brand new? I looked and I looked but couldn't find anything wrong with them. No scuffs, scratches, or misaligned labels?

What is this trickery?

I'm really happy with my purchase from direct tools outlet. Thanks to r/Ryobi for teaching me all about them

 dpunisher · 26 days ago

"Blemished" is a nonsense term the majority of the time. Ryobi has a contractual relationship with Home Depot to the effect that HD is the sole retailer of Ryobi goods in the US. The exception to this rule is items that are blemished, or warranty returns (refurbs) can be sold directly by Ryobi/TTI. If an item was truly "blemished" it would never make it past QC to final packaging/shipping. A true blem will usually be packaged in a plain cardboard box.

 5    💬 Reply   🔗 Share   ···

 BeHereNow91 · 26 days ago

Sadly you'll almost always look like a new tool owner if you order blemished. Wish they'd rub some dirt on it at least.

Source: https://www.reddit.com/r/ryobi/comments/132bwsm/ryobi_factory_outlet_scam/ viii

**YouTube users get it too**

YouTube is full of store tours and online order unboxing videos where tool enthusiasts showcase their purchasing from DTFO. They're buying brand new, current model products for cheaper prices than at Home Depot, **though no one quite puts all the puzzle pieces of this "scam" together (probably because it's not their problem, it's Home Depot's problem).** Some people note that the supposedly "Factory Blemished" products are actually in perfect condition, while others note that the models are also currently for sale at Home Depot.

Most YouTubers certainly don't care to ask why these great deals exist. They just buy as much as they can.

This brief video by "Tool Deals" from February 2022 states, "For anyone who was ever wondering, <span style="color:red">**this is what "Factory Blemished" tools look like from Direct Tools – brand new, no blemish whatsoever, brand new. All these. All right. Buy with confidence."**</span> He proudly shows his DTFO shopping haul of several tools. He writes below the video "Factory blemished = Brand new."

Even better, one particularly astute commenter writes, **"They call them factory blemish to avoid issues with Home Depot."** This guy gets it!

https://www.youtube.com/watch?v=FPos-28To6k



Moving on, the following video from November 2022 features a "Home Depot – Direct Tools Black Friday Smackdown," comparing their online holiday prices. (Spoiler alert: DTFO pins Home Depot in the first period.) The YouTuber says, "we're gonna talk about Home Depot vs. Direct Tools and why **you should be looking at Direct Tools before you buy anything from Home Depot.**" He notes that the "Factory Blemished" tools have the full warranty, same as at Home Depot.

https://www.youtube.com/watch?v=tqHN4bgy4aU

Note that he never explicitly mentions that "Factory Blemished" tools are brand new. He hasn't fully connected the dots the way we have…that's not his job. His job is to recognize good deals. He says, **"there is flat rate shipping, $15, so don't just buy one item…the thing you really need to do is you need to fill up your cart.** That's what I normally do when I go shopping, especially this time of the year, Direct Tools has crazy prices." **We believe DTFO likely has huge basket sizes as tools are expensive and users load up to offset the shipping fee.** It's no wonder people are spending over 16 minutes on average on DTFO's site, nearly as much time as they spend on Instagram, but we cover this in our section on web traffic data.

If you want to get a full tour of the San Marcos store beyond our photos provided in the Dropbox link, here is a nearly 10-minute long video from August 2021: https://www.youtube.com/watch?v=uGBA9_V1tHU

In this video, you can see many examples of stacks of clean, seemingly perfect boxes…but they of course have "Factory Blemished" stickers on them. **The YouTuber cuts in screen shots from Home Depot's website of the exact same products with their model numbers for sale at Home Depot.** Throughout the video, he describes supposedly "Factory Blemished" product as "brand new."

How has TTI gotten away with this for so long? Isn't this fraud in plain sight?

We believe that TTI has actively taken steps to hide this fraud at DTFO's physical stores. As we mentioned previously, 99.6% of DTFO's total inventory in actual units is labeled as "Factory Blemished," representing 11,399,601 units out of a total 11,440,776 units. This means that only 0.4% of DTFO's total inventory is Factory Reconditioned. We have found no indication of fraud with DTFO's Factory Reconditioned product. However, we do believe its presence is being used to obfuscate the Blemishgate fraud.

Jehoshaphatresearch.com

Factory Reconditioned product, which DTFO stores are allowed to sell under TTI's agreement with Home Depot, is enormously over-represented in physical stores. Specifically, we find using DTFO's website that Factory Reconditioned product represents 6.9% of inventory in stores, but only 0.6% of total inventory available.[ix]

If you review the actual, website-reported stock levels that DTFO holds, you would have to conclude that Factory Reconditioned is by no means a material portion of total inventory. But if you walk the DTFO stores, and/or if you look at just the in-store stock levels provided by the website, it would appear to you that Factory Reconditioned is a material part of the total quantity of goods being sold by DTFO. **And that's the point. DTFO keeps the vast majority of its Factory Reconditioned product in its physical stores, with only a relatively small amount in central warehouses.** We calculate that 59.1% of DTFO's Factory Reconditioned product is displayed in the physical stores, unlike the Factory Blemished product in which the store inventory represents merely the tip of the iceberg.

In total, DTFO has 39,037 units of Factory Reconditioned product in inventory, representing a total value of only $2.9 million at customer list prices. So you have to ask…if "Factory Reconditioned" units comprise well under 1% of total DTFO inventory, why are they represented at over six times that rate in stores? **We suspect that this is to create the <u>appearance</u> of DTFO selling a healthy mix of both types of products, as opposed to being virtually entirely a "Factory Blemished" outlet, which would make the nature of this scam far more visible to casual observers.** (We can't think of another good reason why Factory Reconditioned products, which sit in ugly brown boxes in these stores and probably aren't being taken out and inspected by buyers, and which are represented as rebuilt to exacting standards anyway, would sell better in stores than online relative to how Factory Blemished products would sell. Online, the product pictures are the same whether regardless of whether they're marked as "Factory Blemished" or "Factory Reconditioned." But in stores, the Factory Reconditioned boxes are less visually appealing.)

As a sanity check, we find $2.9 million of Factory Reconditioned inventory consistent with TTI's public disclosure about revenue and volume of reconditioned products. TTI's 2022 ESG report indicates that "revenue from remanufactured products and remanufacturing services" was $27.1 million and specifically referencing selling through "Direct Tool Factory Outlets in the Unites States." TTI's 2021 ESG report notes ">400,000 tools refurbished in 2021." Even cross-referencing these 2 values makes sense. While mixing years (2022 and 2021), $27.1 million of reconditioned revenue divided by 400,000 reconditioned tools implies a selling price of $67.75 per reconditioned tool, a reasonable value, especially if a healthy portion of it includes services not applicable to tools themselves.

(Bonus: Since TTI did $27.1 million of reconditioned sales and has $2.9 million of Factory Reconditioned inventory in DTFO stores at customer list prices, what amount of "Factory Blemished" sales would be implied by DTFO's $509.0 million of supposedly "Factory Blemished" inventory using the same Inventory/Sales ratio? <u>$4.76 billion.</u> While we are not arguing that DTFO's sales of Fake-Blemished products are quite this large, we believe this number is directionally helpful. **Half a billion in ostensibly Fake-Blemished product in DTFO storage at any given snapshot in time implies far more than half a billion in Fake-Blemished DTFO sales annually.**)

Unlike DTFO's physical stores where we believe TTI management draws focus away from the seeming fraud by maximizing the amount of Factory Reconditioned products on display, DTFO can easily display all these

Jehoshaphatresearch.com

"Factory Blemished" products online because it is allowed to sell blemished product. Nowhere on DTFO's website, unlike Home Depot's website, does it transparently display how much inventory of each product DTFO has. It takes only a little bit more investigation (right click, inspect) to see how much supposedly "Factory Blemished" product DTFO has in inventory, and we think DTFO has been counting on no one ever bothering to right click and inspect anything.

Jehoshaphatresearch.com

# WE ESTIMATE ONE-THIRD (OR MORE) OF TTI'S EBIT COMES FROM THIS LUCRATIVE SCAM

**We estimate a ~60% gross margin on these sales, which cut out the Home Depot middleman, and minimal specific opex associated with them**

Astute readers may have noticed that earlier in the report we mentioned that the data inspection for each product includes the "Employee List Price," a discounted price at which employees can purchase goods. We believe this price likely approximates TTI's cost of goods sold (COGS). We mention several times throughout this report that the DTFO channel has $509.0 million of product at "Customer List Price," the price at which ordinary consumers buy. This same inventory represents $215.0 million when valued at the "Employee List Price," which we use as a proxy for COGS. This implies that **TTI generates a 57.8% gross margin when selling supposedly "Factory Blemished" product through the DTFO channel.** Defrauding your retail partner so that you can sell directly to your customers at a small discount is a very profitable business. (Those world-beating gross margins at TTI are a little easier to fathom now, aren't they?)

A 57.8% gross margin selling Fake-Blemished product also makes intuitive sense. Below is a hypothetical example of a product with $100 in retail value. When TTI cuts out Home Depot and sells directly to consumers via its DTFO channel at a slight discount, its implied gross margin is 56.1%. ==Moreover, TTI generates twice the gross profit dollars, $52 vs. $26, by selling directly to consumers.== Note that for this analysis, we assume Home Depot's LTM reported gross margin of 33.5%, which has been quite consistent over time, and TTI's LTM reported gross margin of 39.3%.



|  | Home Depot | DTFO |
|---|---|---|
| Customer Price | $100.00 | $92.00 |
| Retail COGS | $66.50 |  |
| Retailer Gross Profit | $33.50 |  |
| Retailer Gross Margin | 33.5% |  |
| Supplier COGS | $40.37 | $40.37 |
| **Supplier Gross Profit** | **$26.13** | **$51.63** |
| **Supplier Gross Margin** | **39.3%** | **56.1%** |

**TTI doubles its gross profit dollars per item by cutting out Home Depot**

Source: Home Depot Filings, Techtronic filings, Jehoshaphat Research analysis.

Note that DTFO charges $14.99 flat-rate shipping, which it proudly advertises in the very top banner of its website. This means that TTI is likely not losing money on shipping when it sells online. Needless to say, we believe DTFO's online sales are incredibly high-margin at the EBIT level.

54

Jehoshaphatresearch.com



<u>Former TTI executive says DTFO did $100m in sales in its first year - during the 2008 recession, with (mostly) good behavior, half the physical store count, and no e-commerce</u>

Remember the former TTI executive who was intimately involved with DTFO from its inception? This individual explained to us what he remembered from its first year:

> *We partnered with Tanger, opened 20 locations, and started our own direct outlet…[It] started in 2008, we had 20 stores, and it was around $100m in sales.* **That was $5m a store in 2008. In 2008 there was no e-commerce.**

Here's some context on how conditions have changed since 2008, when DTFO was doing $100m in sales:

- The store count has approximately doubled
- E-commerce has gone from nothing to obviously important to DTFO, possibly larger than the stores in terms of sales, as we've discussed
- The world is not experiencing a catastrophic recession like it was in 2008
- There has been meaningful overall consumer price inflation (approximately 40%)[x]
- DTFO has gone from misusing "Factory Blemished" opportunistically (to hear the former employee tell it) to overwhelmingly and systematically
- TTI's brands have gained shelf space, and thereby public consciousness, at Home Depot

You can play with these inputs however you like; we have a hard time seeing how all these inputs could bring that basement-level $100m to less than $500m today. In any event, it's clear that when you include its busy website, DTFO is probably doing closer to $1bn in sales today than to the $100m it was doing in 2008, and we've shown that the vast, vast majority of today's DTFO sales are Fake-Blemished.

More importantly, the high margin on these Fake-Blemished sales means that if DTFO is doing "just" a mid-single-digit percentage of TTI's total sales, it's doing a substantially higher percentage of its gross profits, and a dramatically higher percentage of its EBIT.

But let's look at three more "scientific" ways of estimating DTFO's total annual sales, all of which get us to very big numbers as well.

Jehoshaphatresearch.com

Amount of "Factory Blemished" inventory in stock on DTFO's website is ~$500m at retail price

As previously discussed, examining all the products on DTFO's website and multiplying by their retail list prices gets us to $509m of product at these "Customer List Prices," or $215m at "Employee List Price." So, is that a lot for a huge company like TTI? Yes!

We can use inventory days, or an equivalent analysis, to estimate what kind of annual sales TTI could be doing with this snapshot inventory amount:

- TTI's company-wide finished goods inventory at 12/31/2022 was $4.112bn[xi]
- Its company-wide sales in 2022 were $13.254bn
- Its 2022 sales/FG inventory ratio was 3.22x
- Applying this ratio to DTFO's total "finished goods inventory" of $215m **implies annual DTFO sales of $693m**

This isn't perfect, but we don't have perfect information, and anyway it's directionally useful: DTFO is big. What kind of operation would have half a billion in retail-priced goods at a random point in time but do much less than that in sales over an entire year?

Changes in value of inventory on DTFO's website imply well over $1.5bn in annualized product sales

We examined the entirety of DTFO's data exactly 2-weeks apart over a period in May. We tracked inventory moves and multiplied that by the "Customer List Price" to arrive at sales, a simple price times quantity analysis.

Note that we can only track net moves in inventory. If one unit sells and another unit gets added to inventory, our data will not register either of those two transactions. **In this way, our analysis should materially under-estimate sales from the DTFO stock.** We are looking only at products whose inventory levels fell during this time.

Of the approximately 1,700 products that DTFO sells, inventory declined for 1,227 products and increased for 264 products, with the remainder having net-unchanged levels of inventory. So we only capture "sales" (net reductions) for approximately 73% of SKUs, systematically undercounting sales as already stated. Over the 2-week period, the net value of the inventory reduction for these 1,227 products was $59.3 million. Run-rated over a year, this implies **the DTFO channel generates at least $1.5 billion in sales.**

How do we know that these inventory moves are all related to DTFO, not just product being sold to Home Depot and others? Remember, according to DTFO's own website, this is all "Factory Blemished" product. If so, it can't be sold at Home Depot. (Go ahead, make our day – prove this quantification exercise wrong and tell the world that all this product marked "Factory Blemished" is not actually blemished product!)

Analyzing DTFO's web traffic and engagement versus public retail peers implies $1.3-2.5bn in sales

Another method we utilized for estimating DTFO's sales is based on web traffic and engagement. DTFO's website generates an impressive 1.2m monthly visits and 438,500 monthly unique visitors. We analyzed five

Jehoshaphatresearch.com

public company retailers with similar web traffic to DTFO's. We also included saks.com, which is the e-commerce spinoff from Saks Fifth Avenue, that is slated to go public and has broadly publicized approximate sales figure of $1 billion.[xii] On average, these 6 retailers generated sales of $109 per visit and $174 per unique visitor. Applying these metrics to DTFO <mark>implies DTFO's sales are $1.58bn and $916m, respectively.</mark>

| Company | Stock Ticker | Website | Monthly Visits | Monthly Unique Visitors | Pages / Visit | Avg. Visit Duration | LTM Revenue ($ million) | Revenue / Visit | Revenue / Unique Visitor |
|---|---|---|---|---|---|---|---|---|---|
| **Direct Tools Factory Outlet** | | directtoolsoutlet.com | **1,200,000** | **438,500** | **3.6** | **16:16** | | | |
| Guess? Inc. | GES | guess.com | 1,300,000 | 887,400 | 2.9 | 4:46 | $2,664 | $171 | $250 |
| Chico's FAS | CHS | chicos.com | 2,500,000 | 1,100,000 | 4.9 | 8:42 | $2,142 | $71 | $162 |
| Boot Barn | BOOT | bootbarn.com | 2,400,000 | 1,300,000 | 3.6 | 11:38 | $1,658 | $58 | $106 |
| The Buckle | BKE | buckle.com | 946,500 | 648,800 | 4.0 | 11:07 | $1,319 | $116 | $169 |
| Saks.com | N/A | saks.com | 381,300 | 273,200 | 1.2 | 5:50 | $1,000 | $219 | $305 |
| Zumiez | ZUMZ | zumiez.com | 3,400,000 | 1,500,000 | 3.8 | 8:05 | $921 | $23 | $51 |
| **Average** | | | | | | | | **$109** | **$174** |

Source: Web data is from Semrush.com and the latest monthly data available is as of April 2023. Web data is worldwide. Financial information is from Bloomberg. Note that per visit and per unique visitor metrics are based on annualized traffic data so they are comparable with annual revenue.

We believe this revenue range for DTFO may be conservative because **DTFO has both an incredibly long average visit duration at over 16 minutes, which correlates with higher shopping basket sizes, and a high price point for its products.** DTFO also has a strong "pages per visit" number, an additional measure of customer engagement. Guess? Inc. and Saks.com may be DTFO's nearest peers from this list above because they also sell relatively expensive products. Additionally, similar to DTFO, Guess? Inc. has 46 stores in the US.[xiii] **Applying Guess? Inc.'s per visit metrics** <mark>implies DTFO sales in the range of $1.32bn to $2.46bn.</mark> **DTFO is big enough to go public!** And based on its profit profile, it likely far outshines all these peers. Fraud is a good business, while it lasts.

We believe the likely reason for DTFO's long average visit duration is due to shoppers building large basket sizes to offset the flat rate shipping. Note that Instacart, an online grocer where users build large basket sizes to offset a fixed high delivery fee, also has a high similarly high average visit duration, likely for the same reason.[xiv] <span style="color:red">**DTFO's average visit duration is nearly twice as long as that of Home Depot or Lowe's. We suspect that DTFO's website has an average ticket size in the hundreds of dollars.**</span> In the chart below, we compare the average visit duration to DTFO's website vs. the websites of many public retailers and social media websites.

Jehoshaphatresearch.com



Source: Web data is from Semrush.com and the latest monthly data available is as of April 2023. Web data is worldwide.

<u>TTI appears to be overearning by hundreds of millions in gross profit that can and should quickly be shut off by Home Depot, which we think will reduce TTI's EBIT by one-third or more</u>

Let's compare the revenue sizing exercises above:

- The former employee baseline method is a little hard to quantify, but tells us that DTFO should easily be doing <u>many hundreds of millions, at least,</u> in sales
- The inventory/sales estimate implies <u>$693m</u> in DTFO sales
- The inventory-change analysis from the website implies <u>over $1.5bn</u> in DTFO sales
- The web traffic analysis implies <u>$916m or more</u> in DTFO sales

If we take the **smallest** of the three "quantifiable" values, $693m, and multiply it by the 57.8% gross margin we estimate DTFO is earning on these direct-to-consumer sales, that suggests DTFO is generating an ==annual gross profit of around $401m per year.== To say the least, this is a material portion of TTI's total expected (Bloomberg consensus) 2023 gross profit of $5,528m as of this writing.

But the reduction in <u>gross</u> profit misses the point. TTI has had DTFO for 15 years, and these stores serve a purpose. They aren't going away just because Blemishgate gets shut down, and neither are their operating costs. So, we believe this slash to gross profit should largely drop right to the operating income line for TTI.

As the former employee who was involved in DTFO's creation explained to us:

58

Jehoshaphatresearch.com

> *[Before DTFO], we would use third-party clearance companies, they would do this by the truckload, but they weren't fast enough to liquidate the excess and obsolete products we were carrying…With third-party liquidation, it would be sold at a loss, but with DTFO, it made some margin.*

Even if Blemishgate comes to a complete halt – which…come on, why the hell would it not after Home Depot discovers it… - that doesn't mean DTFO's 40-odd stores, or its handful of employees per store, or its website are simply going to cease to exist. All it means is that these sales, and their associated gross profits, disappear like tears in rain.

**In other words, if ~\$400m in gross profit from Blemishgate goes away, ~\$400m in operating profit from Blemishgate should go away too. And ~\$400m is ~37% of the operating profit TTI did in 2022.**

Jehoshaphatresearch.com

## WHAT RECOURSE DOES HOME DEPOT HAVE?

The "Exclusivity" of Ryobi and Ridgid is important to Home Depot's business

In a March 16, 2023 press release, Home Depot highlighted Ryobi as one of its suppliers, repeatedly calling Ryobi an "exclusive partner." Ryobi became an exclusive partner of Home Depot in the year 2000. Below are excerpts from this press release highlighting the exclusive relationship.



Source: https://corporate.homedepot.com/news/supplier/ryobi-supplier-feature.

This same press release also highlighted Ryobi's successful "Whisper Series" products. Let's take a closer look at Ryobi's Whisper Series. Below are excerpts from an April 19, 2023 press release by Home Depot writing that the Ryobi Whisper Series is "exclusively available at The Home Depot."



60

Jehoshaphatresearch.com



Source: https://corporate.homedepot.com/news/sustainability/spring-cleaning-products-home-depot-refresh-your-home-and-yard.

So let's check if TTI is upholding that exclusivity agreement. A quick search for "Factory Blemished" Whisper Series products on DTFO's website yields 28 results, seemingly all at discounts to Home Depot's pricing!

Jehoshaphatresearch.com



Source: https://www.directtoolsoutlet.com.

Please take special note of the second best-seller on the list above, the Ryobi Whisper Series 18V 14" Air Cannon Fan Model # PCL813B, which DTFO's website proudly labels as a "New Arrival." Well, guess who else labels this product as new arrival? Home Depot! And while Home Depot sells the fan for $159.00, DTFO is selling it 12% cheaper for $139.99.

(Don't worry about DTFO selling out anytime soon. DTFO has 17,044 supposedly "Factory Blemished" units in stock while Home Depot has only 242 available to ship. See endnote for screenshots.[xv])

It's not just Ryobi that TTI is selling as Fake-Blemished via its DTFO channel. Let's take a look at Ridgid. Below is an article about the creation of the Ridgid product line from 2003 as an exclusive at Home Depot stores.

Jehoshaphatresearch.com



Source: https://www.bizjournals.com/stlouis/stories/2003/10/20/daily3.html.

The Ridgid Brand is owned by Emerson Electric (NYSE: EMR) and its power tool products are manufactured by TTI. Ridgid power tools are only sold at retail in Home Depot stores.[xvi] Here is a screenshot of the Ridgid 21 Degree 3-1/2" Round Head Framing Nailer (Model # R350RHF) selling for $179.00 on Home Depot's website and supposedly "Factory Blemished" on DTFO's website for $159.99.

Somehow, **DTFO has 18,252 of these supposedly "Factory Blemished" Ridgid nailers in inventory.** Maybe that truck full of Ryobi 4-inch clip fans collided with another truck full of Ridgid nailers, damaging each box in both trucks so as to make them not fit for sale at Home Depot, but not enough so that they can't be sold at all.

Jehoshaphatresearch.com



Source: https://www.homedepot.com/p/RIDGID-Pneumatic-21-Degree-3-1-2-in-Round-Head-Framing-Nailer-R350RHF/207103100.



Source: https://www.directtoolsoutlet.com/product/R350RHF.

Jehoshaphatresearch.com

▼ 0: {modelNumber: "R350RHF", basePrice: 159.99, customerListPrice: 159.99, employeeListPrice: 109.55
    ampHour: ""
    approvalStatus: "approved"
    badge: []
    basePrice: 159.99
    batteryPower: null
    boostNumeric: 100
    boosted: false
  ▶ brand: {name: "RIDGID", image: "https://cdn.directtoolsoutlet.com/brands/RIDGID.png"}
    capacity: ""
  ▶ category: {lvl0: ["Power Tools"], lvl1: ["Power Tools > Nailers & Compressors"],…}
    conditionName: "Factory Blemished"
    customerListPrice: 159.99
    defaultMaxOrderQuantity: 5
  ▶ deliveryType: ["Ship To Home", "Store Pickup"]
    employeeListPrice: 109.55
    featured: false
    featuredProducts: []
    globallyFeatured: false
    hasDiscount: false
    highlights: "<p><span> RIDGID introduces the 21-Degree 3-1/2 in. Round Head Framing Nailer. Featu
  ▶ images: ["https://cdn.directtoolsoutlet.com/resize/300/R350RHF_01.jpg",…]
    isBatteryIncluded: "NO"
    isBestSeller: false
    isNewArrival: false
    isShipToHome: true
    modelNumber: "R350RHF"
    noFurtherDiscounts: false
    objectID: "800288571393"
    parentCategory: "1"
    platform: ""
    power: ""
    promotionMessage: null
    size: ""
  ▶ specials: {lvl0: ["S0_RIDGID_BLEM", "DirectToolsEventFour"], lvl1: [], lvl2: []}
  ▶ stock: {stockLevelStatus: {code: "inStock"}, stockLevel: 18252, warehouseCode: "warehouse_s",…}
  ▶ stockInStores: [,…]
    title: "RIDGID 21 Degree 3-1/2\" Round Head Framing Nailer"

Source: https://www.directtoolsoutlet.com/search?query=R350RHF.

## Home Depot can shut down "Blemishgate," and the profits TTI enjoys from it, with a phone call

This section needs very little explanation. Home Depot accounts for about half of TTI's sales. If Home Depot decides to call TTI and tell them to knock it off, TTI is going to knock it off or risk a protracted dispute with limited likelihood of success. And with Home Depot finally wise to the scam, it will be very easy for their Merchandising managers to monitor TTI's compliance with its exclusivity arrangements. After all, look how easy it was for us to discover all of this…once we knew to look for it.

(Unfortunately, all those great deals on brand-new Ryobi and Ridgid products that countless individuals on Reddit have been telling their friends about for years are going to disappear very quickly if so.)

## Why is TTI the exclusive contract manufacturer for Home Depot's Ridgid store brand?

This is more of a rhetorical question.

Jehoshaphatresearch.com

<u>Is TTI's shelf space guaranteed?</u>

This too. We won't speculate as to whether Home Depot has any reason to cut back TTI's in-store shelf space as a result of Blemishgate. We think a sober analysis of this question could lead one to either conclusion. Punishing TTI further, after the scam has been stopped, by removing its products because Home Depot executives are angry doesn't seem like a very rational business decision. But on the other hand, trust is important in business relationships too, and we think Home Depot's trust has been broken here.

<u>What do Home Depot investors think?</u>

We believe that regardless of how Home Depot chooses to deal with this problem, Home Depot investors will be excited at the opportunity to take these sales back into Home Depot stores. If for some reason Home Depot were to allow this scam to continue now that someone has exposed and documented it, we're sure their investors would be irate.

This is just one more reason to believe what we already believe: It ends now.

Jehoshaphatresearch.com

# **DISCLAIMER**

By reading, downloading or printing this content you agree to and acknowledge the following Terms of Service and disclaimer. Use of this research is at your own risk. In no event should Jehoshaphat Research or any affiliated party be liable for any direct or indirect trading losses caused by any information on this site. You further agree to do your own research and due diligence, consult your own financial, legal, and tax advisors before making any investment decision with respect to transacting in any securities covered herein.

This content is not investment advice. You should assume that as of the publication date of any short-biased report or letter, Jehoshaphat Research (possibly along with or through our members, partners, affiliates, employees, and/or consultants) has a short position in all stocks (and/or options of the stock) covered herein, and therefore stands to realize significant gains in the event that the price of any stock covered herein declines. Likewise, you should assume that as of the publication date of any long-biased report or letter, Jehoshaphat Research (possibly along with or through our members, partners, affiliates, employees, and/or consultants) has a long position in all stocks (and/or options of the stock) covered herein, and therefore stands to realize significant gains in the event that the price of any stock covered herein rises. **Following publication of any long or short report or letter, we intend to continue transacting in the securities covered herein, potentially including on the day of publication, and we may be long, short, or neutral at any time hereafter regardless of our initial recommendation, conclusions, or opinions.** One or more of Jehoshaphat Research's affiliates and related parties, including but not limited to any principals, officers, directors, employees, members, clients, investors, consultants and/or agents of those affiliates and related parties, may have provided Jehoshaphat Research with publicly available information that is included in this report, following Jehoshaphat Research's independent due diligence.

This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction. Jehoshaphat Research is not registered as an investment advisor in the United States nor does it have similar registration in any other jurisdiction. To the best of our ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer. However, such information is presented "as is," without warranty of any kind – whether express or implied. Jehoshaphat Research makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. All expressions of opinion are subject to change without notice, and Jehoshaphat Research does not undertake to update or supplement any of the information contained herein.

The failure of Jehoshaphat Research to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of this right or provision. If any provision of these Terms of Service is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of these Terms of Service remain in full force and effect, in particular as to this governing law and jurisdiction provision. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of this website or the material herein must be filed within one (1) year after such claim or cause of action arose or be forever barred.

In addition to the above legalese, a note in plain English. Jehoshaphat Research and any affiliated parties have a vested financial interest in being as persuasive as possible about the stocks on which we publish. As is common for short activists, we or our affiliates or partners put money, sometimes including short-dated options, into short positions prior to publishing most (ideally, all) of our reports. This kind of positioning and risk management can put our interests at odds with yours. We have a lot of bias and incentives, just like any investor of course. Similar to any long-biased investor who publicly speaks about a stock on TV, for instance, there's no guarantee that we'll come back and update you when we change our mind about something we've said.

As you read our reports, we hope you will be of two minds: One that comes away impressed with the quality of our research, and another that realizes that we may have non-aligned or even directly opposing incentives from yours during the course of any trade. We believe that any investor who takes financial action based on the opinions of someone else must take responsibility for his or her own trading. We do our own research, and you should too.

Jehoshaphatresearch.com

# APPENDIX: ENDNOTES

i



ii





iii Third party resellers buying Ryobi product at HD or DTFO and then reselling it on Amazon is not prohibited.

Jehoshaphatresearch.com

---

iv There are 2 screwdrivers Home Depot classifies as drills we have excluded from this analysis as they are not power drills, Model # FVD50 and #FVD01.



Source: https://www.homedepot.com/p/RYOBI-USB-Lithium-Screwdriver-Kit-FVD50K/318964392.
Source: https://www.homedepot.com/p/RYOBI-4V-Cordless-1-4-in-Screwdriver-FVD01K/318964428.

v Source: https://www.directtoolsoutlet.com/search?query=dirt%20devil.

vi Ridgid's average Google Trend's value for the past 12 months is 83, which is 4.9x greater than Dirt Devil's 17.



vii TTI 2022 annual report.

Jehoshaphatresearch.com

viii For those wondering if we had anything to do with the creation of this Reddit thread as it was only started relatively recently, we did not. We found it by searching for obvious keywords on Reddit and were very surprised when we did. You can inspect the original poster's username if you want to examine this topic more.

x https://www.in2013dollars.com/us/inflation/2008?amount=1

xi TTI 2022 annual report.
xii "The online unit at the time had about $1 billion in annual sales."
https://www.wsj.com/amp/articles/saks-e-commerce-unit-begins-ipo-preparations-11634508756

Note that some sources estimate saks.com now has $2bn in annual sales, though we don't include the higher figure out of conservatism.

"Saks.com is generating about $2 billion in annual sales, sources said, though that's unconfirmed by the company."
https://footwearnews.com/business/business-news/saks-online-raises-capital-growth-initiatives-1203324171/

xiii



Source: https://stores.guess.com/us/en/browse/.

Note that while Saks Fifth Avenue has 41 US store locations, those sales are not included in saks.com's reported sales estimate.
https://www.saksfifthavenue.com/locations/?page=10&storesPerPage=5

xiv https://www.instacart.com/help/section/360007902791/360039164252.

xv

Jehoshaphatresearch.com



https://www.homedepot.com/p/RYOBI-ONE-18V-Cordless-Hybrid-WHISPER-SERIES-14-in-Air-Cannon-Fan-Tool-Only-PCL813B/321429810.



Source: https://www.directtoolsoutlet.com/product/PCL813B.

71

Jehoshaphatresearch.com

```
conditionName: "Factory Blemished"
customerListPrice: 90.9935
defaultMaxOrderQuantity: 5
▶ deliveryType: ["Ship To Home", "Store Pickup"]
  employeeListPrice: 56.36
  featured: false
  featuredProducts: []
  globallyFeatured: false
  hasDiscount: true
  highlights: "<p><span>Expand your RYOBI 18V ONE+ System with the RYOBI 18V ONE+ Hybrid WHISPER SERIES 14 in. A
▶ images: ["https://cdn.directtoolsoutlet.com/resize/300/PCL813B_01.jpg",…]
  isBatteryIncluded: "NO"
  isBestSeller: false
  isNewArrival: true
  isShipToHome: true
  modelNumber: "PCL813B"
  noFurtherDiscounts: false
  objectID: "8804448927745"
  parentCategory: "1"
  platform: "RYOBI 18V ONE+"
  power: ""
  promotionMessage: "35% off"
  size: ""
▶ specials: {lvl0: [], lvl1: [], lvl2: []}
▶ stock: {stockLevelStatus: {code: "inStock"}, stockLevel: 17044, warehouseCode: "warehouse_s",…}
▼ stockInStores: [,…]
  ▶ 0: {stockLevelStatus: {code: "lowStock"}, stockLevel: 1, warehouseCode: "2600", isWarehouseClosed: false,…}
  ▶ 1: {stockLevelStatus: {code: "lowStock"}, stockLevel: 1, warehouseCode: "2305", isWarehouseClosed: false,…}
  ▶ 2: {stockLevelStatus: {code: "lowStock"}, stockLevel: 1, warehouseCode: "2165", isWarehouseClosed: false,…}
  ▶ 3: {stockLevelStatus: {code: "lowStock"}, stockLevel: 2, warehouseCode: "2580", isWarehouseClosed: false,…}
  ▶ 4: {stockLevelStatus: {code: "lowStock"}, stockLevel: 1, warehouseCode: "2100", isWarehouseClosed: false,…}
  ▶ 5: {stockLevelStatus: {code: "lowStock"}, stockLevel: 1, warehouseCode: "2175", isWarehouseClosed: false,…}
  ▶ 6: {stockLevelStatus: {code: "lowStock"}, stockLevel: 1, warehouseCode: "2240", isWarehouseClosed: false,…}
  title: "RYOBI 18V ONE+ Hybrid WHISPER SERIES 14\" Air Cannon Fan"
```

https://www.directtoolsoutlet.com/search?query=PCL813B.

[xvi] Note that while Ridgid power tools are exclusive to Home Depot at retail, products by Ridgid's other divisions such as plumbing and electric are carried by select distributors, including Fastenal and Grainger, for sale to professionals not at retail stores.

Jehoshaphatresearch.com



https://www.ridgid.com/us/en/where-to-buy?w=2&b=57&r=30&p=1&lat=25.783600&lng=-80.145700&l=4&v=c