## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Techtronic Industries Company
Limited, and Techtronic
Industries Factory Outlets, Inc.

      Plaintiffs,

v.                                                              Case No. 8:23-CV-01734-CEH-AEP

Victor Bonilla and Justin
Roberts,


      Defendants.

_____

### DEFENDANT VICTOR BONILLA'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

____ IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: _____.

___X__ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.


I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated this 29th day of August, 2023.

FORDHARRISON LLP

*/s/ Dawn Siler-Nixon*
Dawn Siler-Nixon
Florida Bar No. 0993360
Dsiler-nixon@fordharrison.com
Viktoryia Johnson
Florida Bar No. 554512
vjohnson@fordharrison.com
401 E. Jackson Street, Suite 2500
Tampa, FL 33602-5133
Telephone: 813-261-7800
Facsimile: 813-261-7899

Dilan A. Esper
(*Pro Hac Vice Pending*)
Charles J. Harder
(*Pro Hac Vice Pending*)
**Harder Stonerock LLP**
8383 Wilshire Blvd. #526
Beverly Hills, CA 90211
(424) 203-1600
desper@harderllp.com
charder@harderllp.com

*Attorneys for Defendant*
*Victor Bonilla*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2023, the foregoing document was electronically filed with the Clerk of Court using CM/ECF, which will electronically send a notice of electronic filing to the attorneys of record for Plaintiffs:

Jason Sternberg
Quinn Emanuel Urquhart & Sullivan LLP
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
jasonsternberg@quinnemanuel.com

Kristin Tahler (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
kristintahler@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
Quinn Emanuel Urquhart &  Sullivan LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
nicholasinns@quinnemanuel.com

*/s/ Dawn Siler-Nixon*
Attorney

WSACTIVELLP:112667880.1

3