UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TECHTRONIC INDUSTRIES COMPANY LIMITED and TECHTRONIC INDUSTRIES FACTORY OUTLETS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VICTOR BONILLA, <br><br> Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

**DECLARATION OF VICTOR BONILLA IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND INFORMATION**

I, VICTOR BONILLA, declare:

1. I am the remaining Defendant in this action. I have personal knowledge of the facts set forth herein.

2. I am a financial journalist. Through my company, Jehoshaphat Research, I prepare reports on publicly traded companies that are engaged in misfeasance or malfeasance or whose financial statements are inaccurately reported. I self-publish these reports on my website,

1

https://jehoshaphatresearch.com/research/ , where any member of the public can access them.

3. Each of my reports is around 50 pages long (unless it is merely an update or follow-up report) and contains extensive original reporting, citations to publicly available documents, financial analysis, and reporting from confidential and on-the-record sources.

4. My reports and extensive research are financed in an innovative fashion—I establish a short position in the stock of the company I am reporting on, so that I stand to make a profit if the stock decreases in price. I also clearly communicate my short position in all my reports. This innovative financing structure both allows me to finance my detailed reporting and creates an incentive for me to report accurately—if my reporting did not check out, the market would drive the stock price right back up, and future reports would be seen as untrustworthy.

5. Attached hereto as **Exhibit 1** are two privilege logs that my counsel sent out in this action. Each of the documents listed constituted a confidential communication between me and a source under a promise to maintain confidentiality.

I declare under penalty of perjury under Florida and United States law that the foregoing is true.

      Executed January 16, 2024.

/s/ Victor Bonilla
_____

VICTOR BONILLA