UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TECHTRONIC INDUSTRIES
COMPANY LIMITED and
TECHTRONIC INDUSTRIES
FACTORY OUTLETS, INC.,

    Plaintiffs,

v.                                                                Case No: 8:23-cv-1734-CEH-AEP

VICTOR BONILLA,

    Defendant.

_____

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the parties' Joint Motion to Modify Scheduling Order (Doc. 48), filed on January 17, 2024, and for good cause shown, the Court will grant the parties' Joint Motion to Modify Scheduling Order (Doc. 48). The following deadlines shall apply to this action:

| | |
|---|---|
| **Certificate of Interested Persons and Corporate Disclosure Statement** | **IMMEDIATELY** |
| **Motions to Add Parties or to Amend Pleadings** | **MARCH 29, 2024** |
| **Disclosure of Expert Reports**<br><br>Plaintiff:<br>Defendant:<br>Rebuttal: | <br><br>**MAY 17, 2024**<br>**JUNE 7, 2024**<br>**JUNE 28, 2024** |
| **Discovery Deadline** | **AUGUST 2, 2024** |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | **SEPTEMBER 3, 2024** |
| ***Meeting In Person* to Prepare Joint Final Pretrial Statement** | **DECEMBER 6, 2024** |

| | |
|---|---|
| *Joint Final Pretrial Statement,* (including a Single Set of Jointly-Proposed Jury Instructions and Verdict Form [a Word version may be e-mailed to the Chambers mailbox] *Voir Dire* Questions, Witness Lists, Exhibit Lists with Objections on Approved Form) | DECEMBER 17, 2024 |
| **All Other Motions Including Motions** *In Limine* | DECEMBER 24, 2024 |
| **Final Pretrial Conference**<br><br>Date:<br>Time:<br>Judge: | JANUARY 21, 2025<br>3:45 PM<br>Charlene Edwards Honeywell<br>Courtroom 13A |
| **Trial Briefs and Deposition Designations** | JANUARY 14, 2025 |
| **Trial Term Begins** | FEBRUARY 3, 2025 |
| **Estimated Length of Trial** | 7 DAYS |
| **Jury/Non-Jury** | Jury |
| **Mediation**<br><br>Deadline:<br>Mediator:<br>Address:<br>**Designated Lead Counsel shall contact** Telephone:<br>**opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within 14 days of this Order advising of the date.**<br><br>**Designated Lead Counsel** Attorney Name:<br>**Pursuant to Local Rule 1.01(d)(9)**<br>**Lead Counsel Telephone Number** Telephone Number: | JULY 15, 2024<br>Bradford D. Kimbro<br>100 North Tampa Street, Suite 4100<br>Tampa, FL 33602<br>(813) 227-6660<br><br><br><br>Jason D. Sternberg<br><br>(561) 213-5635 |

All other provisions of the Case Management and Scheduling Order (Doc. 35) continue to apply.

**DONE AND ORDERED** in Tampa, Florida on January 25, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies to:**
Counsel of Record and Unrepresented Parties, if any.