UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TECHTRONIC INDUSTRIES
COMPANY LIMITED and
TECHTRONIC INDUSTRIES
FACTORY OUTLETS, INC.,

    Plaintiffs,

v.                                                Case No. 8:23-cv-1734-CEH-AEP

VICTOR BONILLA,

    Defendant.
_____/

**ORDER**

This matter comes before the Court upon the parties' Joint Motion for Protective Order (Doc. 51). The proposed protective order sets forth the process by which the parties agree to handle the production and exchange of confidential documents and information that the parties anticipate will be produced in this litigation. For purposes of discovery and preventing the parties from litigating the issue of confidentiality as to each document, the parties' agreement serves a useful purpose. As such, the Court finds good cause to issue the protective order. *See* Fed. R. Civ. P. 26(c)(1). Upon consideration, it is hereby

ORDERED:

1. The Joint Motion for Protective Order (Doc. 51) is GRANTED, and the proposed method by which the parties agree to handle the production and exchange of confidential documents and information (Doc. 51-1) is APPROVED and

incorporated herein.[1] Notwithstanding any provision to the contrary, this Court's jurisdiction over and authority to enforce the terms of the agreement shall terminate upon a final determination of this action.

DONE AND ORDERED in Tampa, Florida, on this 30th day of January, 2024.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record

---

[1] The parties are reminded that, when a party seeks to file a document under seal, the Court shall determine the matter upon motion by a party in conformance with Local Rule 1.11. *See* M.D. Fla. R. 1.11(b).

2