# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc.<br><br>  Plaintiffs,<br><br>  – against –<br><br>Victor Bonilla,<br><br>  Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

## JOINT MOTION TO RESCHEDULE MEDIATION

Plaintiffs, Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc., and Defendant, Victor Bonilla, by and through undersigned counsel, jointly move the Court for leave to reschedule the mediation in this matter. In support of their motion, the parties state as follows:

1) The Court entered a Case Management and Scheduling Order in this case on November 16, 2023, and set a mediation deadline of July 15, 2024. (ECF No. 35).

2) On December 7, 2023, the parties jointly notified the Court of a mediation scheduled with Bradford D. Kimbro on April 11, 2024. (ECF No. 38).

3) On January 17, 2024, the parties jointly moved the Court pursuant to Federal Rules of Civil Procedure 6 and 16 to amend the scheduling order in this

case. (ECF No. 48). The parties explained that, despite their diligence, discovery disputes and a then-pending motion to compel necessitated a three-month extension of all case deadlines. The Court granted the parties' motion. (ECF No. 50).

4) In light of the extended case schedule, the parties jointly request leave to reschedule the mediation with Mr. Kimbro from April 11, 2024 to May 14, 2024.

5) The parties, counsel, and Mr. Kimbro are available on May 14, 2024.

6) The requested rescheduled date would allow the parties to conduct additional discovery and further enhance the potential benefit of the mediation.

7) If the Court grants leave to reschedule the mediation, the mediation would still occur before the Court's July 15, 2024 mediation deadline. (ECF No. 50).

8) This motion is made in good faith, without purpose of delay, without any risk of prejudice, and with the consent of all parties. The rescheduled mediation would not affect any deadlines set forth in the Amended Case Management and Scheduling Order.

WHEREFORE, the parties respectfully request that the Court enter an order granting leave to reschedule the mediation in this case to **May 14, 2024**, and for such other and further relief as the Court deems just and proper.

Dated: February 14, 2024

By: /s/ *Jason D. Sternberg*          By: /s/ *Dilan A. Esper*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**          **HARDER STONEROCK LLP**

Jason D. Sternberg (FL Bar 72887)
Tara MacNeill (FL Bar 1028931)
2601 South Bayshore Drive, 15 Floor
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
jasonsternberg@quinnemanuel.com
taramacneill@quinnemanuel.com

Kristin Tahler (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
nicholasinns@quinnemanuel.com

*Attorneys for Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc.*

Dilan A. Esper (*pro hac vice*)
8383 Wilshire Blvd #526
Beverly Hills, CA 90211
Telephone: (424) 203-1600
desper@harderllp.com

*Attorneys for Victor Bonilla*