UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc.,<br><br>     Plaintiffs,<br><br>– against –<br><br>Victor Bonilla,<br><br>     Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

**NOTICE OF RESCHEDULED MEDIATION**
**CONFERENCE**

  Pursuant to the Court's May 20, 2024 order (ECF No. 61), Plaintiffs, Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc., by and through undersigned counsel, hereby notify the Court that the parties have conferred and agreed that the mediation in this matter shall be held with Court-approved mediator Bradford D. Kimbro, Esq., on **July 19, 2024**, at 10:00 a.m.  The mediation conference will be held in person.

  Dated: May 31, 2024

By: /s/ *Jason D. Sternberg*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Jason D. Sternberg (FL Bar 72887)
Tara MacNeill (FL Bar 1028931)
2601 South Bayshore Drive, 15 Floor
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
jasonsternberg@quinnemanuel.com
taramacneill@quinnemanuel.com

Kristin Tahler (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
nicholasinns@quinnemanuel.com

*Attorneys for Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc.*