# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc., <br><br> Plaintiffs, <br><br> – against – <br><br> Victor Bonilla, <br><br> Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

### JOINT MOTION FOR LEAVE TO TAKE DEPOSITION AFTER DISCOVERY DEADLINE

Pursuant to Federal Rule of Civil Procedure 6 and 16D, and Middle District of Florida Local Rule 3.01(a), Plaintiffs Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc. (together, "TTI"), and Defendant Victor Bonilla (collectively, the "Parties"), hereby jointly move for leave to take the noticed deposition of non-party Muddy Waters Capital LLC ("Muddy Waters") employee Freddie Brick, a fact witness, after the current deadline for the close of fact discovery as set forth in this Court's Amended Case Management and Scheduling Order (ECF No. 50). The Parties are *not* seeking to amend any other deadlines from the Scheduling Order. The Parties state as follows:

### BACKGROUND

TTI commenced this action by filing its Complaint on August 3, 2023. (ECF

No. 1). The Parties conducted a case management conference on September 19, 2023 and submitted a Uniform Case Management Report, following which the Court entered an initial scheduling order. (ECF No. 27). On January 25, 2024, finding good cause, the Court granted the Parties' joint motion to amend the scheduling order to extend the deadlines for both parties to submit expert reports, mediate, complete fact discovery, and for trial.  ECF No. 50.[1]

Since the entry of the Amended Scheduling Order, the Parties have diligently moved the case forward.  The Parties expect to complete fact and expert discovery in a timely manner and have agreed to a mediation date of July 19, 2024.

By way of this Motion, the Parties jointly and respectfully request leave to take the deposition of Mr. Freddie Brick, an employee of Muddy Waters, out-of-time, specifically, on September 9, 2014 (fact discovery closes on August 2, 2024). Mr. Brick is a non-party fact witness.  Discovery has shown that he worked with Victor Bonilla, the defendant in this case, on (among other things) Mr. Bonilla's short seller reports and related Zer0esTV appearances.  TTI believes, and Mr. Bonilla does not dispute, that Mr. Brick has relevant, non-duplicative information about the allegations in this case.

Mr. Brick, who resides in Austin, Texas, is currently on parental leave in the United Kingdom in connection with the birth of his first child.  Although TTI has

---

[1] The Court also granted the Parties' joint motion to extend two interim deadlines for expert discovery and mediation (ECF Nos. 60, 61), but that extension did not affect the discovery deadline of August 2, 2024.

2

offered reasonable accommodations to the witness so his deposition could be taken before the current discovery cut-off of August 2, 2024 (including by offering to conduct the deposition in the United Kingdom), the witness has requested that his deposition be postponed until after he returns to the United States from his parental leave and has offered September 9, 2024 as his earliest available day.  TTI has agreed to postpone taking the deposition until September 9, 2024, subject to the Court granting this joint motion.

The Parties do not currently expect this out-of-time deposition to alter any other deadline in this matter (including the deadlines for summary judgment).[2] The Parties file this Joint Motion in good faith and not for purposes of delay. Notably, the Parties are ***not*** seeking to amend the deadline to complete discovery or the trial date. Accordingly, and for the reasons set forth below, there is good cause to modify the current case schedule.

## **MEMORANDUM OF LAW**

Rule 16(b) of the Federal Rules of Civil Procedure provides that a "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). A party seeking to modify a scheduling order must demonstrate "good cause." *Utilities Mktg. Grp., LLC v. Warrick*, 2016 WL 3189155, at *1 (M.D. Fla. June 8, 2016). Good cause exists where the schedule cannot be "met despite the

---

[2] The Parties reserve the right to seek leave to supplement expert reports to incorporate the testimony of this witness.

diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (citing advisory committee's note to Fed. R. Civ. P. 16).

Courts routinely grant motions for the extension of deadlines and continuances of trial dates where good cause has been shown, recognizing that such extension will allow the parties to complete discovery and prepare for trial, as well as facilitate their ability to attempt to resolve matters amicably through a good faith mediation process. *Bassler v. George Weston Bakeries Distrib. Inc.*, 2009 WL 10670778, at *2 (M.D. Fla. Nov. 25, 2009).

The Parties have demonstrated good cause for the requested extension. The Parties are working to complete party and third-party discovery, and only seek the relief requested in this motion for the convenience of the witness at issue. The Parties have been diligent in complying the requirements of the Court's Amended Case Management and Scheduling Order (ECF No. 50, as amended by ECF No. 61). Taking one deposition out-of-time will not affect the other deadlines in this case, nor the ultimate trial deadline. Neither party will be prejudiced by the relief sought in this motion.

WHEREFORE, the Parties jointly request that the Court grant leave to take the deposition of Freddie Brick after the current deadline for the close of fact discovery, and grant any further relief the Court deems just and proper.

Dated: July 15, 2024

By: */s/ Jason D. Sternberg*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Jason D. Sternberg (FL Bar 72887)
Tara MacNeill (FL Bar 1028931)
David Nabors (FL Bar 1024722)
2601 South Bayshore Drive, 15 Floor
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
jasonsternberg@quinnemanuel.com
taramacneill@quinnemanuel.com

Kristin Tahler (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
nicholasinns@quinnemanuel.com

*Attorneys for Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc.*

By: */s/ Dilan A. Esper*

**HARDER STONEROCK LLP**

Dilan A. Esper (*pro hac vice*)
8383 Wilshire Blvd #526
Beverly Hills, CA 90211
Telephone: (424) 203-1600
desper@harderllp.com

*Attorney for Victor Bonilla*

5