UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:23-cv-1734-CEH-AEP | DATE: | August 6, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **TECHTRONIC INDUSTRIES COMPANY LIMITED, et al.**<br>        Plaintiff,<br>v.<br>**VICTOR BONILLA, et al.**<br>        Defendant | | **PLAINTIFFS COUNSEL**<br>Jason Sternberg, Tara MacNeill | |
| | | **DEFENDANTS COUNSEL**<br>Dilan Esper | |
| **COURT REPORTER:**  digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:**  2:00 to 2:37        **TOTAL:**   37 min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**   ZOOM MOTION HEARING

MOTION to Compel Defendant Victor Bonilla to Produce Documents and Information Responsive to Plaintiffs' Discovery Requests and Cure Related Discovery Deficiencies by Techtronic Industries Company Limited, Techtronic Industries Factory Outlets, Inc. (#75).   Response #80.

Oral argument heard.

Court to grant the motion to this extent, the request is to be responded to within 45 days from the date of entry of the court's order.

Order to be entered.