UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TECHTRONIC INDUSTRIES COMPANY
LIMITED and TECHTRONIC INDUSTRIES
FACTORY OUTLETS, INC.,

    Plaintiffs,

v.                                                   Case No. 8:23-cv-1734-CEH-AEP

VICTOR BONILLA,

    Defendant.
_____/

**ORDER**

This cause comes before the Court upon Plaintiffs' *Expedited* Motion to Compel the Production of Documents from Defendant (Doc. 75) and Defendant's Memorandum in Opposition (Doc. 80). By the Motion, Plaintiffs seek verified and complete responses to Plaintiffs' Interrogatories, the production of documents responsive to Plaintiffs' Requests for Production, and an updated privilege log. The Court held a hearing on the matter on August 6, 2024. (Doc. 81).

For the reasons stated at the hearing, it is hereby

ORDERED:

1. Defendant shall certify that all information responsive to Plaintiffs' Interrogatories has been produced through deposition testimony or notes or shall provide supplemental responses to Defendant's Interrogatories within fourteen (14) days of the entry of this Order.

2. Defendant shall reproduce all documents produced to date with their accompanying metadata within fourteen (14) days of the entry of this Order.

3. Defendant shall supplement its privilege log within twenty (20) days of the entry of this Order.

4. Defendant shall produce all documents responsive to Plaintiffs' Requests for Production 39, 45, 46, 47, and 48 within forty-five (45) days of the entry of this Order. The Court finds that as Plaintiffs have properly plead a request for punitive damages, Plaintiffs are entitled to discovery of Defendant's financial worth at this time. *See Hite v. Hill Dermaceuticals, Inc.*, No. 8:12-CV-2277-T-33AEP, 2013 WL 11088207 (M.D. Fla. Nov. 18, 2013) (finding the requirements of Florida Statutes § 768.72 inapplicable because of the statute's conflict with the Federal Rules of Civil Procedure).

DONE AND ORDERED in Tampa, Florida, on this 6th day of August 2024.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:   Counsel of Record