# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Victor Bonilla, <br><br> Defendant. | Case No.: 8:23-cv-01734-CEH-AEP |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel, Laura N. Ferguson, Esq., of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, hereby appears in the above-captioned action on behalf of Plaintiffs Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc., and respectfully requests that all papers in this action be served upon the undersigned at the address stated below.

Dated: August 15, 2024

Respectfully Submitted,

/s/  *Laura N. Ferguson*
Laura N. Ferguson
Florida Bar No. 1047701
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 S. Bayshore Drive, Suite 1550
Miami, Florida 33133-5417
Telephone: (305) 402 4880
Fax: (305) 901 2975
lauraferguson@quinnemanuel.com

*Attorney for Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2024, a true and correct copy of the foregoing document was filed using the Court's CM/ECF, causing a copy to be served to all attorneys of record.

/s/  *Laura N. Ferguson*
Laura N. Ferguson
Florida Bar No. 1047701