UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TECHTRONIC INDUSTRIES
COMPANY LIMITED and
TECHTRONIC INDUSTRIES
FACTORY OUTLETS, INC.,

    Plaintiffs,

v.    Case No: 8:23-cv-1734-CEH-AEP

VICTOR BONILLA,

    Defendant.

_____

## SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the parties' Joint Motion for Brief Extension of Summary Judgment Deadline & Related Relief (Doc. 85), filed on August 19, 2024, and for good cause shown, the Court will grant the parties' Joint Motion for Brief Extension of Summary Judgment Deadline & Related Relief (Doc. 85). The following deadlines shall apply to this action:

| | |
|---|---|
| **Dispositive Motions (Summary Judgment) and Daubert Motions** | **OCTOBER 1, 2024** |
| **Response to Motion for Summary Judgment** | **OCTOBER 22, 2024** |
| **Reply to Motion for Summary Judgment** | **NOVEMBER 12, 2024** |
| *Meeting In Person* **to Prepare Joint Final Pretrial Statement** | **JANUARY 7, 2025** |

| *Joint Final Pretrial Statement,* (including a Single Set of Jointly-Proposed Jury Instructions and Verdict Form [a Word version may be e-mailed to the Chambers mailbox] *Voir Dire* Questions, Witness Lists, Exhibit Lists with Objections on Approved Form) | **JANUARY 17, 2025** |
|---|---|
| **All Other Motions Including Motions *In Limine*** | **JANUARY 24, 2025** |
| **Final Pretrial Conference**<br><br>Date:<br>Time:<br>Judge: | **FEBRUARY 18, 2025**<br>3:00 PM<br>Charlene Edwards Honeywell<br>Courtroom 13A |
| **Trial Briefs and Deposition Designations** | **FEBRUARY 4, 2025** |
| **Trial Term Begins** | **MARCH 3, 2025** |
| **Estimated Length of Trial** | **7 DAYS** |
| **Jury/Non-Jury** | Jury |
| **Mediation**<br><br>Deadline:<br>Mediator:<br>Address:<br>**Designated Lead Counsel shall contact** Telephone:<br>**opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within 14 days of this Order advising of the date.** | **IMPASSE** |
| **Designated Lead Counsel Pursuant to Local Rule 1.01(d)(9)**   Attorney Name: | Jason D. Sternberg |
| **Lead Counsel Telephone Number**   Telephone Number: | (561) 213-5635 |

All other provisions of the Amended Case Management and Scheduling Order (Doc. 50) continue to apply.

**DONE AND ORDERED** in Tampa, Florida on August 28, 2024.

Charlene Edwards Honeywell
United States District Judge

**Copies to:**
Counsel of Record and Unrepresented Parties, if any.