# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc., <br><br> Plaintiffs, <br><br> – against – <br><br> Victor Bonilla, <br><br> Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

## JOINT STATEMENT OF STIPULATED FACTS

Plaintiffs Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc. (together, "TTI"), and Defendant Victor Bonilla ("Bonilla"), pursuant to the Court's Case Management and Scheduling Order (ECF No. 35), have conferred and agree that the following facts are undisputed for purposes of any motion for summary judgment made by either party:

## JOINT STIPULATED FACTS

1. Bonilla publishes reports on publicly traded companies on his website, Jehoshaphat Research.

2. Prior to September 2023, Bonilla operated Jehoshaphat Research pseudonymously without identifying himself as the author of the reports published on Jehoshaphat Research's website.

3. Bonilla pseudonymously published a report about Techtronic Industries Co. Ltd. ("TTI") on February 22, 2023. ECF 69-1 is a fair and accurate copy of that report.

4. Bonilla pseudonymously published a report about TTI on June 5, 2023. ECF 69-2 is a fair and accurate copy of that report.

5. TTI is a publicly traded company.

6. TTI is a Hong Kong company whose stock is publicly traded on the Hong Kong Stock Exchange.

7. TTI's revenue is more than $13 billion and its market capitalization is nearly $20 billion.

8. TTI manufactures brands including Ryobi, Milwaukee, Hoover, Oreck, and Dirt Devil.

9. TTI publishes its financial results twice per year.

10. TTI accounts and prepares its financial statements in accordance with the Hong Kong Financial Reporting Standards ("HKFRS").

11. HKFRS defines property, plants, and equipment ("PP&E") to include "tangible items … for use in the production of goods" and allows capitalization of the cost of those items "if and only if it is probable that future economic benefits associated with the item will flow to the entity, and the cost of the item can be measured reliably."

12. HKFRS provides principles for accounting of accounts receivable, including that a company estimate its credit losses using a "practical expedient" such as a

matrix based on the number of days past due or the company's historical credit loss experience.

13. Every year from at least 2008 until 2023, Deloitte audited TTI's financial statements and stated in its audit opinion that the statements "give a true and fair view of the consolidated financial position" of TTI.

14. TTI sells goods in its DTFO stores that it labels as "blemished."

15. TTI reported increased gross margin in 19 semiannual accounting periods in a row.

Dated: October 22, 2024

By: */s/ Jason D. Sternberg*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Jason D. Sternberg (FL Bar 72887)
Tara MacNeill (FL Bar 1028931)
Laura N. Ferguson (FL Bar 1047701)
2601 South Bayshore Drive, 15 Floor
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
jasonsternberg@quinnemanuel.com
taramacneill@quinnemanuel.com
lauraferguson@quinnemanuel.com

Kristin Tahler (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
nicholasinns@quinnemanuel.com

*Attorneys for Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc.*

By: */s/ Dilan A. Esper*

**HARDER STONEROCK LLP**

Dilan A. Esper (*pro hac vice*)
desper@harderllp.com
Charles J. Harder (*pro hac vice*)
charder@harderllp.com
8383 Wilshire Blvd #526
Beverly Hills, CA 90211
Telephone: (424) 203-1600

**SQUIRE PATTON BOGGS (US) LLP**
Jonathan R. Weiss
FBN:57904
Jonathan.weiss@squirepb.com
200 S. Biscayne Boulevard
Suite 3400
Telephone: (305) 577-7000
Fax: (305) 577-7001

Bradley W. Crocker
FBN: 118616
Bradley.crocker@squirepb.com
777 S. Harbour Island, Suite 420
Tampa, Florida 33602
Telephone: (813) 202-1300
Fax: (813) 202-1313

*Attorneys for Victor Bonilla*