Exhibit 29

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                        TAMPA DIVISION
 3              Case No. 8:23-CV-01734-CEH-AEP
 4    TECHTRONIC INDUSTRIES
      COMPANY LIMITED,
 5
           Plaintiff,
 6
 7    vs.
 8    VICTOR BONILLA,
 9         Defendant.
10
             VIDEOTAPED DEPOSITION OF JOEL SCHLEICHER
11
12
      DATE TAKEN:    August 30, 2024
13
      TIME:          10:23 a.m. - 11:54 a.m.
14
      PLACE:         Veritext Legal Solutions
15                   201 East Kennedy Boulevard
                     Suite 712
16                   Tampa, Florida 33602
17    CALLED BY:     Plaintiff
18    TAKEN BY:      Tami Cline, RMR, CRR
19
20
21
22
23
24
25
```

|     |                                                              | Page 33    |
| --- | ------------------------------------------------------------ | ---------- |
| 1   | in the first conversation, I said I would not talk           | 11:07:42   |
| 2   | about anything related to anything while I was on            | 11:07:49   |
| 3   | the board, and that anything that occurred after I           | 11:07:52   |
| 4   | left the board was pure hypothecation. And they              | 11:07:56   |
| 5   | might have asked me some accounting questions, which         | 11:08:04   |
| 6   | I would give an opinion on.                                  | 11:08:11   |
| 7   |    Q.  Do you recall if they asked whether you had | 11:08:13 |
| 8   | knowledge of TTI's current practices?                        | 11:08:21   |
| 9   |    A.  I don't recall.                        | 11:08:23   |
| 10  |    Q.  Did they review any documents with you during | 11:08:25 |
| 11  | the call?                                                    | 11:08:36   |
| 12  |    A.  They didn't provide me any documents that I | 11:08:37 |
| 13  | recall.                                                      | 11:08:45   |
| 14  |    Q.  Do you recall if they read any documents to | 11:08:46 |
| 15  | you?                                                         | 11:08:53   |
| 16  |    A.  I don't recall.                        | 11:08:53   |
| 17  |    Q.  Okay.  Let's take a look at some of the | 11:08:56   |
| 18  | specific statements in the report.  Not too many.            | 11:09:05   |
| 19  | But if you go to page 2 of the report.  It's titled,         | 11:09:14   |
| 20  | "Executive summary," and at the top it says,                 | 11:09:30   |
| 21  | "Operating income overstated by 40 to 70 percent by          | 11:09:35   |
| 22  | accounting games."                                           | 11:09:39   |
| 23  |       And -- do you see that?  | 11:09:46   |
| 24  |    A.  I do.                                  | 11:09:47   |
| 25  |    Q.  Did you tell the people on the call we were | 11:09:47 |

```
                                                              Page 34
 1    just discussing that TTI -- TTI was overstating its      11:09:50
 2    operating income by 40 to 70 percent?                    11:09:54
 3       A.   I did not.                                       11:09:57
 4       Q.   Do you think it would have been fair and         11:09:57
 5    reasonable for the authors of the report to base         11:10:01
 6    this statement about overstating by 40 to 70 percent     11:10:03
 7    on what you told them?                                   11:10:08
 8            MR. ESPER:  Object as to form.                   11:10:11
 9            THE WITNESS:  I would have no idea.              11:10:13
10   BY MS. TAHLER:                                            11:10:14
11       Q.   Well, based on what you said, could they make    11:10:16
12    the statement that TTI was overstating by 40 to         11:10:19
13    70 percent?                                              11:10:22
14            MR. ESPER:  Same objection.                      11:10:26
15            THE WITNESS:  I'm not sure what he -- am I       11:10:28
16      supposed to answer?                                    11:10:30
17            MR. FERGUSON:  You can answer.                   11:10:31
18   BY MS. TAHLER:                                            11:10:32
19       Q.   You can answer.                                  11:10:33
20            MR. FERGUSON:  You can answer.                   11:10:33
21            THE WITNESS:  Okay.  Again, I will point out     11:10:34
22      this report is from 2013 to 2022.  I was only on       11:10:37
23      the board for three of those years.  Okay?  The        11:10:42
24      reported EBITDA in 2015, if that's when I left,        11:10:46
25      was 414,000.  Reported EBITDA projected in 2022 is     11:10:49
```

```
                                                             Page 35
 1        1,300,000 -- or 1,000,318,000 -- or                11:10:55
 2        1,318,000,000 -- yeah.  1,318,000,000.  Okay?  And 11:11:02
 3        if that's the case, that's four times larger than  11:11:05
 4        when I was on the board.                           11:11:08
 5            So I'm in no position to tell you whether      11:11:10
 6        that statement is a correct statement or not.      11:11:13
 7   BY MS. TAHLER:                                          11:11:16
 8      Q.   Right.  All I'm trying to say is nothing that   11:11:16
 9     you would have said for the limited time you were     11:11:18
10     there would have -- you know, would -- was that they  11:11:20
11     were overinflating?                                   11:11:26
12      A.   I do not --                                     11:11:28
13            MR. ESPER:  Same objection.                    11:11:29
14            THE WITNESS:  I do not believe that when I     11:11:30
15        was on the board and involved, that there was any  11:11:32
16        misrepresentation of the financial statements.     11:11:38
17   BY MS. TAHLER:                                          11:11:40
18      Q.   In the -- looking under the chart in the        11:11:41
19     middle, a bullet starts, "Unlike with many companies  11:11:59
20     opportunistically using an accounting shenanigan      11:12:08
21     here and there, TTI's financials are littered with    11:12:11
22     evidence of costs being deceptively managed           11:12:14
23     downward."                                            11:12:18
24            Did you tell the people on the call that       11:12:18
25     we've been discussing that TTI's costs were being     11:12:22
```

|   |   | Page 36 |
|---|---|---|
| 1 | deceptively managed downward? | 11:12:23 |
| 2 | A.   No, not that I recall. | 11:12:26 |
| 3 | Q.   Well, is that something that you believed? | 11:12:28 |
| 4 | A.   I -- I'm not in a position to believe.  I | 11:12:33 |
| 5 | have -- I have no knowledge of | 11:12:37 |
| 6 | 2016, '17, '18, '19, '20, '21. | 11:12:43 |
| 7 | Q.   Understood.  And I -- my -- my questions -- | 11:12:44 |
| 8 | I'm not suggesting that you know about those dates. | 11:12:47 |
| 9 | My questions are related to the time that you were | 11:12:50 |
| 10 | there.  And -- | 11:12:53 |
| 11 | A.   As I said, at the time that I was there, I | 11:12:56 |
| 12 | believed the financials were accurately presented. | 11:12:59 |
| 13 | Q.   So you did not say, in the time you were | 11:13:03 |
| 14 | there, that TTI's costs were being deceptively | 11:13:15 |
| 15 | managed downward? | 11:13:18 |
| 16 | A.   No. | 11:13:19 |
| 17 | Q.   And if we jump over to page 3, right in the | 11:13:19 |
| 18 | middle there's a bullet and then an indented bullet. | 11:13:33 |
| 19 | And at the end of that indented bullet it says, | 11:13:45 |
| 20 | "These regular massive losses on sale indicate | 11:13:48 |
| 21 | inflated asset values." | 11:13:51 |
| 22 | Did you -- did you tell the people on the | 11:13:54 |
| 23 | call that we were just discussing that TTI inflates | 11:13:59 |
| 24 | asset values by capitalizing routine business | 11:14:02 |
| 25 | expenses into PPE? | 11:14:08 |

|  |  | Page 37 |
|---|---|---|
| 1 | A.   Again, if you look at the chart below, the | 11:14:10 |
| 2 | majority what they're referring to is after the time | 11:14:11 |
| 3 | I left the board, so what conclusions they draw is | 11:14:12 |
| 4 | their own conclusion. | 11:14:17 |
| 5 | Q.   But you didn't say anything -- strike that. | 11:14:18 |
| 6 | You did not tell the people on the call that | 11:14:23 |
| 7 | during the time that you were there, TTI was | 11:14:27 |
| 8 | inflating asset values -- | 11:14:34 |
| 9 | A.   No. | 11:14:37 |
| 10 | Q.   -- correct? | 11:14:37 |
| 11 | A.   Correct. | 11:14:38 |
| 12 | Q.   And then on page 4, on the first bullet that | 11:14:38 |
| 13 | begins on the 1H13 earnings call, if you skip to the | 11:15:06 |
| 14 | end of the bullet, it says, "Overproduction is a | 11:15:11 |
| 15 | classic tool for manufacturing companies to | 11:15:14 |
| 16 | 'improve' their current gross margin, but it comes | 11:15:17 |
| 17 | at the expense of future gross margin.  TTI has been | 11:15:20 |
| 18 | improving its current gross margins for ten years | 11:15:24 |
| 19 | with this game." | 11:15:28 |
| 20 | During -- did you tell the people on the call | 11:15:29 |
| 21 | we were discussing that during your time you were at | 11:15:32 |
| 22 | the -- on the board, TTI was expanding its inventory | 11:15:34 |
| 23 | through overproduction to improve its current gross | 11:15:38 |
| 24 | margin at the expense of future gross margins? | 11:15:41 |
| 25 | A.   No, not that I recall. | 11:15:44 |