Exhibit 41

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
**alexspiro@quinnemanuel.com**

June 30, 2023

**HAND DELIVERY**

Jehoshaphat Research
c/o Victor Bonilla
3923 W Leona St.
Tampa, Florida 33629

Re:   Techtronic Industries Company Limited

Dear Mr. Bonilla,

We write on behalf of Techtronic Industries Company Limited ("TTI") regarding Jehoshaphat Research's malicious campaign of defamation, market manipulation and trade libel against our client.

Your lies do not warrant a point-by-point refutation. Indeed, TTI has already issued prompt, detailed and categorical refutations publicly. Suffice it to say, however, that your claims are not only false but obviously so, reflecting an utter disregard for truth in your avaricious quest to enrich yourselves.

Despite the utter falsity of your allegations, the harmful effects are real and ongoing. In addition to the billions of dollars of damage that your lies have inflicted on TTI's shareholders, TTI itself has been forced to expend significant time and incur great expense responding to your falsehoods and protecting its business and reputation from your lies. The company intends to seek all available remedies including compensation for all damages incurred.

Jehoshaphat, its current and former officers, employees, contractors, and any and all agents, affiliates and associates, including but not limited to hedge funds, private equity firms, funders, interviewees (including all current or former employees of TTI), and aligned stock traders or brokers, will immediately take all steps to preserve any and all documents, communications and information in any form related to TTI, including all documents and communications relating to any and all of your or your affiliates' trading in TTI's stock or any related futures, options or other derivatives. You are hereby directed to provide this letter to any such entity or individual forthwith. Any failure to do so will result in additional claims by TTI.

quinn emanuel urquhart & sullivan, llp
ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

2

      Finally, TTI hereby demands that you cease and desist the publication of any additional false information regarding TTI, including publication through any surreptitious means intended to conceal your participation, and remove all "reports" and related materials regarding TTI on your website and Twitter account immediately.

Very truly yours,

Alex Spiro