UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TECHTRONIC INDUSTRIES
COMPANY LIMITED and
TECHTRONIC INDUSTRIES FACTORY
OUTLETS, INC.

        Plaintiffs,

    v.

VICTOR BONILLA,

        Defendant.

Case No. 8:23-cv-01734-CEH-AEP

**DECLARATION OF DILAN A. ESPER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, DILAN A. ESPER, declare:

1.    I am an attorney with Harder Stonerock LLP, counsel of record for Defendant Victor Bonilla ("Bonilla") in this case.

2.    I submit this declaration in support of Bonilla's Opposition to Plaintiffs Techtronic Industries Company Limited's and Techtronic Industries Factory Outlets, Inc.'s (collectively, "Techtronic") Motion for Partial Summary Judgment.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify as set forth herein.

3.    Attached as Exhibit B to the concurrently filed Motion to File Under Seal is Exhibit 1 in Support of Bonilla's Opposition to Techtronic's Motion for

Partial Summary Judgment, which is a true and correct copy of excerpts of the deposition of David Stearns that I took in this action on July 15, 2024.

I declare under penalty of perjury that the foregoing is true.

Executed October 22, 2024

_/s/ Dilan A. Esper_
DILAN A. ESPER

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2024, the foregoing document

was electronically filed with the Clerk of Court using CM/ECF, which will

electronically send a notice of electronic filing to Plaintiff's attorneys of record

| | |
|---|---|
| Jason Sternberg (*pro hac vice*)<br>Quinn Emanuel Urquhart Sullivan LLP<br>2601 South Bayshore Dr., Ste 1550<br>Miami, FL 33133<br>jasonsternberg@quinnemanuel.com | Kristin Tahler (*pro hac vice*)<br>Quinn Emanuel Urquhart Sullivan LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>kristintahler@quinnemanuel.com |
| David A. Nabors<br>Fla. Bar No. 1024722<br>Quinn Emanuel Urquhart Sullivan LLP<br>2601 S. Bayshore Drive, Suite 1550<br>Miami, FL 33133-5417 | Nicholas Inns (*pro hac vice*)<br>Quinn Emanuel Urquhart Sullivan LLP<br>1300 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>nicholasinns@quinnemanuel.com |

*/s/ Dilan A. Esper*
Attorney