**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

| | |
|---|---|
| Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc.,<br><br>                Plaintiffs,<br><br>– against –<br><br>Victor Bonilla,<br><br>                Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

## Declaration of Jason D. Sternberg

I, Jason D. Sternberg, declare as follows:

1.    I am a member of the bar of the Middle District of Florida and the State of Florida. I am a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc. (collectively, **TTI**). I am counsel of record for TTI in this case.

2.    I submit this declaration in support of TTI's Memorandum in Opposition to Defendant Victor Bonilla's (**Bonilla**) Motion for Summary Judgment. I make this declaration based on personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

3. As of the date of this Declaration, both the First and Second Reports remain on Bonilla's website, Jehoshaphat Research. Neither Report has been modified since they were initially posted.

4. **Exhibit 1** is a true and correct copy of a Carrollwood Capital presentation that Bonilla produced in discovery in this case at Bates BONILLA 004198_0004.

5. **Exhibit 2** is a true and correct copy of excerpts of the deposition of Victor Bonilla on July 10, 2024.

6. **Exhibit 3** is a true and correct copy of a contract between Victor Bonilla and Muddy Waters that Bonilla produced in discovery in this case at Bates BONILLA 006420.

7. **Exhibit 4** is a true and correct copy of a document that Muddy Waters produced in discovery in this case at Bates MW0002030.

8. **Exhibit 5** is a true and correct copy of a Carrollwood Capital Activity Report dated June 9, 2023 that Bonilla produced in discovery in this case at Bates BONILLA 004175_0003.

9. **Exhibit 6** is a true and correct copy of Victor Bonilla's trading records that Bonilla produced in discovery in this case at Bates BONILLA 000012.

10. **Exhibit 7** is a true and correct copy of the expert report of Jeffrey W. Kopa dated July 12, 2024, which TTI served on Bonilla pursuant to Federal Rule of Civil Procedure 26.

11. **Exhibit 8** is a true and correct copy of the expert report of Christopher M. Rubel dated July 12, 2024, which TTI served on Bonilla pursuant to Federal Rule of Civil Procedure 26.

12. **Exhibit 9** is a true and correct copy of a TTI Accounting & Controllership Memo that TTI produced in discovery in this case at Bates TTI0000001.

13. **Exhibit 10** is a true and correct copy of a TTI policy document "Fixed Asset Management & Accounting Policy" that TTI produced in discovery in this case at Bates TTI0000005.

14. **Exhibit 11** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Katherine Helf, who testified as a corporate representative of TTI on July 12, 2024.

15. **Exhibit 12** is a true and correct copy of TTI's 2019 Annual Report that TTI produced in discovery in this case at Bates TTI0000578.

16. **Exhibit 13** is a true and correct copy of TTI's 2020 Annual Report that TTI produced in discovery in this case at Bates TTI0000913.

17. **Exhibit 14** is a true and correct copy of TTI's 2021 Annual Report that TTI produced in discovery in this case at Bates TTI0001462.

18. **Exhibit 15** is a true and correct copy of a TTI policy document "Accounting for Bad and Doubtful Debts" that TTI produced in discovery in this case at Bates TTI0000019.

19. **Exhibit 16** is a true and correct copy of a TTI document "Bad Debt Allowance Calculation" that TTI produced in discovery in this case at Bates TTI0000027.

20. **Exhibit 17** is a true and correct copy of TTI's 2022 Annual Report that TTI produced in discovery in this case at Bates TTI0001925.

21. **Exhibit 18** is a true and correct copy of a TTI February 2023 memorandum "Jehoshaphat Report Internal Audit Testing Details" that TTI produced in discovery in this case at Bates TTI0007247.

22. **Exhibit 19** is a true and correct copy of TTI's March 1, 2023 response to Victor Bonilla's First Report that TTI produced in discovery in this case at Bates TTI0000193.

23. **Exhibit 20** is a true and correct copy of TTI's 2023 Annual Report that TTI produced in discovery in this case at Bates TTI0010836.

24. **Exhibit 21** is a true and correct copy of a TTI document "Prepaid Summary" that TTI produced in discovery in this case at Bates TTI0003958.

25. **Exhibit 22** is a true and correct copy of excerpts of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of David Stearns, who testified as a corporate representative of TTI on July 15, 2024.

26. **Exhibit 23** true and correct copy of the Strategic Initiative Agreement between TTI and The Home Depot, Inc. that TTI produced in discovery in this case at Bates TTI0002878.

27. **Exhibit 24** is a true and correct copy of a 2023 inventory of Direct Tool Factory Outlet that TTI produced in discovery in this case at Bates TTI0003480.

28. **Exhibit 25** is a true and correct copy of a 2024 review of the Direct Tool Factory Outlet that TTI produced in discovery in this case at Bates TTI0003444.

29. **Exhibit 26** is a true and correct copy of email communications The Home Depot, Inc. produced in discovery in this case at Bates THD_Bonilla000001.

30. **Exhibit 27** is a true and correct copy of TTI's August 1, 2024 Responses to Bonilla's Interrogatories Set One.

31. **Exhibit 28** is a true and correct copy of excerpts of the deposition of Ralph Pisani on June 20, 2024.

32. **Exhibit 29** is a true and correct copy of excerpts of the deposition of Joel Schleicher on August 30, 2024.

33. **Exhibit 30** is a true and correct copy of a tab excerpted from a spreadsheet produced by Bonilla in discovery in this case at Bates BONILLA 00010.

34. **Exhibit 31** is a true and correct copy of a tab excerpted from a spreadsheet produced by Bonilla in discovery in this case at Bates BONILLA 00010.

35. **Exhibit 32** is a true and correct copy of TTI's 2018 Annual Report that TTI produced in discovery in this case at Bates TTI0000281.

36. **Exhibit 33** is a true and correct copy of TTI's 2017 Annual Report that TTI produced in this case at Bates TTI0010283.

37. **Exhibit 34** is a true and correct copy of TTI's 2016 Annual Report that TTI produced in discovery in this case at Bates TTI0009925.

38. **Exhibit 35** is a true and correct copy of excerpts of the deposition of Albert Vita on June 20, 2024.

39. **Exhibit 36** is a true and correct copy of excerpts of the deposition of Mark Hartman on July 1, 2024.

40. **Exhibit 37** is a true and correct transcript prepared by Transperfect of an audio recording of a conversation between Victor Bonilla and Albert Vita that Bonilla produced in discovery in this case at Bates BONILLA 006360.

41. **Exhibit 38** is a true and correct transcript prepared by Transperfect of an audio recording of a conversation with Mark Hartman that Bonilla produced in discovery in this case at Bates BONILLA 006361.

42. **Exhibit 39** is a true and correct copy of an email from Molly Powers to Victor Bonilla dated May 1, 2023 that Bonilla produced in discovery at Bates BONILLA_004302.

43. **Exhibit 40** is a true and correct copy of TTI's June 6, 2023 response to Victor Bonilla's Second Report that TTI produced in discovery in this case at Bates TTI0000204.

6

44. **Exhibit 41** is a true and correct copy of a letter that TTI sent Victor Bonilla on June 30, 2023.

45. **Exhibit 42** is a true and correct copy of a printout of the Jehoshaphat Research website at https://jehoshaphatresearch.com/research/.

Executed on October 22, 2024, in Miami Florida.

                                               /s/ *Jason D. Sternberg*
                                                         Jason D. Sternberg