Exhibit 29

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                   TAMPA DIVISION
              Case No. 8:23-CV-01734-CEH-AEP
 3
 4   TECHTRONIC INDUSTRIES
     COMPANY LIMITED,
 5
           Plaintiff,
 6
 7   vs.
 8   VICTOR BONILLA,
 9         Defendant.
10
           VIDEOTAPED DEPOSITION OF JOEL SCHLEICHER
11
12
     DATE TAKEN:    August 30, 2024
13
     TIME:          10:23 a.m. - 11:54 a.m.
14
     PLACE:         Veritext Legal Solutions
15                  201 East Kennedy Boulevard
                    Suite 712
16                  Tampa, Florida 33602
17   CALLED BY:     Plaintiff
18   TAKEN BY:      Tami Cline, RMR, CRR
19
20
21
22
23
24
25
```

```
                                                              Page 33
 1      in the first conversation, I said I would not talk      11:07:42
 2      about anything related to anything while I was on       11:07:49
 3      the board, and that anything that occurred after I      11:07:52
 4      left the board was pure hypothecation.  And they        11:07:56
 5      might have asked me some accounting questions, which    11:08:04
 6      I would give an opinion on.                             11:08:11
 7         Q.   Do you recall if they asked whether you had     11:08:13
 8      knowledge of TTI's current practices?                   11:08:21
 9         A.   I don't recall.                                 11:08:23
10         Q.   Did they review any documents with you during   11:08:25
11      the call?                                               11:08:36
12         A.   They didn't provide me any documents that I     11:08:37
13      recall.                                                 11:08:45
14         Q.   Do you recall if they read any documents to     11:08:46
15      you?                                                    11:08:53
16         A.   I don't recall.                                 11:08:53
17         Q.   Okay.  Let's take a look at some of the         11:08:56
18      specific statements in the report.  Not too many.       11:09:05
19      But if you go to page 2 of the report.  It's titled,    11:09:14
20      "Executive summary," and at the top it says,            11:09:30
21      "Operating income overstated by 40 to 70 percent by     11:09:35
22      accounting games."                                      11:09:39
23              And -- do you see that?                         11:09:46
24         A.   I do.                                           11:09:47
25         Q.   Did you tell the people on the call we were     11:09:47
```

|  |  | Page 34 |
|---|---|---|
| 1 | just discussing that TTI -- TTI was overstating its | 11:09:50 |
| 2 | operating income by 40 to 70 percent? | 11:09:54 |
| 3 | A.   I did not. | 11:09:57 |
| 4 | Q.   Do you think it would have been fair and | 11:09:57 |
| 5 | reasonable for the authors of the report to base | 11:10:01 |
| 6 | this statement about overstating by 40 to 70 percent | 11:10:03 |
| 7 | on what you told them? | 11:10:08 |
| 8 | MR. ESPER:  Object as to form. | 11:10:11 |
| 9 | THE WITNESS:  I would have no idea. | 11:10:13 |
| 10 | BY MS. TAHLER: | 11:10:14 |
| 11 | Q.   Well, based on what you said, could they make | 11:10:16 |
| 12 | the statement that TTI was overstating by 40 to | 11:10:19 |
| 13 | 70 percent? | 11:10:22 |
| 14 | MR. ESPER:  Same objection. | 11:10:26 |
| 15 | THE WITNESS:  I'm not sure what he -- am I | 11:10:28 |
| 16 | supposed to answer? | 11:10:30 |
| 17 | MR. FERGUSON:  You can answer. | 11:10:31 |
| 18 | BY MS. TAHLER: | 11:10:32 |
| 19 | Q.   You can answer. | 11:10:33 |
| 20 | MR. FERGUSON:  You can answer. | 11:10:33 |
| 21 | THE WITNESS:  Okay.  Again, I will point out | 11:10:34 |
| 22 | this report is from 2013 to 2022.  I was only on | 11:10:37 |
| 23 | the board for three of those years.  Okay?  The | 11:10:42 |
| 24 | reported EBITDA in 2015, if that's when I left, | 11:10:46 |
| 25 | was 414,000.  Reported EBITDA projected in 2022 is | 11:10:49 |

|  |  | Page 35 |
|---|---|---|
| 1 | 1,300,000 -- or 1,000,318,000 -- or | 11:10:55 |
| 2 | 1,318,000,000 -- yeah. 1,318,000,000. Okay? And | 11:11:02 |
| 3 | if that's the case, that's four times larger than | 11:11:05 |
| 4 | when I was on the board. | 11:11:08 |
| 5 | So I'm in no position to tell you whether | 11:11:10 |
| 6 | that statement is a correct statement or not. | 11:11:13 |
| 7 | BY MS. TAHLER: | 11:11:16 |
| 8 | Q. Right. All I'm trying to say is nothing that | 11:11:16 |
| 9 | you would have said for the limited time you were | 11:11:18 |
| 10 | there would have -- you know, would -- was that they | 11:11:20 |
| 11 | were overinflating? | 11:11:26 |
| 12 | A. I do not -- | 11:11:28 |
| 13 | MR. ESPER: Same objection. | 11:11:29 |
| 14 | THE WITNESS: I do not believe that when I | 11:11:30 |
| 15 | was on the board and involved, that there was any | 11:11:32 |
| 16 | misrepresentation of the financial statements. | 11:11:38 |
| 17 | BY MS. TAHLER: | 11:11:40 |
| 18 | Q. In the -- looking under the chart in the | 11:11:41 |
| 19 | middle, a bullet starts, "Unlike with many companies | 11:11:59 |
| 20 | opportunistically using an accounting shenanigan | 11:12:08 |
| 21 | here and there, TTI's financials are littered with | 11:12:11 |
| 22 | evidence of costs being deceptively managed | 11:12:14 |
| 23 | downward." | 11:12:18 |
| 24 | Did you tell the people on the call that | 11:12:18 |
| 25 | we've been discussing that TTI's costs were being | 11:12:22 |

|     |                                                              | Page 36   |
| --- | ------------------------------------------------------------ | --------- |
| 1   | deceptively managed downward?                                | 11:12:23  |
| 2   | A.  No, not that I recall.                                   | 11:12:26  |
| 3   | Q.  Well, is that something that you believed?               | 11:12:28  |
| 4   | A.  I -- I'm not in a position to believe.  I                | 11:12:33  |
| 5   | have -- I have no knowledge of                               | 11:12:37  |
| 6   | 2016, '17, '18, '19, '20, '21.                               | 11:12:43  |
| 7   | Q.  Understood.  And I -- my -- my questions --              | 11:12:44  |
| 8   | I'm not suggesting that you know about those dates.          | 11:12:47  |
| 9   | My questions are related to the time that you were           | 11:12:50  |
| 10  | there.  And --                                               | 11:12:53  |
| 11  | A.  As I said, at the time that I was there, I               | 11:12:56  |
| 12  | believed the financials were accurately presented.           | 11:12:59  |
| 13  | Q.  So you did not say, in the time you were                 | 11:13:03  |
| 14  | there, that TTI's costs were being deceptively               | 11:13:15  |
| 15  | managed downward?                                            | 11:13:18  |
| 16  | A.  No.                                                      | 11:13:19  |
| 17  | Q.  And if we jump over to page 3, right in the              | 11:13:19  |
| 18  | middle there's a bullet and then an indented bullet.         | 11:13:33  |
| 19  | And at the end of that indented bullet it says,              | 11:13:45  |
| 20  | "These regular massive losses on sale indicate               | 11:13:48  |
| 21  | inflated asset values."                                      | 11:13:51  |
| 22  | Did you -- did you tell the people on the                    | 11:13:54  |
| 23  | call that we were just discussing that TTI inflates          | 11:13:59  |
| 24  | asset values by capitalizing routine business                | 11:14:02  |
| 25  | expenses into PPE?                                           | 11:14:08  |

|    |                                                                    | Page 37  |
|----|--------------------------------------------------------------------|----------|
| 1  | A.   Again, if you look at the chart below, the                    | 11:14:10 |
| 2  | majority what they're referring to is after the time               | 11:14:11 |
| 3  | I left the board, so what conclusions they draw is                 | 11:14:12 |
| 4  | their own conclusion.                                              | 11:14:17 |
| 5  | Q.   But you didn't say anything -- strike that.                   | 11:14:18 |
| 6  | You did not tell the people on the call that                       | 11:14:23 |
| 7  | during the time that you were there, TTI was                       | 11:14:27 |
| 8  | inflating asset values --                                          | 11:14:34 |
| 9  | A.   No.                                                           | 11:14:37 |
| 10 | Q.   -- correct?                                                   | 11:14:37 |
| 11 | A.   Correct.                                                      | 11:14:38 |
| 12 | Q.   And then on page 4, on the first bullet that                  | 11:14:38 |
| 13 | begins on the 1H13 earnings call, if you skip to the               | 11:15:06 |
| 14 | end of the bullet, it says, "Overproduction is a                   | 11:15:11 |
| 15 | classic tool for manufacturing companies to                        | 11:15:14 |
| 16 | 'improve' their current gross margin, but it comes                 | 11:15:17 |
| 17 | at the expense of future gross margin.  TTI has been               | 11:15:20 |
| 18 | improving its current gross margins for ten years                  | 11:15:24 |
| 19 | with this game."                                                   | 11:15:28 |
| 20 | During -- did you tell the people on the call                      | 11:15:29 |
| 21 | we were discussing that during your time you were at               | 11:15:32 |
| 22 | the -- on the board, TTI was expanding its inventory               | 11:15:34 |
| 23 | through overproduction to improve its current gross                | 11:15:38 |
| 24 | margin at the expense of future gross margins?                     | 11:15:41 |
| 25 | A.   No, not that I recall.                                        | 11:15:44 |