Exhibit 35

Page 1

1                UNITED STATES DISTRICT COURT
                          for the
2                 Middle District of Florida
3     Techtronic Indus. Co. Ltd.,
4
           Plaintiff,
5
      vs.                          Civil Action No.
6                                  8:23-cv-01734-CEH-AEP
      Victor Bonilla,
7
           Defendant.
8
9           VIDEO DEPOSITION OF ALBERT VITA
                    June 25, 2024
10                    10:37 a.m.
         Quinn Emanuel Urquhart & Sullivan LLP
11              1200 Abernathy Road NE
                     Suite 1500
12                 Atlanta, Georgia
13        Valerie N. Almand, RPR, CRR, CRC
          David Ramirez, Legal Video Specialist

Page 30

1  Techtronic.
2       Q.  Okay.  So you mentioned before that your
3  role at Home Depot wouldn't necessarily put you in
4  the room where the contract between -- or
5  contracts between Techtronic or Home Depot
6  happened.  What did you mean by that?
7       A.  Yes, right.  So I would expect that
8  senior levels of leadership on the Techtronic
9  side, I would also expect like senior levels of
10 Home Depot, meaning the senior merchants,
11 merchandising VP, SVP, potentially EVP level, like
12 that top tier of these organizations, right, A,
13 director or senior director level, right, I
14 wouldn't even say is high enough, right.
15          And then also, B, given the fact that my
16 role was not core merchandising, right, then
17 that's another reason as well.  So as far as the
18 actual hammering out of what is in that contract,
19 not in the room, and before my time.
20          Now, one thing that I will say is that
21 the result of it, that's -- that's just using your
22 eyeballs, right.  So in other words, when you see
23 Ryobi advertises exclusive at Home Depot, right,
24 that would be an output, or if you start to see
25 Milwaukee Tools in other retailers other than

Page 31

1    Home -- well, in other locations, distributors or
2    retailers other than Home Depot, that is also very
3    telling as well.
4         Q.   All right.  So is the Direct Tools
5    Factory Outlet a division of Home Depot?
6         A.   No, not at all.
7         Q.   And have you ever worked for Techtronic's
8    Direct Tools Outlet?
9         A.   No.
10        Q.   So would you be able to speak to how
11   Techtronic decides what label to put on a
12   particular product in its Direct Tools stores?
13        A.   No, absolutely not, right.  One thing
14   that I'll mention, because it's come up in
15   conversation, is this concept of what does
16   blemished mean, right.  So, like, I would just
17   certainly say that I would have no direct impact
18   on what they put in the store or how they label it
19   or -- there's no direct interaction or affiliation
20   with Direct Tool Factory Outlets at all.
21        Q.   Okay.  So do you have personal knowledge
22   of Techtronic's labelling protocol for its Direct
23   Tools stores?
24        A.   Absolutely not.
25        Q.   Okay.

Page 35

1    this number on this day for an hour, or at least
2    we budget for an hour, but if you -- they start to
3    run over, I usually go into the client on the
4    phone says, I have no more questions.
5         Q.   How many people were involved in that
6    phone conversation with you?
7         A.   If memory serves, two.  How do I explain
8    that my memory is foggy.
9         Q.   That's --
10        A.   To the best of my memory there was more
11   than one, less than three, right.  I believe there
12   was two people.
13        Q.   Got it.  So you mentioned a report that
14   was published by the Jehoshaphat team.  How did
15   you react when you learned that the report was
16   published referencing statements you made?
17        A.   Shocked, shocked.  It wasn't -- it wasn't
18   just a report that used quotes.  It was a
19   surprise, like.  Like I have a Google feed on key
20   word search Techtronic to pop in every morning.
21   Next thing you know 6 a.m. I click on it
22   (indicating.)
23             So I didn't know that a report was going
24   to be published, for whatever reason, right.  I
25   didn't realize that it would just be public in the

1    public domain, right.
2            I -- as an independent advisor we're
3    coached to, Hey, don't talk about confidential
4    things, and I don't -- I don't, right, you know.
5    Like -- but I'm happy to share my opinion, right,
6    you know, or based on my observation of this item
7    I'm happy to share what I think about it, right.
8    That's what consulting is to me, right, like
9    you're giving advice.
10           So to answer your question, when I saw
11   the report there was really two primary reactions
12   that I want to talk about.  The first one was
13   after reading a few of the lines and recognizing
14   immediately these are some of my words, right,
15   although I believe there was some effort to be
16   anonymized, I mean, in a small community like
17   mine, right, I -- I live a block and a half away
18   from Home Depot's headquarters, right, I am a
19   shareholder, I am still very much in the world of
20   Home Depot, and to have -- to see this was a
21   surprise.
22           Now -- so two quick reactions.  Number
23   one was sort of the facts of -- or what the report
24   laid out was -- so I'm going to carve that out as
25   one reaction, and then the personal reaction of a

```
 1    bit of a violation of -- it's odd to say a
 2    violation of trust, because I didn't know them.
 3    They didn't know me.  But it was not -- there was
 4    no heads-up, there was no, We're going to publish
 5    this, man.  Want to review it, you know, or, Are
 6    you good with this quote?  It wasn't anything like
 7    that.  It was just a complete shock.
 8              And then at first I was angry at
 9    Guidepoint, you know, like is there anything that
10    Guidepoint -- but I was like Guidepoint doesn't
11    know.  They're just the -- we will introduce you
12    guys, right.  That's not their fault, they're
13    not -- it's not Guidepoint's fault.
14              I just felt like -- I just felt like on a
15    personal note I felt surprised because it was not
16    raised to my attention that this was going to be
17    happening, on a -- on a professional side there
18    were like three words that popped into my head,
19    just immediately, right, when seeing the report.
20              The first -- there were three words.  The
21    first word was malicious, like when you read --
22    like for me it's like when you read something and,
23    Hey, I'm trying to present the facts and the whole
24    story, but like as I was reading the report it
25    felt like an attack, right.  Like this was --
```

Page 38

1    where the primary objective was not to report the
2    sort of the whole truth, you know, it was an
3    attack, right.  And that's -- so malicious was the
4    first word that I thought about of the three.
5             The second one was misleading.  Like
6    right in the head line of the report, I recognized
7    snippets of what I said.  But there were ellipses,
8    the dot dot dot, like, A, my quote was out of
9    context; and then, B, you're quoting someone with
10   several dot dot dots, what happened -- like then
11   to me I felt like that's not -- you're selectively
12   choosing like snippets.
13            Now, here's the thing that was like --
14   let me not -- let me editorialize.  Let me still
15   be honest, what my honest reaction to the report
16   was.  Malicious.  Misleading, right.  And then as
17   I started to read through it, manipulative.  I
18   started to get the sense that you're trying to
19   guide the reader to a certain place, right.  You
20   know, like no, don't formulate your own
21   conclusions, we're trying to guide you to a
22   certain place.
23            And like so, in other words, I reacted to
24   the report and some of the details of the report,
25   but then I also reacted as it was a shock to see

Page 77

1  that?
2      Q.  Well, let's start with any contract.
3      A.  Well, clearly, right, because they're a
4  big supplier of ours.
5      Q.  Okay.  And are you familiar with --
6  strike that.
7          Have you ever seen a contract that
8  governs the Direct Tools Factory Outlet's ability
9  to sell Ryobi products?
10     A.  No.
11     Q.  Okay.
12     A.  I've never seen that.  I have no
13 visibility into that.  All I'm going off of is
14 Home Depot's public marketing, right, of Ryobi is
15 exclusive at Home Depot, and I just interpret the
16 word "exclusive" to mean you're not going to see
17 it anywhere else.
18     Q.  Okay.  So did you provide a contract
19 between Techtronic and The Home Depot with respect
20 to Ryobi or any language in such a contract to the
21 individuals on the phone call?
22     A.  Did I provide a contract?  No.  That
23 would have absolutely been a clear violation of my
24 rules.  I would not have done that.  The only
25 thing I've ever submitted were the responses to

Page 103

1    context, correct?
2         A.  I -- that's correct.  I have never spoken
3    about this until today.
4         Q.  So with respect to this report, I'd like
5    you to take a look at page 20 of the report.
6         A.  I'm ready, page 20.
7         Q.  So there's a long quotation -- I won't
8    characterize it, but there's a long indented
9    portion here --
10        A.  Yes.
11        Q.  -- starting on the page, do you see that?
12        A.  I do see it.
13        Q.  Okay.  Do you have any reason to believe
14   you're not the former Home Depot executive that's
15   being quoted here?
16        A.  It seems -- I believe that this is a
17   quotation from our conversation with the client.
18        Q.  Okay.  So this first -- the first thing
19   you're quoted as saying is the definition of DTFO.
20   Yeah, it tends to be older end-of-life products
21   and repaired ones, do you see that?
22        A.  Yes.
23        Q.  And you said that to the Jehoshaphat
24   people, correct?
25        A.  Yes.

Page 104

1   Q.  And indeed, that is consistent with your
2   testimony here where you talked about --
3   A.  Yes, that's my understanding.  End of
4   life -- when I say end of life, it could be new, a
5   new product, but perhaps with a newer version, but
6   that would be -- that's also how I would define
7   end of life, or a used and refurbished or somehow
8   repaired, but, like, it may not be brand new, but
9   it's been factory proven still -- still some life
10  to it, and so we're going to sell it now.
11  Q.  So the next line, Jehoshaphat says, What
12  about perfectly good not repaired newish products?
13  Is that prohibited by HD?  Did Jehoshaphat ask
14  that question to you?
15  A.  I don't remember the specifics of the
16  conversation, but it seems consistent with the
17  nature of where we were in discussing this.
18  Q.  You see there's a long answer there.  I
19  don't want to read it all for the record.  It's
20  the nine -- it's the eight-line-long answer, the
21  middle of page 20 of the report.  But you the read
22  it to yourself, and I want to know if there's
23  anything in that quote that's inaccurate.
24  A.  The one that starts off with the
25  highlight in yellow?

1       Q.  No, the one that is eight lines long
2    starting with "when they [TTI] discuss --
3       A.  Okay.
4       Q.  Read that to yourself and tell me if
5    there's anything that's an inaccurate quote.
6       A.  Are these dot dot dots pauses, or is that
7    how I'm supposed to read, these are -- so it's a
8    direct quote but these dot dot dots are pauses?
9       Q.  I'm just asking if you see anything in
10   there that you think you didn't say.
11      A.  I'm not seeing anything that I would say
12   I did not say.  So --
13      Q.  Okay.
14      A.  -- I am not seeing issues here with this
15   quote.
16      Q.  Okay.  So now there's another question
17   from Jehoshaphat, What would violating exclusivity
18   look like, just in theory?  Did Jehoshaphat ask
19   you that question?
20      A.  Again, I don't recall the verbatim of the
21   conversation, but it does seem consistent with the
22   call.
23      Q.  Okay.  And then there's a response here
24   that's from the executive, We can't get into the
25   confidential wording of the contract itself, but

Page 106

1   at a high level it means you are not selling new
2   items through any other retail channel, whether on
3   line or physical store, from a factory outlet
4   perspective.  It's very clear, you have a new
5   Ryobi drill, a brand new drill on sale at DTFO,
6   that TTI just made too many of, that would be a no
7   no.  Did you say that?
8        A.   Yes, that's consistent with my
9   understanding.
10       Q.   Then there's another question, What if
11  the DTFO is selling new products but they're
12  blemished?  Were you asked that question?
13       A.   I believe -- yes, I was.
14       Q.   And the answer you gave was, Without
15  getting into the confidential contract, at a high
16  level that would actually be okay.  A lot of times
17  it could even be the box that got blemished, and
18  "just" is in brackets there.
19            Did you say those words?
20       A.   Yes, this response seems consistent -- is
21  consistent with what I believe I said.
22       Q.   Go to page 21, there's continued indented
23  material.  Jehoshaphat asks, Would you expect that
24  most of the stuff at the DTFO store would be
25  blemished product?  Do you see that?

1      A.   Yes.

2      Q.   Were you asked that?

3      A.   Yes.

4      Q.   And your response, I would expect that
5  not to be a common thing.  They sell clean and
6  fresh and straight line boxes in the store I
7  walked myself.  Let's leave out the brackets,
8  which means the answer, but did you say those
9  words?

10     A.   Yes.  I believe I said this.

11     Q.   Okay.  So the next question:  What if I
12 told you that I went to a store myself and almost
13 everything there was marked blemished?  Were you
14 asked that?

15     A.   Yes.

16     Q.   And the response, That is surprising.  I
17 mean, how are we talking about blemish here, when
18 the majority of the store is marked as blemished,
19 that would surprise me because I would have
20 thought the bulk of the store is fine, but just
21 end of life.  Did you say those words?

22     A.   Yes.

23     Q.   And the next question, go to the DTFO
24 website, everything for sale is either blemished
25 or reconditioned, is that odd?  Were you asked

Page 108

1    that?
2         A.  Yes.
3         Q.  And the response, Yes, but to be honest,
4    I managed power tools for a long time at Depot and
5    this level of scrutiny on DTFO never happened, it
6    was worth doing.  Did you say that?
7         A.  Yes, yes.  To my knowledge that level of
8    scrutiny on DTFO inventory had -- was not done.
9         Q.  And then there's a long quotation here,
10   and again, I want to make two caveats here.  First
11   of all, I'm not going to hold you to anything in
12   brackets, because that may have been inserted
13   by --
14        A.  Yes, okay.
15        Q.  -- Jehoshaphat.  Also, I acknowledge
16   there are ellipses in there, so there might be
17   some words that were left out that you did say.
18   But I'm interested in what is here, this long
19   three-paragraph --
20        A.  Yep.  Okay.
21        Q.  -- indented passage on this page, on page
22   21 of the report.  I'd like to know if you said
23   these words.
24        A.  Yes, I believe I said these words.
25        Q.  Okay.  So now let's go to page 22.  Were

1    you asked, I buy the tool from DTFO myself, it
2    doesn't look blemished to me.  Are the standards
3    for blemished at Home Depot incredibly high?  Were
4    you asked that?
5         A.   Yes.
6         Q.   And your response again is three
7    paragraphs long, and not holding you to anything
8    that's in brackets, and acknowledging that there
9    are some ellipses where other things might have
10   been said, did you say these words that are quoted
11   in response to that?
12        A.   One moment.  Yes.  These quotes are
13   consistent with what I recall saying.
14        Q.   Okay.  Now, there you mention a short
15   seller's report in this passage.  Was that
16   referring to a previous report issued by
17   Jehoshaphat Research?
18        A.   Yes.  It was referring -- and not -- I
19   don't believe at this time I knew that I was
20   talking to Jehoshaphat.  But if I remember the
21   conversation, it was a reference to the first
22   report where it called into some of TTI's margins.
23        Q.   Okay.  And what knowledge do you have
24   about Home Depot's reaction to that short seller's
25   report?