Exhibit 42





September 30, 2024

## Jehoshaphat Research is Short Montrose Environmental (MEG)

Read Report >



May 21, 2024

## Jehoshaphat Research is Short Toro (TTC)

Read Report >



April 1, 2024

## Jehoshaphat Research is Short Doximity (DOCS)

Read Report >

February 6, 2024



## Jehoshaphat Research is Short Dun & Bradstreet (DNB)

Read Report >

October 16, 2023



## Jehoshaphat Research is Short R1 RCM Inc. (RCM)

Read Report >

July 19, 2023



## Jehoshaphat Research is Short Service Corporation International (SCI)

Read Report >



June 5, 2023

## Techtronic Short Report #2: Defrauding Home Depot on a Massive Scale

Read Report >



April 18, 2023

## Jehoshaphat Research is Short Universal Display Corp. (OLED)

Read Report >



February 23, 2023

## Jehoshaphat Research is Short Techtronic Industries Ltd. (669 HK)

Read Report >



December 7, 2022

## Jehoshaphat Research is Short Progyny (PGNY)

Read Report >



September 15, 2022

## Jehoshaphat Research is Short Array Technologies (ARRY)

Read Report >



July 22, 2022

## Jehoshaphat Research is short Hannon Armstrong (HASI)

Read Report >



June 9, 2022

## Jehoshaphat Research is Short Ameresco (AMRC)

Read Report >



January 13, 2022

## Jehoshaphat Research is Short BWX Technologies, Inc. (BWXT)

Read Report >



October 12, 2021

## Jehoshaphat Research is Short MaxLinear Inc. (MXL)

Read Report >

August 11, 2021



## Update to our Short Thesis on AdaptHealth (AHCO)

Read Report >

July 19, 2021



## Jehoshaphat Research is Short AdaptHealth Corp. (AHCO)

Read Report >

June 1, 2021



## Jehoshaphat Research is Short View, Inc. (VIEW)

Read Report >



March 31, 2021

## Jehoshaphat Research is Short Amdocs Ltd. (DOX)

Read Report >



Home

Research

About

News

Careers

Contact

Privacy   Terms of Use

© Jehoshaphat Research. All rights reserved.

Join our mailing list    Sign up