# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TECHTRONIC INDUSTRIES
COMPANY LIMITED and
TECHTRONIC INDUSTRIES
FACTORY OUTLETS, INC.,

    Plaintiffs,

v.                                            Case No: 8:23-cv-1734-CEH-AEP

VICTOR BONILLA,

    Defendant.
_____/

## **ORDER**

    This matter comes before the Court on Plaintiffs' Motion for a Special Set Jury Trial (Doc. 116), filed on January 14, 2025. In the motion, Plaintiffs request the Court specially set this case for trial beginning March 31, 2025. The Court, having considered the motion and being fully advised in the premises, will deny Plaintiffs' Motion for a Special Set Jury Trial.

## **DISCUSSION**

    In this defamation action, Plaintiffs Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc. (collectively "TTI"), sue Defendant Victor Bonilla ("Bonilla") for state law claims of libel and libel *per se* arising out of Bonilla's publication of two reports asserting TTI's corporate malfeasance. The parties have filed *Daubert* and summary judgment motions, which are pending before the

Court. The case is scheduled for trial during the Court's March 2025 trial term that commences March 3, 2025. The parties estimate the trial to last 7 to 10 days.

TTI requests this Court specially set the case for trial beginning on March 31, 2025. In support, TTI submits that the vast majority of the witnesses, lawyers, and TTI representatives are from outside the Tampa area and will need to make travel plans and long-term hotel arrangements. According to the motion, Bonilla opposes a specially set trial on March 31, 2025, because of a concern that the Court will have insufficient time to fully consider the pending motions. TTI alternatively requests that if the Court is not inclined to specially set the case for trial on March 31, 2025, due to the pending motions, TTI requests the case be set for a date certain in the future that is mutually agreeable to the Court and the parties and is no less than 45 days after the Court's ruling on the pending motions.

TTI correctly recognizes that cases are not typically specially set on the Court's trial docket.[1] This is so, in part, because criminal trials take precedence over trials in civil matters. Because the Court has a criminal trial scheduled to begin April 7, 2025, and the instant case will last more than one week, the Court will not be able to begin the trial of this case on March 31, 2025. Thus, Plaintiffs' motion is due to be denied. In any event, considering the Court's current criminal trial schedule and other pending matters, it is unlikely that this case will be tried in March 2025, particularly given that

---

[1] In civil matters, the Court endeavors at the pretrial conference to provide the parties with an anticipated start date for their trial during the scheduled trial term, depending on what other trials are scheduled during the same term.

the *Daubert* and summary judgment motions are pending. Accordingly, the Court will stay the remaining pretrial deadlines, cancel the pretrial conference scheduled for February 18, 2025, and the trial scheduled on the Court's March 2025 docket. The Court will reschedule the case for trial, if necessary, after the Court issues its order on the pending motions. Accordingly, it is

    **ORDERED**:

    1.    Plaintiffs' Motion for a Special Set Jury Trial (Doc. 116) is **DENIED**.

    2.    The pretrial conference scheduled for February 18, 2025; the remaining pretrial deadlines; and the trial set for the Court's March 2025 trial term beginning March 3, 2025, are canceled, pending a ruling by the Court on the summary judgment and *Daubert* motions.

    3.    Following the Court's ruling on the pending motions, the Court will issue an amended Case Management and Scheduling Order setting new pretrial deadlines and scheduling the pretrial conference and trial.

    **DONE AND ORDERED** in Tampa, Florida on January 15, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any