UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

TECHTRONIC INDUSTRIES COMPANY
LIMITED, AND TECHTRONIC
INDUSTRIES FACTORY OUTLETS, INC.,

    Plaintiffs,

v.                                                             CASE NO. 8:23-CV-01734-CEH-AEP

VICTOR BONILLA,

    Defendant.

---

**NON-PARTIES MUDDY WATERS CAPITAL LLC AND MW DOMINO MANAGEMENT LLC'S [1] DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒      No.

    ☐      Yes, and

          ☐      These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

          ☐      The filer has no parent corporation.

---

[1] Muddy Waters Capital LLC and MW Domino Management LLC are appearing in this action for the limited purpose of moving to intervene, ultimately to oppose Plaintiff TTI's Time-Sensitive Motion to Modify Stipulated Protective Order, D.E. 118, and to file related sealing papers, and they do not consent to general personal jurisdiction in this Court.

138609953.1

    ☐    No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☐    No.

    ☒    Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: Muddy Waters Capital LLC (Texas), MW Domino Management LLC (Texas), Puppies & Rainbows LLC (Texas), Hamster Style LLC (Texas), Carson Block (Texas), and Kathy Block (Texas).

    a.    Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        ☐    No.

        ☒    Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

    b.    Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

        ☒    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

    c.    Is the filer an insurer?

        ☒    No.

        ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

    d.     Is the filer a legal representative?

        ☒     No.

        ☐     Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

    e.     Has the filer identified any corporation?

        ☒     No.

        ☐     Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

    f.     Has the filer identified any natural person?

        ☐     No.

        ☒     Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.     Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

    ☒     No.

    ☐     Yes. These additional persons and entities have or might have an interest in the outcome of the action: []

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

   ☒ No.

   ☐ Yes, and this is the entity: [].

Is this a bankruptcy action?

   ☒ No.

   ☐ Yes, and the debtor is [].

   ☐ Yes, and the members of the creditors' committee are [].

5. Is this a criminal case?

   ☒ No.

   ☐ Yes, and these persons are arguably eligible for restitution: [].

6. Is there an additional entity likely to actively participate in this action?

   ☒ No.

   ☐ Yes, and this is the entity: [].

7. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   ☒ Yes.

Signed:

/s/ John E. Clabby
John E. Clabby
Florida Bar Number 113664
Julian C. Velez
Florida Bar Number 1032236
CARLTON FIELDS, P.A.
Corporate Center Three International Plaza
4221 W. Boy Scout Blvd., 10th Floor (33607)
P.O. Box 3239
Tampa, Florida 33601
Telephone: (813) 223-7000
Fax: (813) 229-4133
jclabby@carltonfields.com
jvelez@carltonfields.com

and

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
John S. Summers (*pro hac vice* forthcoming)
jsummers@hangley.com
Andrew M. Erdlen (*pro hac vice* pending)
aerdlen@hangley.com
Kyle Victor (*pro hac vice* pending)
kvictor@hangley.com
Mark A. Aronchick (*pro hac vice* pending)
maronchick@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200

*Counsel for Non-Party Muddy Waters Capital LLC and MW Domino Management LLC*

5

138609953.1