# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:23-cv-1734-CEH-AEP | DATE: | February 10, 2025 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **TECHTRONIC INDUSTRIES COMPANY LIMITED, et al.**<br><br>     **Plaintiff,**<br>**v.**<br><br>**VICTOR BONILLA, et al.**<br>     **Defendant** | | **PLAINTIFFS COUNSEL**<br>Jason Sternberg, Tara MacNeill, Laura Ferguson<br>Kristin Tahler | |
| | | **DEFENDANTS COUNSEL**<br>Jonathan Weiss, Dilan Esper<br><br>John Clabby, Kyle Victor, Andrew Erdlen, Mark Aronchick for intervenor | |
| **COURT REPORTER:** digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 3:00 to 3:24      **TOTAL:** 24 min | | **COURTROOM:** | 10A |

**PROCEEDINGS:    ZOOM MOTION HEARING**

Time Sensitive MOTION to Modify 54 Order on Motion for Protective Order, (Redacted) by Techtronic Industries Company Limited, Techtronic Industries Factory Outlets, Inc. (#118)

Oral argument heard.

Matter is taken under advisement.