# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

TECHTRONIC INDUSTRIES COMPANY LIMITED and TECHTRONIC INDUSTRIES FACTORY OUTLETS, INC.,

        Plaintiffs,

  v.

VICTOR BONILLA,

        Defendant.

Case No. 8:23-cv-01734-CEH-AEP

## NOTICE OF COMPLIANCE OF MARK A. ARONCHICK

COMES NOW, the undersigned counsel gives notice of compliance with the Court's Endorsed Order (Doc. No. 132) and Local Rule 2.01(c) and states that the electronic filing requirements have been completed and applicable fees have been paid in connection with Mark A. Aronchick's Motion to Appear *Pro Hac Vice*.

Date: February 20, 2025

Respectfully submitted,

/s/ *John E. Clabby*
John E. Clabby
Florida Bar Number 113664
Julian C. Velez
Florida Bar Number 1032236
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., 10th Floor (33607)
P.O. Box 3239
Tampa, Florida 33601
Telephone: (813) 223-7000
Fax: (813) 229-4133
jclabby@carltonfields.com
jcvelez@carltonfields.com

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
John S. Summers (*pro hac vice* forthcoming)
jsummers@hangley.com
Andrew M. Erdlen (*pro hac vice*)
aerdlen@hangley.com
Kyle Victor (*pro hac vice*)
kvictor@hangley.com
Mark A. Aronchick (*pro hac vice*)
maronchick@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
*Counsel for Non-Parties Muddy Waters Capital LLC and MW Domino Management LLC*