# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc., <br><br> Plaintiffs, <br><br> – against – <br><br> Victor Bonilla, <br><br> Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

## TTI'S *UNOPPOSED* MOTION TO EXTEND DEADLINE TO OPPOSE MOTION TO REMOVE CONFIDENTIALITY DESIGNATIONS FROM DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 6, Plaintiffs Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc. (together, "TTI"), move for an extension of the deadline to oppose Defendant's Motion to Remove Confidentiality Designation from Certain Documents ("Motion to De-Designate") [ECF No. 153]. TTI seeks a brief 7-day extension to file its response, moving the deadline from March 20, 2025 to March 27, 2025. Defendant Victor Bonilla ("Bonilla") does not oppose TTI's request for an extension.

## BACKGROUND

On March 6, 2025, Bonilla filed the Motion to De-Designate, seeking to de-designate certain documents TTI had designated as confidential pursuant to the

parties' Stipulated Protected Order (ECF No. 54), including: (1) an agreement between TTI and its business partner The Home Depot; (2) deposition testimony of TTI employees Katherine Helf and David Stearns; (3) all deposition testimony of TTI's expert Jeffrey Kopa; (4) the expert and rebuttal reports of Jeffrey Kopa, as well as the report of Bonilla's expert Chris Westland; (5) documents showing TTI's internal accounting policies; (6) documents reflecting TTI's award of retention incentives to its employees; and (7) a loan utilization request.

To properly respond to Bonilla's Motion, TTI's counsel must undertake an extensive re-review of the material at issue and consult with TTI regarding the confidentiality interests at issue. The current deadline to oppose the Motion to De-Designate is March 20, 2025. Given the press of other professional commitments, TTI's counsel respectfully requests a one week extension of time.

## **MEMORANDUM OF LAW**

Rule 6(b) of the Federal Rules of Civil Procedure provides that a "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if the request is made, before the original time." Fed. R. Civ. P. 6(b)(1)(A). "Good cause in this context is not a strict standard. It is meant to accommodate any myriad of circumstances that might necessitate more time." *Garramone v. Noshirvan*, 2024 WL 2833742, at *1 (M.D. Fla. June 4, 2024).

TTI respectfully submits that good cause exists to extend the deadline given the number of documents at issue, the importance of the confidentiality dispute,

2

and press of other professional commitments. Bonilla does not object to this short extension of time.

TTI seeks this extension in good faith and not for the purposes of delay. Neither party will be prejudiced by the one-week extension. In accord with the Court's January 15, 2025 Order, the pretrial conference, remaining pretrial deadlines, and trial date were "cancelled, pending a ruling by the Court on the summary judgment and *Daubert* motions." ECF 117. Accordingly, the requested extension will not create any future case management problems.

WHEREFORE, TTI respectfully requests that the Court extend the deadline for TTI to respond to Bonilla's Motion to De-Designate by one week, from March 20, 2025 to March 27, 2025.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), I hereby certify that TTI's counsel conferred with counsel for Defendant Victor Bonilla, who does not oppose the relief requested in this motion.

Dated: March 18, 2025

By: */s/ Jason D. Sternberg*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Jason D. Sternberg (FL Bar 72887)
Laura N. Ferguson (FL Bar 1047701)
Tara MacNeill (FL Bar 1028931)
2601 South Bayshore Drive, 15 Floor
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
jasonsternberg@quinnemanuel.com
taramacneill@quinnemanuel.com

Kristin Tahler (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
nicholasinns@quinnemanuel.com

*Attorneys for Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc.*