UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TECHTRONIC INDUSTRIES COMPANY LIMITED and TECHTRONIC INDUSTRIES FACTORY OUTLETS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VICTOR BONILLA, <br><br> Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

**DEFENDANT VICTOR BONILLA'S REQUEST
FOR ORAL ARGUMENT ON MOTION OF VICTOR
BONILLA TO REMOVE CONFIDENTIALITY DESIGNATION
FROM CERTAIN DOCUMENTS PRODUCED BY TECHTRONIC**

Pursuant to M.D. Fla. Local Rule 3.01(h), Defendant Victor Bonilla respectfully requests oral argument on the Motion of Victor Bonilla to Remove Confidentiality Designation from Certain Documents Produced by Techtronic (Doc. 153). Defendant estimates that thirty (30) minutes will be sufficient time to argue the motion.

**LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned hereby certifies that, prior to filing this request, Defendant's counsel conferred via email on April 24 through April 29 with counsel for Plaintiffs, who expressed that they took no position on the request.

| | |
|---|---|
| Dated: April 30, 2025 | Respectfully submitted, |

By: */s/ Dilan A. Esper*
Dilan A. Esper (*pro hac vice*)
desper@harderstonerock.com
Charles J. Harder (*pro hac vice*)
charder@harderstonerock.com
Harder Stonerock LLP
6300 Wilshire Boulevard,
Suite 640
Los Angeles, CA 90048
Telephone: (424) 203-1600

By: */s/ Jonathan R. Weiss*
Jonathan R. Weiss (FBN: 57904)
Jonathan.weiss@squirepb.com
Squire Patton Boggs (US) LLP
200 S. Biscayne Boulevard,
Suite 3400
Miami, Florida 33131
Telephone: (305) 577-7000

Bradley W. Crocker (FBN: 118616)
Bradley.crocker@squirepb.com
Squire Patton Boggs (US) LLP
777 S. Harbour Island,
Suite 420
Tampa, Florida 33602
Telephone: (813) 202-1300

*Attorneys for Defendant Victor Bonilla*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2025, the foregoing document was electronically filed with the Clerk of Court using CM/ECF, which will electronically send a notice of electronic filing to Plaintiff's attorneys of record

| | |
|---|---|
| Jason Sternberg (*pro hac vice*)<br>Quinn Emanuel Urquhart Sullivan LLP<br>2601 South Bayshore Dr., Ste 1550<br>Miami, FL 33133<br>jasonsternberg@quinnemanuel.com | Kristin Tahler (*pro hac vice*)<br>Quinn Emanuel Urquhart Sullivan LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>kristintahler@quinnemanuel.com |
| David A. Nabors<br>Fla. Bar No. 1024722<br>Quinn Emanuel Urquhart Sullivan LLP<br>2601 S. Bayshore Drive, Suite 1550<br>Miami, FL 33133-5417 | Nicholas Inns (*pro hac vice*)<br>Quinn Emanuel Urquhart Sullivan LLP<br>1300 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>nicholasinns@quinnemanuel.com |

*/s/ Jonathan Weiss*
Attorney