# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| TECHTRONIC INDUSTRIES COMPANY LIMITED and TECHTRONIC INDUSTRIES FACTORY OUTLETS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VICTOR BONILLA, <br><br> Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

**INTERVENORS' UNOPPOSED MOTION
TO WITHDRAW AS PARTY DEFENDANTS**

Intervenor-Defendants Muddy Waters Capital LLC and MW Domino Management LLC (collectively, "Intervenors"), by and through undersigned counsel, hereby move to withdraw as party defendants from this matter and state as follows:

1. This Court permitted Intervenors to intervene under Rule 24 of the Federal Rules of Civil Procedures. ECF 135, 142. As explained in their motion to intervene, ECF 135, Intervenors' interest in this matter related to their desire to file a response in opposition to TTI's Time-Sensitive Motion to Modify the Stipulated Protective Order, ECF 118 ("TTI's Motion").

2. Intervenors filed their response in opposition to TTI's Motion on February 7, 2025, ECF 144. The Court heard arguments from the parties, and on February 19, 2025, granted TTI's Motion, ECF 146.

3. Because the Court decided TTI's Motion, Intervenors seek to withdraw from this action.

4. Courts have allowed intervenors to withdraw freely where withdrawal will not interfere with the proceedings. *See, e.g., Morgan v. McDonough*, 726 F.2d 11, 14 (1st Cir. 1984) ("[I]ntervention and withdrawal should be freely granted so long as it does not seriously interfere with the actual hearings." (quoting *Dowell v. Bd. of Educ.*, 430 F.2d 865, 868 (10th Cir. 1970))).

WHEREFORE, Intervenors Muddy Waters Capital LLC and MW Domino Management LLC respectfully request that the Court remove them, as well as their undersigned counsel, from this action, including from the CM/ECF service list.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned counsel for Muddy Waters Capital LLC and MW Domino Management LLC conferred with counsel for TTI and counsel for Mr. Bonilla. Both TTI and Mr. Bonilla have indicated that they do not oppose this motion to withdraw.

Dated: May 8, 2025                    Respectfully submitted,

/s/ *Julian C. Velez*
Julian C. Velez
Florida Bar Number 1032236
John E. Clabby
Florida Bar Number 113664
CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, Florida 33607
Telephone: (813) 223-7000
Fax: (813) 229-4133
jclabby@carltonfields.com

jcvelez@carltonfields.com

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
Andrew M. Erdlen (*pro hac vice*)
aerdlen@hangley.com
Kyle Victor (*pro hac vice*)
kvictor@hangley.com
Mark A. Aronchick (*pro hac vice*)
maronchick@hangley.com
John S. Summers (*pro hac vice* forthcoming)
jsummers@hangley.com
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200

*Counsel for Intervenors Muddy Waters Capital LLC and MW Domino Management LLC*