UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TECHTRONIC INDUSTRIES
COMPANY LIMITED and
TECHTRONIC INDUSTRIES
FACTORY OUTLETS, INC.,

    Plaintiffs,

v.                                   Case No: 8:23-cv-1734-CEH-AEP

VICTOR BONILLA,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Defendant's Renewed Unopposed Motion to Seal Evidence in Support of Defendant's *Daubert* Motion to Strike and/or Exclude Expert Testimony and Report of Jeffrey W. Kopa, CFA (Doc. 167), filed on June 30, 2025. In the motion, Defendant requests the Court seal Defendant's *Daubert* Motion directed to Plaintiffs' expert Jeffrey Kopa and excerpts of the deposition transcript of Kopa filed in support of the motion. The Court, having considered the motion and being fully advised in the premises, will grant Defendant's Renewed Unopposed Motion to Seal Evidence in Support of Defendant's Daubert Motion to Strike and/or Exclude Expert Testimony and Report of Jeffrey W. Kopa.

### DISCUSSION

In this defamation action, Plaintiffs Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc. (collectively "TTI") sue Defendant

Victor Bonilla ("Bonilla") for state law claims of libel and libel *per se* arising out of Bonilla's publication, under the name Jehoshaphat Research, of two reports asserting TTI's purported corporate malfeasance. The Court recently entered an order denying without prejudice Defendant's motion to file under seal the entire motion to strike Plaintiff's expert Kopa. *See* Doc. 164 at 14. In that Order, the Court advised that Defendant could file a renewed redacted motion, coupled with a request to file the unredacted version under seal. *Id.* Defendant has now filed his renewed redacted motion (Doc. 168). The renewed motion is only minimally redacted, and the Court finds that the minor redactions are a reasonable means of balancing the public's right of access with a party's concern of confidentiality. Accordingly, the motion will be granted to the extent that the Court will permit the unredacted version to be filed under seal,[1] as the Court will need to view the entirety of the document to rule on the motion. For the same reason, the Court will permit the unredacted deposition excerpts of Kopa filed in support of the motion to be filed under seal. Accordingly, it is

**ORDERED:**

1. Defendant's Renewed Unopposed Motion to Seal Evidence in Support of Defendant's *Daubert* Motion to Strike and/or Exclude Expert Testimony and Report of Jeffrey W. Kopa, CFA (Doc. 167) is **GRANTED**.

2. Within seven (7) days of this Order, Defendant shall file **under seal unredacted** versions of his motion and exhibit (deposition excerpts) in support.

---

[1] Defendant attached the redacted versions of his motion and exhibit, rather than the unredacted version, to his motion to seal.

**DONE AND ORDERED** in Tampa, Florida on July 21, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any