# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc., <br><br> Plaintiffs, <br><br> – against – <br><br> Victor Bonilla, <br><br> Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

**JOINT NOTICE OF TRIAL AVAILABILITY**

Pursuant to this Court's Order dated September 19, 2025 (ECF. No. 179), Plaintiffs Techtronic Industries Company Ltd. and Techtronic Industries Factory Outlets, Inc., and Defendant Victory Bonilla (together, "the Parties") respectfully submit this Joint Notice of Trial Availability:

1.   The Parties have conferred on prospective trial dates and respectfully submit the following weeks of availability for a jury trial in this matter:

   a. January 5, 2026

   b. January 12, 2026

   c. January 26, 2026

   d. February 6, 2026 through the end of the day on February 9, 2026

2. The Parties have likewise conferred on the time necessary to complete trial on the narrowed issues in the case. The parties agree that the trial will last approximately 4 to 5 days.

3. TTI notes that the parties have engaged in two mediation sessions and related discussions. TTI approached those discussions in good faith, and believes that mediation would be productive if certain conditions that the parties have discussed are met. The conditions have not yet been agreed upon, nevertheless TTI remains optimistic that they may be and respectfully requests that such discussions are allowed to proceed and the Court not refer the matter for mediation. However, Defendant Victor Bonilla disagrees, and supports this Court referring this case for mediation.

Dated: October 3, 2025

By: */s/ Jason D. Sternberg*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Jason D. Sternberg (FL Bar 72887)
Tara MacNeill (FL Bar 1028931)
Laura N. Ferguson (FL Bar 1047701)
2601 South Bayshore Drive, 15 Floor
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
jasonsternberg@quinnemanuel.com
taramacneill@quinnemanuel.com
lauraferguson@quinnemanuel.com

Kristin Tahler (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
nicholasinns@quinnemanuel.com

*Attorneys for Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc.*

By: */s/ Dilan A. Esper*

**HARDER STONEROCK LLP**

Dilan A. Esper (*pro hac vice*)
desper@harderllp.com
Charles J. Harder (*pro hac vice*)
charder@harderllp.com
8383 Wilshire Blvd #526
Beverly Hills, CA 90211
Telephone: (424) 203-1600

**SQUIRE PATTON BOGGS (US) LLP**
Jonathan R. Weiss
FBN:57904
Jonathan.weiss@squirepb.com
200 S. Biscayne Boulevard
Suite 3400
Telephone: (305) 577-7000
Fax: (305) 577-7001

Bradley W. Crocker
FBN: 118616
Bradley.crocker@squirepb.com
777 S. Harbour Island, Suite 420
Tampa, Florida 33602
Telephone: (813) 202-1300
Fax: (813) 202-1313

*Attorneys for Victor Bonilla*