# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc., <br><br> Plaintiffs, <br><br> – against – <br><br> Victor Bonilla, <br><br> Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

## AMENDED JOINT NOTICE OF TRIAL AVAILABILITY

Pursuant to this Court's Orders dated September 19, 2025 (ECF. No. 179) and December 3, 2025 (ECF No. 188), Plaintiffs Techtronic Industries Company Ltd. and Techtronic Industries Factory Outlets, Inc., and Defendant Victory Bonilla (together, "the Parties") respectfully submit this Amended Joint Notice of Trial Availability for the period beginning in February 2026 through September 2026:

1. The Parties have once again conferred on prospective trial dates and respectfully submit the following weeks of availability for a jury trial in this matter:

   a. March 9-13, 2026

   b. March 23-26, 2026

   c. April 7-10, 2026

   d. June 1, 2026 through the end of the day on June 26, 2026

    e. August 24, 2026 through the end of the day on September 2, 2026

  2. The Parties remain in agreement that the trial will last approximately 4 to 5 days.

  3. The Parties are eager to resolve this dispute and respectfully request that the Court schedule this matter for trial at the soonest possible available date within those date ranges.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: December 23, 2025 | Respectfully submitted, |
| /s/ *Jason D. Sternberg* | /s/ *Dilan A. Esper* |
| Jason D. Sternberg (FL Bar 72887)<br>Tara MacNeill (FL Bar 1028931)<br>Laura N. Ferguson (FL Bar 1047701)<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>2601 South Bayshore Drive, 15th Floor<br>Miami, FL 33133<br>Telephone: (305) 402-4880<br>Facsimile: (305) 901-2975<br>jasonsternberg@quinnemanuel.com<br>taramacneill@quinnemanuel.com<br>lauraferguson@quinnemanuel.com | Dilan A. Esper (*pro hac vice*)<br>**HARDER STONEROCK LLP**<br>8383 Wilshire Blvd #526<br>Beverly Hills, CA 90211<br>Telephone: (424) 203-1600<br>desper@harderllp.com |
| Kristin Tahler (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Tel.: (213) 443-3000<br>Fax: (213) 443-3100<br>kristintahler@quinnemanuel.com | Jonathan R. Weiss (FBN: 57904)<br>Jonathan.weiss@squirepb.com<br>**Squire Patton Boggs (US) LLP**<br>200 S. Biscayne Boulevard, Suite 3400<br>Miami, Florida 33131<br>Tel.: (305) 577-7000 |
| Nicholas Inns (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>1300 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>Tel.: (202) 538-8000<br>Fax: (202) 538-8100<br>nicholasinns@quinnemanuel.com | Bradley W. Crocker (FBN: 118616)<br>Bradley.crocker@squirepb.com<br>**Squire Patton Boggs (US) LLP**<br>777 S. Harbour Island, Suite 420<br>Tampa, Florida 33602<br>Tel.: (813) 202-1300 |
| *Attorneys for Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc.* | *Attorneys for Defendant Victor Bonilla* |