UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TECHTRONIC INDUSTRIES
COMPANY LIMITED and
TECHTRONIC INDUSTRIES
FACTORY OUTLETS, INC.,

    Plaintiffs,

v.                                                Case No: 8:23-cv-1734-CEH-AEP

VICTOR BONILLA,

    Defendant.
_____

## THIRD AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Upon consideration of the parties' Amended Joint Notice of Trial Availability (Doc. 192), the following deadlines shall apply to this action:

| | |
|---|---|
| *Meeting In Person* to Prepare Joint Final Pretrial Statement | APRIL 7, 2026 |
| *Joint Final Pretrial Statement,* **(including a Single Set of Jointly-Proposed Jury Instructions and Verdict Form [a Word version may be e-mailed to the Chambers mailbox]** *Voir Dire* **Questions, Witness Lists, Exhibit Lists with Objections on Approved Form)** | APRIL 17, 2026 |
| **All Other Motions Including Motions** *In Limine* | APRIL 17, 2026 |
| **Final Pretrial Conference**<br><br>                            Date:<br>                            Time:<br>                           Judge: | MAY 19, 2026<br>2:00 PM<br>Charlene Edwards Honeywell<br>Courtroom 13A |
| **Trial Briefs and Deposition Designations** | MAY 5, 2026 |

| Trial Term Begins | | JUNE 1, 2026 |
|---|---|---|
| Estimated Length of Trial | | 4-5 DAYS |
| Jury/Non-Jury | | Jury |
| Mediation | Date: | January 28, 2026 |
| | Time: | 9:30AM |
| | Mediator: | Bradford D. Kimbro |
| | Address: | |
| **Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within 14 days of this Order advising of the date.** | Telephone: | |
| | | Jason D. Sternberg |
| **Designated Lead Counsel Pursuant to Local Rule 1.01(d)(9) Lead Counsel Telephone Number** | Attorney Name: | |
| | | (561) 213-5635 |
| | Telephone Number: | |

All other provisions of the Second Amended Case Management and Scheduling Order (Doc. 86) continue to apply.

**DONE AND ORDERED** in Tampa, Florida on January 12, 2026.

Charlene Edwards Honeywell
United States District Judge

**Copies to:**
Counsel of Record and Unrepresented Parties, if any