# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

| | |
|---|---|
| Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc., <br><br> Plaintiffs, <br><br> – against – <br><br> Victor Bonilla, <br><br> Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE OPPOSITIONS TO DEFENDANT'S MOTIONS

Pursuant to Federal Rules of Civil Procedure 6 and 16, and Middle District of Florida Local Rule 3.01(a), Plaintiffs Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc. (with Defendant Victor Bonilla, the "Parties"), hereby request a short extension of the deadlines for Plaintiffs to respond to Defendant Bonilla's motion to bifurcate punitive damages (ECF No. 195) and motion *in limine* (ECF No. 196). Defendant Bonilla agrees to the requested relief. In support of their motion, Plaintiffs state as follows:

1. On January 12, 2026, the Court entered the Third Amended Case Management and Scheduling Order in this case. ECF No. 193. The Court set this case for trial during the June 1, 2026, trial term and directed the Parties to file all motions *in limine* on or before April 17, 2026. *Id.*

2. Defendant Bonilla filed a motion to bifurcate punitive damages issues on February 20, 2026 (ECF No. 195) and a motion *in limine* to exclude certain damages evidence on February 25, 2026 (ECF No. 196, collectively "Defendant's Motions"). Plaintiffs' oppositions in response to Defendant's Motions are due on March 5, 2026, and March 11, 2026, respectively.

3. The Parties conferred on March 2 and 3, 2026, and discussed Plaintiffs' need for additional time to respond to Defendant's Motions due to conflicting commitments and other professional obligations. Defendant Bonilla agreed to the requested relief.

4. No party will be prejudiced by the requested extension, which is sought in good faith and not for the purpose of any delay.

## MEMORANDUM OF LAW IN SUPPORT

Rule 6(b) of the Federal Rules of Civil Procedure provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if the request is made, before the original time." Fed. R. Civ. P. 6(b)(1)(A). "Good cause in this context is not a strict standard. It is meant to accommodate any myriad of circumstances that might necessitate more time." *Garramone v. Noshirvan*, 2024 WL 2833742, at *1 (M.D. Fla. June 4, 2024).

Plaintiffs respectfully submit that good cause exists to extend the deadlines to respond to Defendant's Motions. Plaintiffs seek this extension to accommodate conflicting commitments and other professional obligations, and in good faith and

not for the purposes of delay. Neither party will be prejudiced by the requested extension. Further, the requested extension will not have any impact on any other deadlines set by the Court, as motions *in limine* are not due until April 17, 2026 under the current schedule. *See* ECF No. 193. Defendant Bonilla agrees to the requested relief.

WHEREFORE, Plaintiffs respectfully request this Court enter an order extending the time for Plaintiffs to respond to Defendants' Motions (ECF Nos. 195, 196) to March 25, 2026.

## Local Rule 3.01(g) Certification

As noted above, counsel for Plaintiffs conferred with counsel for Defendant on March 2 and 3, 2026, regarding the relief sought in this motion. Defendant agrees to the requested relief.

[*Remainder of page intentionally left blank.*]

Dated: March 3, 2026

/s/ *Jason D. Sternberg*
Jason D. Sternberg (FL Bar 72887)
Tara MacNeill (FL Bar 1028931)
Laura N. Ferguson (FL Bar 1047701)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
jasonsternberg@quinnemanuel.com
taramacneill@quinnemanuel.com
lauraferguson@quinnemanuel.com

Kristin Tahler (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel.: (213) 443-3000
Fax: (213) 443-3100
kristintahler@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100
nicholasinns@quinnemanuel.com

*Attorneys for Techtronic Industries Company Limited and Techtronic Industries Factory Outlets, Inc.*