**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

Techtronic Industries Company
Limited, and Techtronic Industries
Factory Outlets, Inc.,

                Plaintiffs,

    – against –

Victor Bonilla,

                Defendant.

Case No. 8:23-cv-01734-CEH-AEP

## JOIN MOTION FOR EXTENSION OF TIME TO MEET IN PERSON TO PREPARE JOINT FINAL PRETRIAL STATEMENT

Pursuant to Federal Rules of Civil Procedure 6 and 16, and Middle District of Florida Local Rule 3.01(a), Plaintiffs Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc. (together, "TTI"), and Defendant Victor Bonilla (collectively, the "Parties"), hereby request a one-day extension of time for the Parties to meet in person to prepare the Joint Final Pretrial Statement. In support of their motion, the Parties state as follows:

1. On January 12, 2026, the Court entered the Third Amended Case Management and Scheduling Order in this case.  ECF No. 193.  The Court directed the Parties to meet in person to prepare the Joint Final Pretrial Statement on or before April 7, 2026.  *Id.* at 1.

2. The Parties conferred on March 27, 2026 via email regarding their

availability and have agreed to meet in person to discuss the Joint Final Pretrial Statement on April 8, 2026.

3.     No Party will be prejudiced by the requested one-day extension of time, which is sought in good faith and not for the purpose of delay.

## **MEMORANDUM OF LAW IN SUPPORT**

Rule 6(b) of the Federal Rules of Civil Procedure provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if the request is made, before the original time." Fed. R. Civ. P. 6(b)(1)(A).  "Good cause in this context is not a strict standard.  It is meant to accommodate any myriad of circumstances that might necessitate more time."  *Garramone v. Noshirvan*, 2024 WL 2833742, at *1 (M.D. Fla. June 4, 2024).

The Parties respectfully submit that good cause exists to extend the deadline to meet in person to prepare the Joint Final Pretrial Statement.  The Parties seek this one-day extension of time to accommodate the conflicting commitments and other professional obligations of counsel for both Parties, and in good faith and not for the purpose of delay.  Neither Party will be prejudiced by the requested extension of time.  Further, the requested extension of time will not have any impact on any other deadlines set by the Court, as the Final Pretrial Conference is not until May 19, 2026 under the current schedule.  *See* ECF No. 193.

WHEREFORE, the Parties respectfully request this Court enter an order extending the time for the Parties to meet in person to prepare the Joint Final Pretrial Statement until April 8, 2026.

### Local Rule 3.01(g) Certificate

As noted above, the Parties conferred on March 27, 2026, regarding the relief sought in this motion.  The Parties jointly request the relief sought in this motion.

Dated: April 1, 2026

By: */s/   Jason D. Sternberg*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Jason D. Sternberg (FL Bar 72887)
Tara MacNeill (FL Bar 1028931)
Laura N. Ferguson (FL Bar 1047701)
David A. Nabors (FL Bar 1024722)
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
jasonsternberg@quinnemanuel.com
taramacneill@quinnemanuel.com
lauraferguson@quinnemanuel.com
davidnabors@quinnemanuel.com

Christopher Tayback (admitted *pro hac vice*)
Kristin Tahler (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
christayback@quinnemanuel.com
kristintahler@quinnemanuel.com

By: */s/   Dilan A. Esper*

**HARDER STONEROCK LLP**

Dilan A. Esper (*pro hac vice*)
8383 Wilshire Blvd #526
Beverly Hills, CA 90211
Telephone: (424) 203-1600
desper@harderllp.com

**SQUIRE PATTON BOGGS (US) LLP**

Jonathan R. Weiss (FBN: 57904)
Jonathan.weiss@squirepb.com
200 S. Biscayne Boulevard,
Suite 3400
Miami, Florida 33131
Telephone: (305) 577-7000

Bradley W. Crocker (FBN: 118616)
Bradley.crocker@squirepb.com
777 S. Harbour Island,
Suite 420
Tampa, Florida 33602
Telephone: (813) 202-1300

*Attorney for Victor Bonilla*

3

Nicholas Inns (admitted *pro hac vice*)
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
nicholasinns@quinnemanuel.com

*Attorneys for Techtronic Industries
Company Limited and Techtronic
Industries Factory Outlets, Inc.*

4