**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JUNE 2026 TRIAL CALENDAR**

The following cases are set for trial during the June 1, 2026 through July 2, 2026 trial term in the United States District Court, 801 North Florida Avenue, Courtroom 13A, 13th floor, before the **HONORABLE CHARLENE EDWARDS HONEYWELL**.

The cases are listed in numerical order, unless otherwise noted, although experience indicates that at times, cases may be called out of order. For the convenience of counsel, the names of all counsel are furnished so that counsel may keep themselves informed of the progress of the cases listed prior to their own. Cases that are not reached during this trial term will be carried over to the next trial term.

As to defendants in criminal cases who are on bond, counsel are responsible for notifying the defendants when their case is called for trial and that their presence is required.

**NOTE: GUILTY PLEAS MUST BE HEARD NO LATER THAN WEDNESDAY, MAY 27, 2026** (unless the court has otherwise ordered).

EXHIBIT AND WITNESS LISTS (THREE COPIES) SHALL BE FILED WITH THE COURTROOM DEPUTY ON THE FIRST DAY OF TRIAL, unless otherwise ordered. All exhibits are to be PREMARKED in accordance with the instructions contained in M.D. Fla. Local Rule 3.07. **Plaintiffs shall use a numerical system to mark exhibits, *i.e.*, 1, 2, 3, etc. Defendants shall use an alphabetical system to mark exhibits, *i.e.*, A, B, C, etc.**

Counsel, if yours is a jury trial, NO LATER than THREE (3) DAYS prior to the trial term, PROPOSED VOIR DIRE, JURY INSTRUCTIONS, and VERDICT FORM are to be filed electronically, unless otherwise ordered.

Counsel in civil cases are reminded of their obligation to file separate Witness and Exhibit lists (apart from those witnesses and exhibits identified in the Pretrial Statement).

Counsel and *pro se* parties <u>must</u> <u>advise</u> Judge Honeywell's Deputy Clerk <u>immediately</u> of any development which would in any way affect the trial of the case (including entry of guilty pleas in criminal cases).

Failure to advise the court of any circumstances which result in unnecessary jury costs may, at the Court's discretion, result in such expenses being assessed as a sanction against the offending party and/or counsel.

The courtroom is equipped with evidence presentation equipment. If you have any questions regarding the use of this equipment or any cases on this calendar, please contact Deputy Clerk Charmaine A. Black at (813) 301-5061.

**Counsel and their witnesses are expected to be available on TWENTY-FOUR HOURS notice.** *Witnesses must wear proper business attire.*

**NOTE:** Photo IDs are required for entrance into the Federal Building. Cellular telephones and laptop computers are prohibited, beyond a courthouse's security checkpoint, where federal judicial proceedings of any kind are conducted in the Middle District of Florida. However, any attorney of the United States' Attorney's Office, the Federal Defender's Office, any law enforcement officer on official business, and any attorney permitted to practice law in the Middle District of Florida may bring cellular telephones and laptop computers beyond the courthouse's security checkpoint by presenting valid agency identification, a Florida Bar identification card or *pro hac vice* order.

**MAY 27, 2026**

## JUDGE CHARLENE EDWARDS HONEYWELL

## JUNE 2026 TRIAL TERM

_____

## CASE NO. 1

**8:23-cv-1734-CEH-AEP**        **DATE CERTAIN JURY TRIAL: JUNE 22, 2026**

**TECHTRONIC INDUSTRIES COMPANY LIMITED,**

      **Plaintiff,**

**v.**

**VICTOR BONILLA**,

      **Defendant.**

Jason D. Sternberg
561-213-5635

Laura Ferguson
215-880-7108

Christopher Tayback
213-443-3170

David Nabors
305-402-4880

Kristin Tahler
213-443-3615

Nicholas J. Inns
202-774-6147

Tara MacNeill
607-760-4261

Dilan A. Esper
424-203-1600

Jonathan R. Weiss
305-577-7021

Bradley W. Crocker
813-202-1300

Charles J. Harder
424-203-1600

_____

**CASE NO. 2**

| | |
|---|---|
| **8:26-cr-39-CEH-AEP** | **JURY TRIAL** |
| **UNITED STATES OF AMERICA** | Jeffrey Chang, DOJ-USAO |
| | 813-274-6059 |
| **v.** | |
| **DEMETRIUS LAVON HOWELL, JR.** | Grady C. Irvin, Jr., Retained |
| | 813-659-2000 |
| *(A guilty plea hearing is scheduled for June 8, 2026)* | |

_____

**IT IS SO ORDERED** at Tampa, Florida, on May 27, 2026.

/s/ *Charmaine A. Black*
Courtroom Deputy Clerk to the
Honorable Charlene Edwards Honeywell
United States District Judge
801 North Florida Avenue
Tampa, Florida 33602
(813) 301-5061 - Office
(813) 301-5576 - Fax
E-Mail: charmaine_black@flmd.uscourts.gov