**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE CHARLENE EDWARDS HONEYWELL**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:23-cv-1734-CEH-AEP | **DATE:** June 2, 2026 |
| **TECHTRONIC INDUSTRIES COMPANY LIMITED,**<br><br>    Plaintiff,<br><br>v.<br><br>**VICTOR BONILLA,**<br><br>    Defendant. | **PLAINTIFF'S COUNSEL:**<br>Christopher Tayback,<br>Kristin Tahler,<br>Jason D. Sternberg, and<br>Laura Ferguson<br><br><br>**DEFENDANT'S COUNSEL:**<br>Dilan A. Esper and<br>Jonathan R. Weiss |
| **COURTROOM:** 13A | **INTERPRETER/LANGUAGE:** N/A |
| **TIME:** 1:04 P.M. – 1:40 P.M. | **TOTAL:** 36 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Sharon A. Miller |

**PROCEEDING: FINAL PRETRIAL CONFERENCE**

Court in session.

Counsel is present and identified for the record.

Defendant Victor Bonilla is also present.

A Date Certain Jury Trial is scheduled to commence on June 22, 2026.

A Joint Pretrial Statement has been filed (Doc. 215).

The Court addresses counsel.

The Court discusses its schedule, trial practices, and trial procedures with counsel.

Plaintiff's estimate of the length of trial: 4 - 5 days.

Defendant's estimate of the length of trial: 5 – 6 days.

The Court encourages the parties to try to resolve the authentication objections.

By June 10, 2026, the parties shall file a more concise statement, Plaintiff shall provide the Court with the amount of monetary damages, and the parties shall inform the Court of their dates of availability for trial within the next six months.

A Pretrial Order will follow.

Court adjourned.