**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

| | |
|---|---|
| Techtronic Industries Company Limited,<br><br>                   Plaintiff,<br><br>    – against –<br><br>Victor Bonilla,<br><br>                  Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

## JOINT NOTICE OF TRIAL AVAILABILITY

Pursuant to this Court's Pretrial Order (ECF No. 239), Plaintiff Techtronic Industries Company Limited ("TTI"), and Defendant Victor Bonilla respectfully submit this Joint Notice of Trial Availability:

1. The Parties have conferred on prospective trial dates and respectfully submit the following weeks of availability for a jury trial in this matter:

    a. September 17 (Thursday)–25 (excluding September 21 and 22, which fall during Yom Kippur)

    b. October 12–16, 2026

    c. October 19–23, 2026

    d. November 30–December 4, 2026

2.  The Parties have likewise conferred on the time necessary to complete trial on the narrowed issues in the case. The Parties agree that the trial will last approximately 4-6 days, though reserve the right to reassess this estimate based on the Court's forthcoming clarification on its ruling on the parties' cross motions for summary judgment.

Dated: June 10, 2026

By: *Jason D. Sternberg*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Jason D. Sternberg (FL Bar 72887)
Tara MacNeill (FL Bar 1028931)
Laura N. Ferguson (FL Bar 1047701)
David Nabors (FL Bar 1024722)
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
jasonsternberg@quinnemanuel.com
taramacneill@quinnemanuel.com
lauraferguson@quinnemanuel.com
davidnabors@quinnemanuel.com

Christopher Tayback (admitted *pro hac vice*)
Kristin Tahler (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
christayback@quinnemanuel.com
kristintahler@quinnemanuel.com

By: *Dilan A. Esper*

**HARDER STONEROCK LLP**

Dilan A. Esper (*pro hac vice*)
desper@harderllp.com
Charles J. Harder (*pro hac vice*)
charder@harderllp.com
8383 Wilshire Blvd #526
Beverly Hills, CA 90211
Telephone: (424) 203-1600

**SQUIRE PATTON BOGGS (US) LLP**

Jonathan R. Weiss
FBN:57904
Jonathan.weiss@squirepb.com
200 S. Biscayne Boulevard
Suite 3400
Telephone: (305) 577-7000
Fax: (305) 577-7001

2

Nicholas Inns (admitted *pro hac vice*)
555 13th Street, NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
nicholasinns@quinnemanuel.com

*Attorneys for Techtronic Industries
Company Limited*

Bradley W. Crocker
FBN: 118616
Bradley.crocker@squirepb.com
777 S. Harbour Island, Suite 420
Tampa, Florida 33602
Telephone: (813) 202-1300
Fax: (813) 202-1313

*Attorneys for Victor Bonilla*