UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TECHTRONIC INDUSTRIES COMPANY LIMITED,

Plaintiff,

v. Case No.: 8:23-cv-01734-CEH-AEP

VICTOR BONILLA,

Defendant,
_______________________________/

# ORDER

This matter comes before the Court on the parties' Notices (Docs. 249, 251) requesting additional summary judgment briefing, which were filed in response to the Court's August 12, 2026 Order (Doc. 247). Pursuant to the Court's Order, the parties were given the opportunity to elect to submit additional summary judgment briefing on three alleged defamatory statements as referenced in paragraph 68 of Plaintiff's Second Amended Complaint (Doc. 233). In its Notice (Doc. 251), Plaintiff requests briefing on the following statement:

> "What if TTI's insane profit margins aren't due simply to accounting games, but also to outright contractual and product diversion fraud against its biggest, and rather powerful, customer?" Doc. 233 ¶ 68(a)

In his Notice (Doc. 249), Defendant requests briefing on the above statement as well as on the following statement:

> "Multiple former TTI employees indicate that TTI has used the 'Factory Blemished' nomenclature specifically to deceive Home Depot." Doc. 233 ¶ 68(c)

Accordingly, it is

**ORDERED:**

1. Within **fourteen (14)** days from the date of this Order, the parties may file summary judgment motions on one or both of the following two statements:

> "What if TTI's insane profit margins aren't due simply to accounting games, but also to outright contractual and product diversion fraud against its biggest, and rather powerful, customer?" Doc. 233 ¶ 68(a)
>
> "Multiple former TTI employees indicate that TTI has used the 'Factory Blemished' nomenclature specifically to deceive Home Depot." Doc. 233 ¶ 68(c)

2. Responses to the summary judgment motions must be filed within **fourteen (14) days** of the motion being filed.

3. Replies may be filed within **seven (7) days** of the response being filed.

4. Motions are limited to 10 pages; responses are limited to 7 pages; replies are limited to 5 pages.

**DONE AND ORDERED** in Tampa, Florida on August 24, 2026.

Charlene Edwards Honeywell

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any