**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

| | |
|---|---|
| Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>Victor Bonilla,<br><br>Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

**DEFENDANT'S *UNOPPOSED* MOTION**
**FOR LEAVE TO FILE UNDER SEAL**

Defendant Victor Bonilla ("Bonilla"), pursuant to Local Rule 1.11, files this unopposed motion for leave to file under seal an unredacted copy of Bonilla's Opposition to TTI's Motion for Partial Summary Judgment ("Opposition") and a select exhibit to the Opposition.

The select exhibit is excerpts from the deposition transcript of TTI employe David Sterns. TTI designated the transcript of its own employee, Mr. Stearns, as confidential because it purports that transcript contains sensitive business information, including TTI's internal policies and sales practices. Bonilla also redacts in the Opposition testimony from Kelley Bradley and excerpts from the Supplier Buying Agreement between The Home Depot ("THD") and Techtronic

(the "SBA") that were attached to Techtronic's Motion as exhibits and which Technetronic has otherwise sought to seal.

**BACKGROUND**

The Court has ruled that the deposition excerpts of Mr. Stearns shall remain sealed. Doc. 164 at 14-15; Doc. 175 at 2-3.

Techtronic has otherwise sought to continue to seal portions of Ms. Bradley's testimony and the SBA by separate Motion. Doc. 259.

The Court has given the parties the opportunity to submit additional summary judgment briefing. ECF No. 253. Accordingly, Bonilla submits and moves to seal an unredacted copy of its Opposition to TTI's Motion for Partial Summary Judgment and a select exhibit to that Opposition. Specifically, Bonilla moves to file under seal:

- An unredacted copy of his Opposition to Techtronic's Motion for Summary Judgment filed contemporaneously with the MSJ (attached hereto as Attachment 1)
- Excerpts from the Deposition of David Stearns (Exhibit 1 to the Weiss Declaration and attached hereto as Attachment 2)

**MEMORANDUM OF LAW**

Pursuant to Local Rule 1.11, Defendant moves to seal the Sealed Papers because they contain information designated by Plaintiffs Techtronic Industries Company Limited and Techtronic Industries Factor Outlets, Inc. as "confidential" under the protective order in this action.

"The public's right of access to judicial records may be overcome by a showing of good cause by the party seeking protection, which includes a balancing of interests." *Mobile Shelter Sys. USA, Inc. v. Grate Pallet Sols., LLC,* 2011 WL 5357843, at *2 (M.D. Fla. Nov. 1, 2011) (citing *Chicago Trib. Co. v. Bridgestone/Firestone, Inc.,* 263 F.3d 1304, 1313 (11th Cir. 2001)); *see Lawson v. Visionworks of Am., Inc.,* 2024 WL 4244333, at *1-2 (M.D. Fla. Sept. 19, 2024) (granting motion to seal sensitive internal business data and confidential communications).

Techtronic believes the information sought to be sealed includes confidential information, including not limited to internal policies, strategic decision-making, and confidential business information. Doc. 259 p. 4. The Court has already ruled that excerpts of Mr. Stearns' deposition shall remain sealed (Doc No. 164 at 15) based on TTI's argument that the excerpts "provide[] details about TTI's internal operations with respect to the DTFO stores" that would "put TTI at a competitive disadvantage" if revealed (Doc.. 111 at 4). Technetronic has made similar representations regarding Ms. Bradley's deposition testimony and the SBA. Doc. 259 at 5.

As such, good cause exists to seal the unredacted copy of Bonilla's Opposition to Techtronic's Motion for Summary Judgment (Attachment 1 hereto) and the attached excerpts from Mr. Sterns' deposition. A limited portion of the Opposition describes of quotes information in the above referenced attachments or in those attached to Techtronic's Motion which it has otherwise sought to seal.

Permitting Bonilla to maintain an unredacted copy of his Opposition balances the Court's need to evaluate the Opposition while protecting information Techtronic represents is confidential.

WHEREFORE, Bonilla respectfully requests that the Court enter an Order granting this Motion and grant such other and further relief as the Court deems just and proper.

**LOCAL RULE 1.11(B)(7) CERTIFICATION**

Pursuant to Local Rule 1.11(b)(7), I hereby certify that this Motion and its exhibits have been delivered by email to the following counsel:

Counsel for non-party Kelly Bradley and The Home Depot
Ronan P. Doherty
Bondurant Mixson & Elmore LLP
One Atlantic Center
201 West Peachtree Street NW, Suite 3900
Atlanta, Georgia 30309
doherty@bmelaw.com
(404) 881-4138

**LOCAL RULE 3.01(G) CERTIFICATION**

I hereby certify that I conferred with Plaintiffs' counsel on September 21, 2026, regarding the relief requested herein and Plaintiffs do not oppose the relief sought in this motion.

Dated: September 22, 2026

By: /s/ *Dilan A. Esper*
Dilan A. Esper (*pro hac vice*)
desper@harderstonerock.com
Charles J. Harder (*pro hac vice*)
charder@harderstonerock.com
Harder Stonerock LLP
6300 Wilshire Boulevard,
Suite 640
Los Angeles, CA 90048
Telephone: (424) 203-1600

Respectfully submitted,

By: /s/ *Jonathan R. Weiss*
Jonathan R. Weiss (FBN: 57904)
Jonathan.weiss@squirepb.com
Squire Patton Boggs (US) LLP
200 S. Biscayne Boulevard,
Suite 3400
Miami, Florida 33131
Telephone: (305) 577-7000

***Attorneys for Defendant Victor Bonilla***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2026, the foregoing document was electronically filed with the Clerk of Court using CM/ECF, which will electronically send a notice of electronic filing to Plaintiffs' attorneys of record

Jason Sternberg (*pro hac vice*)
Quinn Emanuel Urquhart Sullivan LLP
2601 South Bayshore Dr., Ste 1550
Miami, FL 33133
jasonsternberg@quinnemanuel.com

Kristin Tahler (*pro hac vice*)
Quinn Emanuel Urquhart Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
kristintahler@quinnemanuel.com

David A. Nabors
Fla. Bar No. 1024722
Quinn Emanuel Urquhart Sullivan LLP
2601 S. Bayshore Drive, Suite 1550
Miami, FL 33133-5417

Nicholas Inns (*pro hac vice*)
Quinn Emanuel Urquhart Sullivan LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
nicholasinns@quinnemanuel.com

/s/ *Jonathan Weiss*
Attorney