**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

| | |
|---|---|
| Techtronic Industries Company Limited, and Techtronic Industries Factory Outlets, Inc.<br><br>Plaintiffs,<br><br>– against –<br><br>Victor Bonilla,<br><br>Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

**EVIDENTIARY OBJECTION OF DEFENDANT VICTOR BONILLA RE: PLAINTIFF'S REPLY IN SUPPORT OF PARTIAL SUMMARY JUDGMENT**

Defendant Victor Bonilla objects to Exhibit 2 to Techtronic's Reply Memorandum in Support of Summary Judgment [Doc. 270-3] and the references to it in the reply memorandum [Doc 270-1 at page 4]. **This document was requested by Bonilla in discovery, and not produced by Techtronic**. Document Demand 71 asked for "All writings constituting contracts, amendments to contracts or draft contracts or amendments, between TTI and Home Depot." Techtronic responded (after boilerplate objections): "Subject to and without waiver of the above objections, TTI will conduct a reasonable search and produce its relevant, non-confidential contracts with The Home Depot Inc. that were in effect between 2020 and June 2023 and that relate to TTI's DTFO business." Despite this, Techtronic never produced Doc. 270-3.

TTI's opening submission relied on a 2024 agreement. After Bonilla challenged that agreement's applicability to the period addressed in the Second Report, TTI submitted a different agreement, Doc. 270-3, for the first time with its reply. The substitute agreement raises separate questions concerning its effective period, scope, and application to the transactions at issue. Bonilla has had no opportunity in the authorized briefing to address those questions.

Doc 270-3 was produced by Home Depot in response to a third-party subpoena. However, even after that, Techtronic never produced the document, never marked it as an exhibit on its exhibit list, and did not ask any questions about it at the deposition of Home Depot's corporate representative. Doc 270-3 was not

introduced as an exhibit, nor authenticated, during the deposition of Home Depot's corporate representative.[1]

Techtronic cannot now, after Bonilla identified the temporal mismatch in the agreement supporting TTI's motion, rely on a document it promised to produce in discovery, never did, and never introduced into this case before filing its reply papers. Bonilla objects and urges this Court to exclude it.

Bonilla respectfully requests that the Court disregard Exhibit 2 and the portions of the reply relying on it.

Dated: October 2, 2026

Respectfully submitted,

By: /s/ *Dilan A. Esper*
Dilan A. Esper (*pro hac vice*)
desper@harderstonerock.com
Charles J. Harder (*pro hac vice*)
charder@harderstonerock.com
Harder Stonerock LLP
6300 Wilshire Boulevard,
Suite 640
Los Angeles, CA 90048
Telephone: (424) 203-1600

By: /s/ *Jonathan R. Weiss*
Jonathan R. Weiss (FBN: 57904)
Jonathan.weiss@squirepb.com
Squire Patton Boggs (US) LLP
200 S. Biscayne Boulevard,
Suite 3400
Miami, Florida 33131
Telephone: (305) 577-7000

*Attorneys for Defendant Victor Bonilla*

[1] Techtronic has failed to authenticate Doc. 270-3. All Kelly Bradley (the Home Depot representative) testified to was that the 2024 version of the contract (the version Techtronic included with its moving papers which was not in place at the time of the Second Report) was authentic, and that some version of that contract (we know not which) was in place in 2023. Bradley never said that Doc. 270-3 was in effect and indeed was never asked a single question about that document.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2026, the foregoing document was electronically filed with the Clerk of Court using CM/ECF, which will electronically send a notice of electronic filing to Plaintiff's attorneys of record.

Jason Sternberg (*pro hac vice*)
Quinn Emanuel Urquhart Sullivan LLP
2601 South Bayshore Dr., Ste 1550
Miami, FL 33133
jasonsternberg@quinnemanuel.com

Kristin Tahler (*pro hac vice*)
Quinn Emanuel Urquhart Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
kristintahler@quinnemanuel.com

David A. Nabors
Fla. Bar No. 1024722
Quinn Emanuel Urquhart Sullivan LLP
2601 S. Bayshore Drive, Suite 1550
Miami, FL 33133-5417
davidnabors@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
Quinn Emanuel Urquhart Sullivan LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
nicholasinns@quinnemanuel.com

*/s/ Jonathan Weiss*
Attorney