**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

| | |
|---|---|
| Techtronic Industries Company Limited,<br><br>Plaintiff,<br><br>v.<br><br>Victor Bonilla,<br><br>Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

**DECLARATION OF JASON D. STERNBERG**

I, Jason D. Sternberg, declare as follows:

1. I am a member of the bar of the Middle District of Florida and the State of Florida. I am a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Techtronic Industries Company Limited ("TTI"). I am counsel of record for TTI in this case.

2. I submit this declaration in support of TTI's Response to Evidentiary Objection Re: Reply in Support of Partial Summary Judgment. I make this declaration based on personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

3. On July 30, 2024, The Home Depot produced documents bearing Bates numbers THD_Bonilla000001–THD_Bonilla000111 to counsel for Defendant Victor Bonilla in response to Bonilla's third-party subpoena.

4. The agreement filed at ECF No. 270-3 bears Bates numbers THD_Bonilla000083–THD_Bonilla000098 and was therefore included in The Home Depot's July 30, 2024 production to Bonilla.

5. Attached hereto as **Exhibit A** is a true and correct copy of The Home Depot's July 30, 2024 production letter.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2026, in Miami, Florida.

/s/ *Jason D. Sternberg*
Jason D. Sternberg