# Exhibit A to Declaration of Jason D. Sternberg

BONDURANT MIXSON & ELMORE LLP

**Mollie M. Fiero**

Writer's Direct Dial
(404) 881-4143
fiero@bmelaw.com

July 30, 2024

**VIA ELECTRONIC MAIL**
Dilan A. Esper
Charles J. Harder
Harder Stonerock LLP 6300 Wilshire Boulevard,
Suite 640
Los Angeles, CA 90048
desper@harderllp.com
charder@harderllp.com

Re: *Techtronic Industries Co. Ltd. et al. v. Bonilla et al.*, No. 8:23-cv-01734-CEH-AEP (M.D. Fla.)

Dear Counsel,

In the accompanying email, I have enclosed Home Depot U.S.A., Inc.'s ("Home Depot") production of documents, Bates labeled THD_Bonilla000001 - THD_Bonilla000111, in response to the document subpoena issued by Defendant Victor Bonilla in the above captioned case. The password to the production will be sent under separate cover. Please note that Home Depot has made confidentiality designations for these documents per the Protective Order entered January 26, 2024.

This production includes the relevant Supplier Buying Agreements between TTI and Home Depot as well as responsive email communications. As explained in its objections, Home Depot believes that deposition testimony will not be necessary. Accordingly, Home Depot does not intend to appear for the deposition originally noticed for August 1, 2024. Nevertheless, we are available to confer regarding the necessity for any deposition testimony after you review the production. Please also let us know if you have any difficulty accessing the production or questions about its contents.

Very truly yours,

*/s/ Mollie M. Fiero*
Mollie M. Fiero