# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## HONORABLE CHARLENE EDWARDS HONEYWELL

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:23-cv-1734-CEH-AEP | **DATE:** November 5, 2026 |
| **TECHTRONIC INDUSTRIES COMPANY LIMITED,**<br><br>Plaintiff,<br><br>v.<br><br>**VICTOR BONILLA,**<br><br>Defendant. | **PLAINTIFF'S COUNSEL:**<br>Jason D. Sternberg,<br>Laura Ferguson,<br>Christopher Tayback,<br>Kristin Tahler,<br>Nicholas J. Inns, and<br>Kim Hupperich<br><br>**DEFENDANT'S COUNSEL:**<br>Jonathan R. Weiss and<br>Dilan A. Esper |
| **COURTROOM:** *via* Zoom | **INTERPRETER/LANGUAGE:** N/A |
| **TIME:** 1:30 P.M. – 3:30 P.M. | **TOTAL:** 2 Hours |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Deanna Cassio |

**PROCEEDING: STATUS CONFERENCE AND HEARING**

Court in session.

Counsel is present *via* Zoom video conference and identified for the record.

Defendant Victor Bonilla is also present.

This matter is before the Court today for a status conference and hearing to resolve deposition designations.

Case management matters are discussed.

The Court will enter an Order on the motions for summary judgment.

The Court hears arguments from counsel regarding the deposition designations and announces its rulings on the record.

The parties have seven (7) days to brief the issue as to the availability of the witness, Mr. Schwartz, for his testimony at trial.

The parties estimate that five (5) days will be needed to try this case.

A written Order will be entered.

Meanwhile, the parties are instructed to confer and try to resolve the other objections.

Court adjourned.