**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

| | |
|---|---|
| Techtronic Industries Company Limited,<br><br>Plaintiff,<br><br>v.<br><br>Victor Bonilla,<br><br>Defendant. | Case No. 8:23-cv-01734-CEH-AEP |

**JOINT SUBMISSION IN RESPONSE TO THE COURT'S NOVEMBER 5, 2026 ORDER (ECF NO. 288) REGARDING THE AVAILABILITY OF MITCHELL SCHWARTZ TO TESTIFY IN PERSON AT TRIAL**

Pursuant to the Court's Order (ECF No. 288), Plaintiff Techtronic Industries Company Limited ("TTI") and Defendant Victor Bonilla submit this Joint Notice regarding the Availability of Witness Mitchell Schwartz. TTI served Mr. Schwartz with a subpoena commanding him to appear and testify in the parties' upcoming trial on December 2, 2026. Mr. Schwartz's counsel accepted service on his behalf on November 10, 2026, and has represented that, to the best of his belief, Mr. Schwartz will appear and testify. The parties agree that the subpoena is valid under Federal Rule of Civil Procedure ("Rule") 45(c)(1)(B)(ii), and TTI has agreed to pay Mr. Schwartz's reasonable expenses for traveling to appear and testify. The parties expect that Mr. Schwartz will appear at trial in accordance with the subpoena and

have agreed to coordinate regarding the timing of his testimony to minimize any burden on him.

In light of the foregoing, there is no live dispute regarding Mr. Schwartz's availability for the Court to resolve at this time. If Mr. Schwartz does not appear and testify as required by the subpoena, the parties will promptly confer and, if necessary, present to the Court any dispute regarding the use of his deposition testimony under Rule 32(a)(4). Each party reserves all rights, arguments, and objections on that issue.

Dated: November 12, 2026

By: */s/ Jason D. Sternberg*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Jason D. Sternberg (FL Bar 72887)
Tara MacNeill (FL Bar 1028931)
Laura N. Ferguson (FL Bar 1047701)
David Nabors (FL Bar 1024722)
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
Telephone: (305) 402-4880
Facsimile: (305) 901-2975
jasonsternberg@quinnemanuel.com
taramacneill@quinnemanuel.com
lauraferguson@quinnemanuel.com
davidnabors@quinnemanuel.com

Christopher Tayback (admitted *pro hac vice*)
Kristin Tahler (admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
christayback@quinnemanuel.com
kristintahler@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
555 13th Street, NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
nicholasinns@quinnemanuel.com

*Attorneys for Techtronic Industries Company Limited.*

By: */s/ Dilan A. Esper*

**HARDER STONEROCK LLP**

Dilan A. Esper (*pro hac vice*)
desper@harderstonerock.com
Charles J. Harder (*pro hac vice*)
charder@harderstonerock.com
6300 Wilshire Blvd, Suite 640
Los Angeles, CA 90048
Telephone: (424) 203-1600

**SQUIRE PATTON BOGGS (US) LLP**

Jonathan R. Weiss
FBN:57904
Jonathan.weiss@squirepb.com
200 S. Biscayne Boulevard
Suite 3400
Telephone: (305) 577-7000
Fax: (305) 577-7001

*Attorneys for Victor Bonilla*