**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE CHARLENE EDWARDS HONEYWELL**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:23-cv-1734-CEH-AEP | **DATE:** November 19, 2026 |
| **TECHTRONIC INDUSTRIES COMPANY LIMITED,**<br><br>Plaintiff,<br><br>v.<br><br>**VICTOR BONILLA,**<br><br>Defendant. | **PLAINTIFF'S COUNSEL:**<br>Jason D. Sternberg,<br>Laura Ferguson, and<br>Kristin Tahler<br><br>**DEFENDANT'S COUNSEL:**<br>Jonathan R. Weiss and<br>Dilan A. Esper |
| **COURTROOM:** Zoom Video Conference | **INTERPRETER/LANGUAGE:** N/A |
| **TIME:** 1:07 P.M. – 2:15 P.M. and<br>2:22 P.M. – 3:48 P.M. | **TOTAL:** 2 Hours, 34 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Deanna Cassio |

**PROCEEDINGS: STATUS CONFERENCE & MOTION HEARING**

Court in session.

Counsel is present *via* Zoom video conference and identified for the record.

Defendant Victor Bonilla is also present.

This matter is before the Court today for a status conference, a hearing to resolve the remaining deposition designations and to address Defendant's Motion to Exclude Home Depot Supplier Buying Agreements Not Listed on Plaintiff's Exhibit List from Trial and for Sanctions Under Rule 37 (Doc. 283) and on Defendant's Motion for Trial Continuance (Doc. 295).

The Court makes inquiry.

The Court hears arguments from counsel.

For the reasons articulated on the record, the motion for sanctions is DENIED.

An Order will be entered.

The Court will not reopen discovery in this case.

The Court directs Mr. Sternberg to produce the 2017 agreement referenced in the SBAs that have been produced by Tuesday, November 24, 2026.

The motion to continue trial is DENIED.

The Court directs counsel to file any amended witness lists, exhibit lists, jury instructions, verdict forms, and questions for *voir dire* by 5:00 P.M. on Tuesday, November 24, 2026.

The Court hears arguments from counsel on the deposition designations.

*˜ Comfort Break ˜*

Arguments continue.

The Court announces its rulings on the record.

The Cout directs counsel to appear on November 30, 2026, at 9:15 A.M. for trial.

Court adjourned.